```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ALEXANDRA POOLOS,                                              :
                                                               :
                              Plaintiff,                       :     1:23-cv-08896-GHW
                                                               :
              -v -                                             :     ORDER REFERRING CASE
                                                               :     TO MAGISTRATE JUDGE
PARAMOUNT GLOBAL, *et al.*,                                    :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____
_____

All such motions:  _____X_____

        SO ORDERED.

Dated:  October 11, 2023
        New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge