```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
ALEXANDRA POOLOS,

                      Plaintiff,

          - against -

PARAMOUNT GLOBAL, CBS
BROADCASTING, INC., and CBS NEWS,
INC.,

                      Defendants.
------------------------------------------------------------------- x

23-CV-08896 (GHW) (JLC)

**STIPULATION AND ORDER**

**WHEREAS**, on October 10, 2023, plaintiff Alexandra Poolos ("Plaintiff") filed a complaint (the "Complaint") against defendants Paramount Global, CBS Broadcasting, Inc., and CBS News, Inc. (collectively, "Defendants"), in the above-captioned matter;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that counsel for Defendants accepts service of the Summons and Complaint on behalf of Defendants, effective as of the date this Stipulation and Order is executed by counsel for all parties.

**IT IS FURTHER STIPULATED AND AGREED** that the time for Defendants to answer, move against, or otherwise respond to the Complaint is extended to and including December 18, 2023.

2

Dated: New York, New York
October 30, 2023

| VLADECK, RASKIN & CLARK, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ *Jeremiah Joseph Iadevaia* <br> Jeremiah Joseph Iadevaia <br> 111 Broadway <br> Suite 1505 <br> New York, NY 10006 <br> (212) 403-7300 | By: /s/ *Laura Sack* <br> Laura Sack <br> Michael L. Lynch <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020 <br> (212) 489-8230 |
| *Attorneys for Plaintiff Alexandra Poolos* | *Attorneys for Defendants Paramount Global, CBS Broadcasting, Inc., and CBS News, Inc.* |

**SO ORDERED.**

Dated: October 30, 2023
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge