```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/15/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALEXANDRA POOLOS,

                         Plaintiff,

           - against -

PARAMOUNT GLOBAL, CBS
BROADCASTING INC., and CBS NEWS INC.,

                         Defendants.

------------------------------------------------------------------x

23-CV-08896 (GHW) (JLC)

**STIPULATION AND ORDER**

       **WHEREAS**, on October 10, 2023, plaintiff Alexandra Poolos ("Plaintiff") filed a complaint (the "Complaint") against defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants"), in the above-captioned matter;

       **WHEREAS**, by Stipulation and Order entered by the Court on October 30, 2023, the deadline for Defendants to answer, move against, or otherwise respond to the Complaint is currently December 18, 2023;

       **IT IS HEREBY STIPULATED AND AGREED** that the time for Defendants to answer, move against, or otherwise respond to the Complaint is extended to and including December 21, 2023.

Dated: New York, New York
December 14, 2023

| VLADECK, RASKIN & CLARK, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ *Jeremiah Joseph Iadevaia* | By: /s/ *Laura Sack* |
| Jeremiah Joseph Iadevaia | Laura Sack |
| 111 Broadway | Michael L. Lynch |
| Suite 1505 | 1251 Avenue of the Americas, 21st Floor |
| New York, NY 10006 | New York, NY 10020 |
| (212) 403-7300 | (212) 489-8230 |
| *Attorneys for Plaintiff Alexandra Poolos* | *Attorneys for Defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc.* |

**SO ORDERED.**

Dated: December 15, 2023
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge