UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA POOLOS,

                Plaintiff,

- against -

PARAMOUNT GLOBAL, CBS BROADCASTING INC., and CBS NEWS INC.,

                Defendants.

23-CV-08896 (GHW) (JLC)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Laura Sack of Davis Wright Tremaine LLP hereby appears as counsel for defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants"), in the above captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
         December 21, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _/s/ Laura Sack_____
     Laura Sack
     Michael L. Lynch
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230 (telephone)
LauraSack@dwt.com

*Attorneys for Defendants Paramount Global, CBS Broadcasting Inc. and CBS News Inc.*