# V<span style="font-variant:small-caps">ladeck</span>, R<span style="font-variant:small-caps">askin</span> & C<span style="font-variant:small-caps">lark</span>, P.C.

J<span style="font-variant:small-caps">eremiah</span> J. I<span style="font-variant:small-caps">adevaia</span><br>
212.403.7323<br>
JIadevaia@Vladeck.com

January 16, 2024

**B**<span style="font-variant:small-caps">y</span> **ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Alexandra Poolos v. Paramount Global et al, 1:23-cv-08896-GHW-JLC</u>

Dear Judge Woods:

    Pursuant to this Court's Order dated January 2, 2024, counsel for plaintiff Alexandra Poolos and defendants Paramount Global, et al., submit this joint letter. The parties do not consent to conduct all further proceedings before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

    Respectfully Submitted,

| | |
|---|---|
| VLADECK, RASKIN & CLARK, P.C. | DAVIS WRIGHT TREMAINE LLP |
| __/s Jeremiah Iadevaia_____ | __/s Laura Sack_____ |
| Jeremiah Iadevaia | Laura Sack |
| 111 Broadway, Suite 1505 | Michael Lynch |
| New York, New York 10006 | 1251 6th Avenue, 21st Floor |
| (212) 403-7300 | New York, New York 10020 |
| *Attorneys for Plaintiff* | (212) 489-8230 |
| | *Attorneys for Defendants* |