

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael L. Lynch**
212-402-4028 tel
212-489-4380 fax

michaellynch@dwt.com

March 27, 2024

**VIA ECF**
The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Poolos v. Paramount Global, et al.</u>, Case No. 1:23-cv-08896 (GHW) (JLC)

Dear Judge Cott:

    This firm represents defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants") in the above-referenced action.  We write to respectfully request an adjournment of the Initial Rule 16 Conference, currently scheduled for April 3, 2024 at 2:30 p.m., due to a scheduling conflict.  This is the first request for an adjournment of the Initial Rule 16 Conference, and granting this request will have no impact on any other scheduled deadlines.  Plaintiff has consented to this request.

    Counsel for the parties have conferred and are jointly available to reschedule the Initial Rule 16 Conference to April 16, 2024 at 3:00 p.m.

    Thank you for your consideration of this request.

    Respectfully submitted,

_____
Michael L. Lynch

DWT.COM