USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 1, 2024, the parties filed a joint letter motion to adjourn the November 7, 2024 pre-motion conference for ECF No. 42 to November 27, 2024. ECF No. 45. The parties' joint letter motion is hereby GRANTED in part and DENIED in part.

The November 7, 2024 pre-motion conference will be adjourned, but not to November 27, 2024. The parties are directed to confer and to advise Chambers as soon as practicable by email to RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, as to which of the following days they can be available for the pre-motion conference requested on October 23, 2024, ECF No. 42: November 14, 15, 18, 21, 25 or 26.

If there are additional discovery disputes beyond those identified in ECF No. 42, the parties should file additional letter motions requesting one or more additional pre-motion conferences. Whether it makes sense to address any

additional discovery disputes at the same time as the dispute raised in ECF No. 42 remains to be seen.

Finally, the parties indicated in their November 1 letter that they anticipate making a joint request for a second extension of the discovery deadlines. The parties are advised that they will need to show good cause for any such extension of the deadlines.

## CONCLUSION

The parties' joint letter motion to adjourn the pre-motion conference scheduled on November 7, 2024 is hereby GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate the open letter motion at ECF No. 45.

**SO ORDERED.**

Dated: November 4, 2024
       New York, New York

Henry J. Ricardo
United States Magistrate Judge