UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2024
```

ALEXANDRA POOLOS,

                Plaintiff,

     -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference to address Defendants' Letter Motion for a Pre-Motion Conference regarding Defendants' Document Request No. 53, which seeks documents concerning Plaintiff Alexandra Poolos' social media activity. ECF No. 42. For the reasons discussed during the conference, Defendants' Letter Motion, ECF No. 42, is GRANTED IN PART.

    Plaintiff Poolos is directed to produce her relevant postings, comments, messages, and updates from January 1, 2020 to the present on social media platforms including Facebook, Twitter (now known as X), LinkedIn, Instagram, and any other platform on which Plaintiff Poolos maintains an account. Relevant social media documents are those that refer or relate to events alleged in the complaint, the emotional distress plaintiff claims she suffered or the treatment she received in connection with the incidents underlying the complaint, and other potential sources or causes of that distress including but not limited to the potential alternative stressors identified during the conference, which are a subset of the bulleted list

1

contained in the letter filed as Exhibit E to Defendants' Letter Motion (ECF No. 42-5). Routine status updates are not relevant, and Defendants' Document Request No. 53 is too broad as currently drafted.

Plaintiff's counsel should review Plaintiff Poolos' social media documents to determine relevance pursuant to the guidance above and discussed during the conference.

**SO ORDERED.**

Dated: November 26, 2024
      New York, New York

Henry J. Ricardo
United States Magistrate Judge