```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

-v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties' request to extend discovery deadlines pursuant to the schedule set out in the Joint Stipulation to Extend Discovery Deadlines, ECF No. 59, is GRANTED.

- The fact discovery deadline is extended from December 13, 2024 to March 14, 2025;

- The expert discovery deadline is extended from February 28, 2025 to May 30, 2025;

- The deadline for disclosures required by Federal Rule of Civil Procedure 26(a)(2) for a party intending to introduce expert testimony in support of a claim is extended from December 30, 2024 to March 31, 2025;

- The deadline for disclosures required by Federal Rule of Civil Procedure 26(a)(2) for a party intending to introduce expert testimony in opposition to a claim is extended from January 28, 2025 to April 29, 2025; and

1

- The deadline to file motions for summary judgment is extended from April 14, 2025 to July 14, 2025.

**SO ORDERED.**

Dated: December 12, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge