```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 19, 2024, Defendants filed a Letter Motion requesting that the Court seal Docket No. 42-5 and allow Defendants to refile that document with redactions. ECF No. 69. The parties have shown good cause to seal and redact because the portion of Docket No. 42-5 to be redacted includes sensitive personal information relating to medical treatment and diagnosis. Defendants' Letter Motion is hereby GRANTED.

Defendants are granted leave to refile Docket No. 42-5 with redactions as proposed in Docket No. 69-1.

The Clerk of Court is respectfully directed to seal Docket No. 42-5 and to terminate the Letter Motion at ECF No. 69 as GRANTED.

**SO ORDERED.**

Dated: December 20, 2024
       New York, New York

                                                    Henry J. Ricardo
                                                    United States Magistrate Judge