```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On December 26, 2024, Plaintiff filed a Motion for Partial Reconsideration of the Court's December 12, 2024 Order. ECF No. 76. Defendants' opposition, if any, is due January 9, 2025, and Plaintiff's reply, if any, is due January 16, 2025. A conference on this motion is scheduled on January 21, 2025 at 10:00 a.m. by telephone. Counsel should contact Chambers for this conference using the Court's conference line, +1 646-453-4442 (Conference ID: 969 411 123#).

    On January 6, 2025, Defendants filed a Letter Motion to Compel Plaintiff to produce signed HIPAA authorizations for the release of certain medical records. ECF No. 81. Plaintiff's response, if any, is due by January 8, 2025. A conference on this letter motion is scheduled on January 15, 2025 at 4:00 p.m. by telephone. Counsel should contact Chambers for this conference using the Court's conference line, +1 646-453-4442 (Conference ID: 862 596 905#).

**SO ORDERED.**

Dated: January 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge