UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POOLOS, | |
| Plaintiff, | |
| -v- | |
| PARAMOUNT GLOBAL, ET AL., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _1/15/2025_

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a telephone conference to address Defendants' Letter Motion to Compel Plaintiff's production of signed HIPAA authorizations for the release of certain medical records.  ECF Nos. 81.  For the reasons discussed during the conference, Defendants' Letter Motion is GRANTED IN PART and DENIED IN PART.

Plaintiff is directed to produce signed HIPAA authorizations for the release of medical records from Dr. Christie Jackson and Dr. Erin Olivo from January 1, 2018 to December 31, 2019 by January 17, 2025.  Defendants' Letter Motion  is otherwise DENIED.

**SO ORDERED.**

Dated: January 15, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1