```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

-v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a telephone conference to address Plaintiff's Motion for Partial Reconsideration and Clarification, ECF No. 76. Plaintiff sought reconsideration or clarification of certain portions of the Court Order dated December 12, 2024, ECF No. 64. For the reasons discussed during the conference, Plaintiff's Motion is DENIED.

The Clerk of Court is respectfully directed to terminate the open Motion at ECF No. 76 as DENIED.

**SO ORDERED.**

Dated: January 21, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge