UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to address Defendants' Letter Motion to Compel the production of unredacted text messages, ECF No. 115, Plaintiff's Letter Motion to Compel the production of certain investigation documents, ECF No. 116, Plaintiff's Letter Motion to Compel the production of documents in response to her Second Set of Document Requests, ECF No. 117, and the parties' joint Letter Motion requesting an extension of discovery deadlines, ECF No. 130. For the reasons discussed during today's conference, the Letter Motions at ECF Nos. 115, 116, and 117 are each DENIED, and the Letter Motion at ECF No. 130 is GRANTED IN PART and DENIED IN PART.

    Defendants' Letter Motion to Compel the production of unredacted versions of previously produced text messages redacted on relevance grounds, ECF No. 115, is DENIED. However, Plaintiff is directed to conduct a re-review of the redacted messages to ensure no relevant messages were inadvertently redacted, and to

provide sufficient information to describe the nature but not the contents of those communications on a revised redactions log.

Plaintiff's Letter Motion to Compel the production of documents concerning Defendants' investigation into Plaintiff's post-dismissal complaint against CBS, ECF No. 116, is DENIED.

Plaintiff's Letter Motion to Compel the production of documents responsive to Plaintiff's Second Set of Document Requests, ECF No. 117, is DENIED.

The parties' joint Letter Motion for an extension of discovery deadlines in this action, ECF No. 130, is GRANTED IN PART and DENIED IN PART. The deadlines in this action are scheduled as follows:

- The parties' deadline to raise any fact discovery disputes by letter motion to the Court is March 28, 2025;
- The deadline for all fact discovery is April 14, 2025;
- The deadline for disclosures required by Federal Rule of Civil Procedure 26(a)(2) for a party intending to introduce expert testimony in support of a claim is April 30, 2025;
- The deadline for disclosures required by Federal Rule of Civil Procedure 26(a)(2) for a party intending to introduce expert testimony in opposition to a claim is May 29, 2025;
- The deadline for all expert discovery is June 30, 2025; and
- The deadline to file motions for summary judgment is August 14, 2025.

Defendants are directed to submit to Chambers by email revised proposed redactions that are the subject of the Letter Motions at ECF Nos. 108, 114, 118, and 120 by March 21, 2025.

The Clerk of Court is respectfully directed to terminate the open Letter Motions at ECF Nos. 115, 116, and 117 as DENIED, and the open Letter Motion at ECF No. 130 as GRANTED IN PART and DENIED IN PART.

**SO ORDERED.**

Dated: March 14, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge