# EXHIBIT B

12/6/16

Ahead of Netanyahu screening Jeff says to me that he [Jake?] was just at the [Gates?] show rollout & how great my story is. He keeps complimenting it saying how good it is and how [much?] he [loves?] it. Then Jeff says to Shucker "Is your story going to be as good as Alex's?"

Δπ EXHIBIT 2
Deponent Poolos
Date 1/17/25 Rptr MS
WWW.DEPOBOOKPRODUCTS.COM

Pl. 000203 (Confidential)

Dec 16, 2021 —
Spoke w/ Colette about her request to take a day off & drive to GA. This was our 3rd conversation. I offered a compromise that she go Tues, Wed, or Thurs despite needing to figure out Tensta shoot in early Jan. When she again (for the 3rd time) asked for Monday off, I told her very directly it was a no-go & I had already told her that. She got v upset & said that she doesn't like how I spoke to her. I apologized & she said she wanted to discuss at a later date. She expressed being very upset about having to work over the break even though I told her we could work around her family's vaca. She didn't understand that we have work to do before early Jan shoot. I told her I wanted to validate her point of view.

EXHIBIT 3
Deponent Poolos
Date 4/25 Rptr MS
WWW.DEPOBOOKPRODUCTS.COM

Pl. 000204 (Confidential)