# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
23-CV-08896(GHW)(JLC)
------------------------------------------X
ALEXANDRA POOLOS,

                    Plaintiff,
        -against-
PARAMOUNT GLOBAL, CBS BROADCASTING INC.,
and CBS NEWS INC.,


                    Defendants.
------------------------------------------X
```

            January 14, 2025
            9:35 a.m.

    VIDEO DEPOSITION of PLAINTIFF ALEXANDRA POOLOS, taken on behalf of Defendants pursuant to the Federal Rules of Civil Procedure and held at the offices of Davis Wright Tremaine LLP, 1251 Avenue of the Americas, New York, New York, before Marianne Witkowski-Smith, a Shorthand Reporter and Notary Public of the State of New York.

1       A. POOLOS
2       A.      I don't remember.
3       Q.      Do you remember anything else?
4       A.      I remember telling him that Bar-On
5  was constantly demeaning to me, but we
6  didn't -- I remember that we didn't get into
7  too many examples because Bill kind of cut me
8  off and said, I have no reason to doubt
9  anything you say because I've had my own
10 experiences with that guy and I think he's
11 mentally ill.
12      Q.      You allege in the complaint that you
13 took contemporaneous notes documenting
14 Bar-On's sexual harassment, correct?
15      A.      Yes.
16      Q.      And you produced those notes, you --
17 strike that.
18              You produced pictures of those notes
19 in this lawsuit, correct?
20      A.      Yes.
21      Q.      Have you produced pictures of all
22 the notes?
23      A.      Yes.
24      Q.      Okay. And those notes were taken in
25 a...in a notebook, correct?

```
1                    A. POOLOS
2        A.    Yes.
3        Q.    And are those pages still affixed to
4    the notebook or have they been torn out?
5        A.    They've -- I've...they've been torn
6    out.
7        Q.    Where are they now?
8        A.    I think they're with my attorneys.
9  RQ*       MR. ZUCKERMAN: Okay. So we would
10   request the production of the originals of
11   those notes for inspection and testing.
12            MR. IADEVAIA: We'll take it under
13   advisement.
14            MR. ZUCKERMAN: Okay. Can we mark
15   these two exhibits as two and three.
16            (Reporter confirms.)
17            (Whereupon, Defendants Exhibit 2,
18   Handwritten Notes Pl._203, was marked for
19   identification, as of this date.)
20            (Whereupon, Defendants Exhibit 3,
21   Handwritten Notes Pl._204, was marked for
22   identification, as of this date.)
23            MR. ZUCKERMAN: This one's two, this
24   one's three.
25            MR. IADEVAIA: Thank you.
```

```
                                            Page 44
 1                    A. POOLOS
 2          MR. ZUCKERMAN:  Okay.  I've got
 3   another set for you guys.
 4          Okay.  Ms. Poolos, we've handed you
 5   what's been marked as Defendants
 6   Exhibits 2 and 3.
 7      Q.    Are these the notes that you were
 8   just -- oh, strike...strike that.
 9          We've marked for you what's
10   Exhibits 2 and 3.  Is Exhibit 2 -- does that
11   reflect the handwritten notes in the notebook
12   we were just referring to?
13      A.    Yes.
14          MR. IADEVAIA:  Objection.
15          Go ahead.
16          THE WITNESS:  Oh, sorry.
17          MR. IADEVAIA:  That's okay.
18          THE WITNESS:  Yes.
19   BY MR. ZUCKERMAN:
20      Q.    Same question for Exhibit 3.
21          MR. IADEVAIA:  Objection, same
22   objection.
23          Go ahead.
24      A.    It wouldn't have been the same
25   notebook but yes.
```

1          A. POOLOS
2     Q.    These are -- am I accurate that
3 these pages are from like a stenograph
4 notebook?
5     A.    Yes.
6     Q.    Okay. Now, the documents are -- the
7 notes are dated. Exhibit 2 is dated 12/6/16
8 and Exhibit 3 is dated 12/16/2021.
9          Do you see that?
10    A.    Yes.
11    Q.    Okay. Were these notes taken
12 temp -- contemporaneously on those dates?
13         MR. IADEVAIA: Objection.
14         You can answer.
15    A.    Yes.
16    Q.    How many different notebooks --
17 strike that.
18         Do you know whether these notes were
19 taken with the same pen?
20    A.    I'd say it's very unlikely.
21    Q.    Because they were taken five years
22 apart, correct --
23    A.    Yeah.
24    Q.    -- according to your testimony
25 today?

               A. POOLOS

1
2       A.      Yes.
3       Q.      Okay.  Did you rip these pages out
4    of the notebook in connection with this
5    lawsuit, like you needed to produce the notes?
6       A.      No.
7       Q.      Okay.  So how did you keep all these
8    loose pieces of paper, were they in a folder,
9    were they in a notebook?
10              MR. IADEVAIA:  Objection.
11              Go ahead, you can answer.
12      A.      I kept notes related to Shachar
13   Bar-On.  I would rip them out and put them in
14   like a manila folder that I kept at home.
15      Q.      Have you produced all of the notes
16   in that manila folder to your lawyers in this
17   lawsuit?
18      A.      Yes.
19      Q.      And have all of those notes been
20   produced to Defendants in this lawsuit?
21      A.      Yes.
22      Q.      And when you had this discussion
23   with Ms. Pepper about Mr. Bar-On, you had been
24   working with Mr. Bar-On for about five years
25   by that point; is that correct?