# EXHIBIT A

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 1:23-CV-08896 (GHW)(HJR)

5    - - - - - - - - - - - - - - - - - - -x

6    ALEXANDRA POOLOS,

7                         Plaintiff,

8            -against-

9    PARAMOUNT GLOBAL, CBS BROADCASTING, INC.,
     and CBS NEWS, INC.,

10

                          Defendants.

11   - - - - - - - - - - - - - - - - - - -x

12

13                    March 13, 2025

14                    10:02 a.m.

15

16      VIDEOTAPED REMOTE DEPOSITION of SCOTT

17   BRONSTEIN, a Non-Party Witness in the

18   above-titled action, located in

19   Springfield, Virginia, taken before Dawn

20   Matera, a Certified Shorthand Reporter

21   and Notary Public of the State of New

22   York.

23

24                *       *       *

25

Page 75

1              SCOTT BRONSTEIN

2       Q.     And have you ever exchanged

3   text messages with Ms. Richards using

4   your personal phone to discuss this

5   lawsuit?

6       A.     No.

7       Q.     Did you ever have any

8   discussions with Ms. Richards about

9   deleting text messages that you exchanged

10  with her?

11      A.     No.

12      Q.     Did you ever use your personal

13  phone, cell phone, to communicate with

14  Renee Balducci?

15      A.     Yes.

16      Q.     Did you ever send text messages

17  or receive text messages from

18  Ms. Balducci?

19      A.     Yes.

20      Q.     And about what did you receive

21  text messages or send text messages from

22  or by Ms. Balducci?

23      A.     They are the items provided to

24  you for this deposition.

25      Q.     You're talking about the text

Page 76

1           SCOTT BRONSTEIN

2    messages that were produced pursuant to

3    the subpoena to my firm, correct?

4        A.    Correct.

5        Q.    Did you exchange any other text

6    messages with Ms. Balducci other than

7    what was produced in this case?

8        A.    No.

9        Q.    To your knowledge, were any

10   communications that you had with

11   Ms. Balducci deleted from your phone?

12       A.    No.

13       Q.    Do you have any reason to

14   believe they were deleted?

15       A.    No.

16       Q.    Have you ever communicated with

17   Tonya Simon since leaving 60 Minutes?

18       A.    I have never communicated with

19   her at all.

20       Q.    Have you ever communicated with

21   Bill Owens?

22       A.    No.

23       Q.    Have you ever had a phone call

24   with Mr. Owens?

25       A.    I might have had a call with

Page 119

1              SCOTT BRONSTEIN

2      Q.      Really, as you sit here today,

3   you have no idea whether you ever sent

4   Collette Richards another text message

5   other than "Happy birthday, Collette" and

6   the one on December 27th?

7      A.      I am sure I did, but I don't

8   know when and where or what they were.

9      Q.      And how come you no longer have

10  those text messages?

11     A.      The process of changing phones

12  year over year, lots of stuff is lost,

13  deleted.

14              Also routinely as part of the

15  reporting process, you know, many of us

16  would delete lots of things out of our

17  phones as we would change phones.  Just,

18  you know, at large.  All I can tell you I

19  don't know what was previous to this.

20     Q.      Do you have a specific

21  recollection of deleting any text

22  messages with Collette Richards?

23     A.      No.

24     Q.      Do you have a general memory of

25  doing so?

Page 120

1              SCOTT BRONSTEIN

2      A.      Not specifically to Collette.

3  A general memory of cleaning phones as

4  you move, as you move along from phone to

5  phone.  And also stuff is lost at times

6  when you change phones, stuff is, you

7  just don't have it any longer.  This was,

8  you know, this is my current phone.

9      Q.      You have text messages on your

10 phone with Alex Poolos that go back to

11 2020, right?

12     A.      Correct.

13     Q.      And those were produced in this

14 case?

15     A.      Correct.

16     Q.      Do you have any idea why you

17 still have the text messages with

18 Ms. Poolos that go back to 2020 but you

19 don't have anymore than these four text

20 messages with Collette Richards?

21     A.      No, that's just what's in my

22 phone now.

23     Q.      Did you take any special steps

24 to preserve the communications you had

25 with Alex Poolos?

Page 121

```
 1            SCOTT BRONSTEIN
 2      A.    No.
 3      Q.    And you have text messages with
 4   Renee Balducci from 2022, correct?
 5      A.    Correct.
 6      Q.    And those are in your current
 7   phone, right, the device that you have
 8   now?
 9      A.    I believe so.
10      Q.    And you produced those to my --
11   your lawyers produced them to my law
12   firm, correct, as part of the subpoena?
13      A.    Correct.
14      Q.    Did you take any special steps
15   to preserve the text messages that you
16   had with Renee Balducci?
17      A.    No.
18      Q.    Do you have any explanation or
19   knowledge as to why you have the text
20   messages from Ms. Balducci that go back
21   to 2022 but you only have these four text
22   messages with Collette Richards?
23      A.    No, other than just the process
24   of changing phones and cleaning phones.
25      Q.    In the second -- in the text
```

Page 189

```
 1              SCOTT BRONSTEIN
 2       Q.     Okay.  And do you have --
 3  strike that.
 4              Just to be clear, did you have
 5  any discussion whether in writing or
 6  verbally, with Collette Richards about
 7  Alex's text messages as reflected in
 8  Bronstein 3 before the phone call?
 9              MR. LYNCH:  Objection.
10       A.     Not that I can recall.  It's
11  possible, but not that I remember.
12       Q.     It should still be accessible
13  to you, Exhibit 1, which is the text
14  exchange we went through with Collette
15  and you.  And I think I had asked if you
16  could check the year of the few text
17  messages.  Did you have a chance to do
18  that?
19       A.     I did.
20       Q.     Okay.  And what's the year?
21       A.     2023.
22       Q.     So the top text in Exhibit 1 is
23  December 7th and you're saying that it's
24  December 7th, 2023, correct?
25       A.     Correct.
```

Page 190

1                SCOTT BRONSTEIN

2        Q.      And then the next text is also

3    December 7th, so I assume that's December

4    7th, 2023 as well?

5        A.      Correct.

6        Q.      I guess the best way is to ask,

7    are all of the text messages reflected on

8    Exhibit 1, were they sent in 2023?

9        A.      I believe so.

10       Q.      And when you checked your

11   phone, were there any other text messages

12   with Collette on the phone beyond the

13   ones that are reflected in Exhibit 1?

14       A.      They were not.

15       Q.      Do you have an iCloud account

16   associated with your iPhone?

17       A.      Only what I've started fairly

18   recently.

19       Q.      Did you check your iCloud

20   account for materials responsive to the

21   subpoena?

22       A.      I did.

23       Q.      Do you backup your phone to the

24   iCloud?

25       A.      I am getting better about it.

Page 194

1          SCOTT BRONSTEIN

2   is that text messages from one device

3   would transfer over to the other device

4   when you switched phones?

5       A.    They should, but it's been my

6   experience it's not often the case.

7       Q.    And do you know if between 2020

8   and 2024, do you have any iCloud backups

9   of your phones that would include text

10  messages?

11      A.    Like I told you, you know, I've

12  had -- I did backup less frequently back

13  then.  I've looked in my cloud for

14  messages and I do not see anything other

15  than what's on my phone here.  Is that

16  what you're asking?

17      Q.    Well, it's one of the

18  questions.  Okay.  Thank you.

19            Before your phone call with

20  Alex Poolos on January 5th, did you

21  discuss with Collette whether you would

22  call Alex in response to her text

23  messages?

24      A.    Not that I recall, no.

25            MR. IADEVAIA:  We are going to