USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

        Plaintiff,

-v-

PARAMOUNT GLOBAL, ET AL.,

        Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On June 27, 2025, Plaintiff filed a Letter Motion to compel. ECF No. 194. Defendants' response is due **July 2, 2025**.

A pre-motion conference is scheduled on **July 8, 2025**, at **11:00 a.m.** by telephone. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 614 222 408#).

**SO ORDERED.**

Dated: June 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge