USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

-v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on July 8, 2025 to address Plaintiff's Letter Motion to compel. ECF No. 194. For the reasons discussed during the conference, Plaintiff's Letter Motion is **DENIED**.

Pursuant to the Court's June 23, 2025 Order, ECF No. 192, the deadline for all expert discovery is **August 25, 2025**.

By **September 2, 2025**, the parties are directed to file a joint status report regarding the outcome of expert discovery and the status, but not the substance, of the parties' settlement efforts.

**SO ORDERED.**

Dated: July 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge