UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2025

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated August 7, 2025, Plaintiff requested that the Court strike the report of Defendants' expert, Dr. Resnick, and bar her from testifying at trial, and issue a protective order covering certain medical documents. ECF No. 204. Plaintiff's letter motion does not certify that the parties met and conferred in advance of its filing as required by Rule II.B.2 of the Court's Individual Rules and Practices.

Accordingly, the parties are directed to meet and confer in good faith regarding the dispute raised by Plaintiff's letter motion by **August 12, 2025**. Defendants shall file their response to the letter motion by **August 15, 2025**.

A pre-motion conference is scheduled on **August 27, 2025**, at **2:00 p.m.** by telephone. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 838 571 907#).

SO ORDERED.

Dated: August 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge