```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

      -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

<u>ORDER</u>

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By Letter Motion dated August 7, 2025, Plaintiff requested that the Court strike the report of Defendants' expert, Dr. Resnick, and bar her from testifying at trial, and issue a protective order covering certain medical documents. ECF No. 204. Defendants filed their letter response and a supporting attorney declaration on August 15, 2025, ECF Nos. 207–08, along with a Letter Motion to Seal those filings. ECF No. 209. For the reasons discussed during today's conference, Plaintiff's Letter Motion, ECF No. 204, is **GRANTED IN PART** and **DENIED IN PART**, and Defendants' Letter Motion to Seal, ECF No. 209, is **GRANTED**.

      Defendants are ordered to return or destroy the pre-2018 medical records obtained from Dr. Williams and to excise those portions of Dr. Resnick's expert report that rely on evidence derived from those records, which may require the production of a new report. The parties are directed to meet and confer regarding the best course and timeline to achieve this objective.

1

Additionally, during the conference Defendants requested that the Court undertake an *in camera* review of the pre-2018 records obtained from Dr. Williams. For the reasons discussed during the conference, that request is denied.

The Clerk of Court is respectfully directed to terminate Plaintiff's Letter Motion at ECF No. 204 as **GRANTED IN PART** and **DENIED IN PART**, and Defendants' Letter Motion to Seal, ECF No. 209, as **GRANTED**.

**SO ORDERED.**

Dated: August 27, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge