USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ALEXANDRA POOLOS, :
:
:
Plaintiff, :  1:23-cv-8896-GHW
:
-v - :  ORDER
:
PARAMOUNT GLOBAL, *et al.*, :
:
Defendants. :
:
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's opposition is due two weeks from the date of service of Defendants' objections to Magistrate Judge Henry J. Ricardo's August 27, 2025 order, and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition. Defendants are further directed to order a copy of the transcript from the August 27, 2025 conference, Dkt. No. 212, so that it is available for the Court and parties to review.

    SO ORDERED.

Dated: September 10, 2025
New York, New York

                                                GREGORY H. WOODS
                                             United States District Judge