USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ALEXANDRA POOLOS, :
:
Plaintiff, :  1:23-cv-8896-GHW
:
-v - :  ORDER
:
PARAMOUNT GLOBAL, *et al.*, :
:
Defendants. :
:
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference with respect to Defendants' objections to Magistrate Judge Henry J. Ricardo's August 27, 2025 order, Dkt. No. 217, on October 14, 2025 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in information for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

     SO ORDERED.

Dated: October 10, 2025
New York, New York

                                                 GREGORY H. WOODS
                                         United States District Judge