UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025

ALEXANDRA POOLOS,

                    Plaintiff,

          -v-

PARAMOUNT GLOBAL, ET AL.,

                    Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' November 25, 2025 joint status report.

ECF No. 258.  The Parties are directed to file a further joint status report by

**January 28, 2026.**

**SO ORDERED.**

Dated: November 26, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge