UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

ALEXANDRA POOLOS,

                Plaintiff,

                - against -

PARAMOUNT GLOBAL, CBS BROADCASTING INC., and CBS NEWS INC.,

                Defendants.

23-CV-08896 (GHW) (HJR)

---------------------------------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Rule 56.1 Statement; Declaration of Lyle S. Zuckerman, with attached exhibits; and Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. ("CBS" or the "Company") (collectively, "Defendants"), by and through their attorneys, Davis Wright Tremaine LLP, will move this Court before the Honorable Henry J. Ricardo, at the United States District Court, 500 Pearl Street, New York, New York 10007, for an Order: (i) granting summary judgment in favor of Defendants pursuant to Fed. R. Civ. P. 56 on the grounds that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law; and (ii) awarding to Defendants their costs and such other further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order issued by the Court on September 12, 2025: (i) answering papers, if any, are to be served on or before January 26, 2026; and (ii) reply papers, if any, are to be served on or before February 25, 2026.

Dated: New York, New York
November 26, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Lyle S. Zuckerman*
    Laura Sack
    Lyle S. Zuckerman
    Lisa Dayan
    Michael L. Lynch

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 289-8230
laurasack@dwt.com
lylezuckerman@dwt.com
lisadayan@dwt.com
michaellynch@dwt.com

*Attorneys for Defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc.*