# Exhibit 32


**CBS NEWS**

As of February 3, 2022

**VIA EMAIL AND CERTIFIED MAIL**

Alexandra Poolos
c/o Julian & Associates
8417 Iroquois Road, Palos Park, IL 60464
Attention: Paul T. Julian, Esq.

Dear Alex:

Reference is made to the Staff Agreement made as of May 30, 2021 (the "Staff Agreement") between you and CBS News Inc. ("CBS"). This letter serves to memorialize our conversation today and notify you that, effective as of the date set forth above, CBS is terminating the Staff Agreement and your employment for cause, based on a determination that you breached the Staff Agreement by violating CBS policies.

You will be compensated through today; however, effective immediately, you will no longer be entitled to any other compensation or CBS benefits. You will be paid out any accrued but unused vacation. In addition, CBS will reimburse you for any outstanding bona fide business expenses that are properly documented and submitted no later than thirty (30) calendar days from the date of this letter, and any such reimbursement will be made in accordance with Company policy.

Finally, if you participated in company medical, dental and/or vision plans as of the date above, you may elect to continue your coverage under COBRA for an additional period of up to eighteen (18) months or until you become covered under another group plan, including Medicare, whichever occurs first.

If you have any questions, you may contact me at the number below.

Sincerely,

CBS News Inc.

By: _Renee Balducci_
DocuSigned by:
A1C90C020BEE45E

Renee Balducci - Vice President, Human Resources

917-471-1533

Confidential                                                                        CBS-007887