# Exhibit 44

**VIA EMAIL**

October 29, 2020

Ms. Ann Marie Kross

Dear Ann Marie:

As you are aware, I recently conducted an investigation in connection with a complaint we received alleging that you engaged in retaliation. Specifically, the complaint alleges that you scheduled freelancers instead of staff members, provide limited information to staff members prior to assigning them and that you are not transparent with the overall scheduling process. In addition, the complaint alleges that you used abusive tones in your communications.

It is ViacomCBS's policy that reports of alleged violations of policy will be investigated by the Company and will be treated confidentially to the extent reasonably possible. In accordance with this policy, the complaint was thoroughly investigated by the Company. The investigation included a review of the facts and interviews of several individuals who were likely to be familiar with the situation.

Based on the results of my investigation, we did not substantiate the complainant's allegations. Despite our findings, we remind you that it is the objective of ViacomCBS to provide its employees with a safe and secure work environment in which all employees are treated with respect and that is free from behavior that violates Company policies.

We emphasize that ViacomCBS will not tolerate any retaliation against any person who brings good faith reports of suspected misconduct or concerns, or against any individual who participates in an investigation. Retaliation is a serious violation of Company policy, and will subject any employee who engages in retaliation to disciplinary action up to and including termination of employment.

At this time, we consider the investigation concluded. Should you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

*Michael G Roderick*

Michael G. Roderick
Vice President, Employee Relations

cc: Renee Balducci, VP-Human Resources

Enclosed: Non-Discrimination and Anti-Harassment Policy

Confidential                                                                                        CBS 008434

**VIACOMCBS**

July 14, 2021

<u>**VIA EMAIL DELIVERY (AMK@cbsnews.com)**</u>

TO:    Ann Marie Kross

Dear Ann Marie:

I write to inform you of the results of the investigation conducted in connection with a complaint we received on March 2, 2021 alleging you have retaliated against coworkers in response to questions and concerns they have raised regarding their assignments.  Specifically, allegations indicated that you are not transparent with the overall scheduling process, provide limited information to staff members prior to assigning them, regularly schedule freelancers instead of staff, and that several staff members have seen noticeable changes in the number of and type assignments they are given.  In addition, the complaint alleges that your communication style is abusive and intimidating.

It is ViacomCBS's policy (as set forth in the Company's Non-Discrimination and Anti-Harassment Policy) that reports of alleged violations of policy will be investigated by the Company and will be treated confidentially to the extent reasonably possible. In accordance with this policy, the complaint was thoroughly investigated. The investigation included a review of previous investigative findings relating to similar concerns, additional facts, and interviews of you and other individuals who were likely to be familiar with the situation.

Based upon our investigation, in which we interviewed several persons including yourself, we were unable to substantiate that you have been retaliatory or otherwise violated Company policy.

We did, however, corroborate that there is a perception, among multiple colleagues with whom we spoke, that you are not transparent and communicative regarding the overall scheduling process and that your communication, at times, can be limited and terse.  ViacomCBS is committed to providing its employees with a safe and secure work environment, where all employees are treated with respect and dignity.  It is important that you change this negative perception and communicate with staff in a more transparent and informative manner that helps achieve goals without anyone feeling as though you are being dismissive or uncollaborative.

To help you be more successful in positively communicating with staff, we are recommending enrollment in the following online courses through LinkedIn Learning: *Communicating with Diplomacy and Tact, Giving and Receiving Feedback,* and *Developing Executive Presence.* In addition, we are also recommending enrollment in ViacomCBS's *Essentials of Management* training program.

Please be reminded that ViacomCBS will not tolerate any retaliation against any person who brings good faith reports of suspected misconduct or concerns, or against any individual who participates in an investigation.  Retaliation is a serious violation of Company policy and will subject any employee who engages in it to disciplinary action up to and including termination of employment.

At this time, we consider the matter closed.  Thank you for your cooperation.  Should you have any questions, please do not hesitate to contact me at (323) 793- 2806.

         

CBS 008443

Sincerely,

*Michael Perez*

Michael Perez
Director, Employee Relations

cc:      Renee Balducci, Vice President, Human Resources
         Personnel File

Encl.:   Non-Retaliation and Anti-Harassment Policy

Confidential

CBS 008444

October 17, 2024

**VIA EMAIL DELIVERY (amk@cbsnews.com)**

To: Ann Marie Kross

Dear Ann Marie:

I write to inform you of the results of the investigation regarding a complaint we received on or about July 23, 2024 alleging you retaliated against one of your subordinates at *60 Minutes* in connection to a previous complaint filed against you. Specifically, it was alleged that you treat your subordinate differently from their coworkers, particularly in matters related to timesheets, expenses, and scheduling.

It is Paramount Global's policy that reports of alleged violations of policy will be investigated by the Company and will be treated confidentially to the extent reasonably possible. In accordance with this policy, the complaint was thoroughly investigated. The investigation included a review of the facts, interviews of you and other individuals who were likely to be familiar with the situations, and documentation provided during the investigation.

Based upon our investigation, we were unable to substantiate the allegations.

Please be reminded that Paramount Global will not tolerate any retaliation against any person who brings good faith reports of suspected misconduct or concerns, or against any individual who participates in an investigation. Retaliation is a serious violation of Company policy and will subject any employee who engages in it to disciplinary action up to and including termination of employment.

At this time, we consider the investigation concluded. Should you have any questions or concerns, please do not hesitate to contact me at (323) 217-5803.

Sincerely,

Viviana Maldonado
Director, Employee Relations

cc:    Brittany Johnson, Vice President, Labor Relations
       William Riddick, Vice President, Human Resources
       Maria Truisi Kenney, Senior Vice President, Labor Relations

Encl:   Non-Discrimination and Anti-Harassment Policy



                                                              CBS 008450