# Exhibit 45
# SEALED