USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                Plaintiff,

        -v-

PARAMOUNT GLOBAL, ET AL.,

                Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated January 15, 2026, ECF No. 276, Plaintiff requests an extension of the deadline to file her opposition to summary judgment, her opposition to Defendants' motion to exclude Plaintiff's expert, and her motion for sanctions. Plaintiff's extension request is **GRANTED IN PART** and **DENIED IN PART**.

Accordingly, the briefing schedules for the motions pending at ECF Nos. 260 and 264 and for Plaintiff's anticipated motion for sanctions are extended as follows:

- By **February 2, 2026**: Plaintiff shall file her opposition to the motions pending at ECF Nos. 260 and 264, and her anticipated motion for sanctions;

- By **March 2, 2026**: Defendants shall file their replies in support of the motions pending at ECF Nos. 260 and 264, and their opposition to Plaintiff's anticipated motion for sanctions; and

- By **March 13, 2026**: Plaintiff shall file her reply in support of her anticipated motion for sanctions.

1

The briefing schedule for the motion pending at ECF No. 270 shall remain the same: Defendants' opposition is due by **February 9, 2026**, and Plaintiff's reply is due by **February 25, 2026**.

**SO ORDERED.**

Dated: January 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge

2