USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                   Plaintiff,

        -v-

PARAMOUNT GLOBAL, ET AL.,

                   Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated January 22, 2026, ECF No. 279, Plaintiff requests an extension of the deadline to file her opposition to summary judgment. Plaintiff's extension request is **GRANTED**.

Accordingly, the briefing schedule for the motion pending at ECF No. 264 is extended as follows:

- By **February 9, 2026**: Plaintiff shall file her opposition to the motion pending at ECF No. 264; and

- By **March 9, 2026**: Defendants shall file their reply in support of the motion pending at ECF No. 264.

Additionally, Plaintiff requests leave to file the letter motion with redactions, ECF No. 280, which is **GRANTED**.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 279 and 280 as **GRANTED**.

1

**SO ORDERED.**

Dated: January 23, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge