UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

                    Plaintiff,

          -v-

PARAMOUNT GLOBAL, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/2/2026

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter dated January 31, 2026, ECF No. 284, Plaintiff requests guidance on the procedure for submitting media files as motion exhibits.  Plaintiff shall follow Judge Woods' Individual Rule 3(B), which provides:

> Parties submitting media files in connection with a motion must, to the extent possible, provide them in a format capable of being played using commonly available media players, e.g., Windows Media Player . . . Any party that submits a video or audio media file to the Court must simultaneously file a transcript of the content of the video or audio file. Because media files cannot currently be uploaded to ECF, a party submitting media files must also file them physically with the Clerk of Court.

Plaintiff shall also provide a physical courtesy copy of the media files to Chambers.

**SO ORDERED.**

Dated: February 2, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge