UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ALEXANDRA POOLOS,

                   Plaintiff,

      - against -

PARAMOUNT GLOBAL, CBS BROADCASTING,
INC., and CBS NEWS, INC.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23 Civ. 08896 (GHW)(HJR)

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law dated February 2, 2026, Plaintiff, Alexandra Poolos, hereby moves the Court before the Honorable Henry J. Ricardo at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street New York, New York 10007, for an order issuing sanctions against Defendants Paramount Global; CBS Broadcasting, Inc.; and CBS News, Inc.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the scheduling Order dated January 20, 2026 (Dkt. 277), opposition papers, if any, are to be served on or before March 2, 2026; and (ii) reply papers, if any, are to be served on or before March 13, 2026.

Dated: New York, New York
       February 2, 2026

                            VLADECK, RASKIN & CLARK, P.C.

                            By: _____

                               Jeremiah Iadevaia
                               Brandon White
                               James Bagley
                               Attorneys for Plaintiff
                               111 Broadway, Suite 1505
                               New York, New York 10006

#10018414