# EXHIBIT E

This page has been intentionally left blank.