# EXHIBIT G

This page has been intentionally left blank.