EXHIBIT K

Page 1

1
2                UNITED STATES DISTRICT COURT
3                SOUTHERN DISTRICT OF NEW YORK
4
5     ALEXANDRA POOLOS,              )
                                     )
6                    Plaintiff,      )
                                     )
7               vs.                  )    No. 1:23-cv-08896
                                     )       (GHW)(HJR)
8     PARAMOUNT GLOBAL; CBS          )
      BROADCASTING, INC.; and        )
9     CBS NEWS, INC.,                )
                                     )
10                   Defendants.     )
      ------------------------       )
11
12
13
14
15                     March 11, 2025
16                     10:18 a.m.
17
18          Deposition of LESLEY STAHL, held at the
19      offices of Davis Wright Tremaine LLP, 1251
20      Avenue of the Americas, New York, New York,
21      before Laurie A. Collins, a Registered
22      Professional Reporter and Notary Public of the
23      State of New York.
24
25

Page 2

```
 1

 2   A P P E A R A N C E S:

 3

 4        VLADECK, RASKIN & CLARK, P.C.

 5        Attorneys for Plaintiff

 6              111 Broadway, Suite 1505

 7              New York, New York 10006

 8        BY:   JEREMIAH IADEVAIA, ESQ.

 9                 jiadevaia@vladeck.com

10              BRANDON WHITE, ESQ.

11                 bwhite@vladeck.com

12              JAMES BAGLEY, ESQ.

13                 jbagley@vladeck.com

14

15        DAVIS WRIGHT TREMAINE LLP

16        Attorneys for Defendants

17              1251 Avenue of the Americas

18              New York, New York 10020

19        BY:   LYLE S. ZUCKERMAN, ESQ.

20                 lylezuckerman@dwt.com

21              MICHAEL LEONE LYNCH, ESQ.

22                 michaellynch@dwt.com

23

24

25
```

Page 3

1

2    A P P E A R A N C E S (continued):

3

4    ALSO PRESENT:

5           DANYA AHMED, ESQ. (Paramount)

6           ALEXANDRA POOLOS

7           RASHEL PORTALES, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 4

 1

 2              THE VIDEOGRAPHER:  Good morning.  We're

 3      going on the record at 10:18 a.m. on March

 4      11th, 2025.

 5              Please note that the microphones are     10:18:27

 6      sensitive and may pick up whispering and

 7      private conversations.

 8              Please mute your phones at this time.

 9              Audio and video recording will continue

10      to take place unless all parties agree to go

11      off record.

12              This is media unit number 1 of the

13      video-recorded deposition of Lesley Stahl

14      taken by counsel for plaintiff in the matter

15      of Alexandra Poolos versus Paramount Global,    10:18:58

16      et al., filed in the Davis Wright Tremaine

17      [sic], Case Number 1:23-cv-088969(GHW)(JLC).

18              The location of the deposition is 1251

19      Avenue of the Americas, twenty-first floor,

20      New York, New York 10020.                       10:19:32

21              My name is Rashel Portales,

22      representing Veritext, and I am the

23      videographer.  The court reporter is Laurie

24      Collins, representing Veritext.

25              I am not authorized to administer an     10:19:48
```

```
                                              Page 5
 1                    Proceedings
 2        oath.  I am not related to any party in this
 3        action, nor am I financially interested in the
 4        outcome.
 5            If there are any objections to            10:19:55
 6        proceeding, please state them at the time of
 7        your appearance.
 8            Counsel and all present, including
 9        remotely, will now state their appearance and
10        affiliation for the record, beginning with the 10:20:08
11        noticing attorney.
12            ATTORNEY IADEVAIA:  Good morning.  My
13        name is Jeremiah Iadevaia, and with me are my
14        colleagues, James Bagley and Brandon White of
15        the firm Vladeck, Raskin & Clark on behalf of  10:20:20
16        the plaintiff, and here as well is the
17        plaintiff, Alexandra Poolos.
18            ATTORNEY ZUCKERMAN:  Good morning.
19        Lyle Zuckerman from Davis Wright Tremaine on
20        behalf of the defendants.  I'm here together
21        with my colleague Michael Lynch, also from
22        Davis Wright Tremaine and Danya Ahmed, who is
23        in-house counsel at Paramount.
24            THE VIDEOGRAPHER:  Will the court
25        reporter please swear in the witness and the   10:20:41
```

```
                                                    Page 6
 1                        Stahl
 2       counsel may proceed.
 3   L E S L E Y    S T A H L ,
 4       called as a witness, having been duly sworn
 5       by the notary public, was examined and
 6       testified as follows:
 7   EXAMINATION BY
 8   ATTORNEY IADEVAIA:
 9       Q.    Good morning, Ms. Stahl.  As I said
10   just a few moments ago, my name is Jeremiah       10:20:57
11   Iadevaia, and I'm one of Alex's lawyers in this
12   matter.
13            Have you ever had your deposition taken
14   before today?
15       A.    Yes.                                     10:21:09
16       Q.    And was it in a matter involving CBS?
17       A.    Yes.
18       Q.    And was it an employment case?
19       A.    Ah.  I'm not sure.
20       Q.    How many times have you had your         10:21:25
21   deposition taken before?
22       A.    Once.
23       Q.    Once?  One other time.  And
24   approximately how long ago was that?
25       A.    Oh, my goodness.  Five, six years ago.   10:21:32
```

```
                                              Page 7
 1                      Stahl
 2        Q.    Okay.  And were you a party in that
 3   case?
 4        A.    No.
 5        Q.    No.  Okay.                      10:21:39
 6              And who were the parties in that case?
 7   Who was the plaintiff in that case, do you recall?
 8        A.    Jeff Fager.
 9        Q.    And outside of your deposition, did you
10   participate in that proceeding in any other way?   10:21:59
11        A.    No.
12        Q.    So you've had your deposition before,
13   so I'm sure you have some sense of how the day may
14   go.  But just hopefully to make things easier
15   we'll go through a couple of ground rules.        10:22:20
16              This will be a question-and-answer
17   session.  I'll be asking the questions and I ask
18   that you give answers, please.  The questions and
19   answers will be recorded by the court reporter,
20   who is sitting between us.  As a result, I will    10:22:31
21   need verbal answers, either yeses or nos or some
22   explanation, but not nods or gestures.  Is that
23   okay?
24        A.    Sure.
25        Q.    Also, during the day I ask that you let 10:22:43
```

```
                                        Page 8
 1                        Stahl
 2    me finish my questions, and I'll do my best to
 3    left you finish your answers.  If we interrupt
 4    each other, it will be hard for the court reporter
 5    to get down the information.  Is that okay?        10:22:54
 6        A.    Yes.
 7        Q.    If you don't understand a question that
 8    I ask at any time, please let me know and I'll do
 9    my best to rephrase it.  Is that okay?
10        A.    Yes.                                      10:23:05
11        Q.    Throughout the day we'll take periodic
12    breaks.  If you need a break at any point in time,
13    just let me know.  So long as a question is not
14    pending, it won't be a problem.  Is that okay?
15        A.    Yes.                                      10:23:18
16        Q.    Are you on any medication today that
17    would affect your ability to testify truthfully
18    and accurately?
19        A.    No.
20        Q.    And is there any reason that you know    10:23:26
21    of that you won't be able to testify truthfully
22    and accurately today?
23        A.    No.
24        Q.    Did you do anything to prepare for
25    today's deposition?                                10:23:37
```

```
                                              Page 9
 1                        Stahl
 2         A.    Well, I met with counsel yesterday.
 3         Q.    Okay.  How many meetings did you have
 4   with counsel for the purposes of preparing for
 5   today's deposition?                          10:23:46
 6         A.    Once.
 7         Q.    And you said that took place yesterday?
 8         A.    Yes.
 9         Q.    And was it at these offices?
10         A.    Yes.                             10:23:53
11         Q.    Who was present for that meeting?
12         A.    This trio over here.
13         Q.    Was anyone else present?
14         A.    No.
15         Q.    And approximately how long was that  10:24:00
16   meeting?
17         A.    It went roughly from 10 to 2, roughly.
18         Q.    And during that meeting did you review
19   any documents?
20         A.    Emails.                          10:24:10
21         Q.    And what emails did you review?
22         A.    Several -- my recollection is that they
23   were all either from me or to me.
24         Q.    And to your knowledge were those emails
25   produced in this case, do you have any idea?  10:24:25
```

```
                                              Page 10
 1                        Stahl
 2              ATTORNEY ZUCKERMAN:  Objection.
 3              You can answer.  If I object, you can
 4         answer unless I instruct you.
 5         A.    Okay.  But I don't quite understand the  10:24:32
 6    question.
 7         Q.    I'll withdraw it.  We can move on.
 8              Outside of emails did you review any
 9    other documents in preparation for today's
10    deposition?                                       10:24:44
11         A.    No.
12         Q.    Did you review the lawsuit filed in
13    this case in preparation for today's deposition?
14         A.    No.
15         Q.    Have you ever reviewed the lawsuit?    10:24:49
16         A.    No.
17         Q.    You've never reviewed Ms. Poolos's
18    filing?
19         A.    No.
20         Q.    Do you have any understanding of what  10:24:58
21    her legal claims are in this case?
22         A.    I wouldn't say it's a complete
23    understanding.  Let's say it's a vague
24    understanding.
25         Q.    And what is your vague understanding?  10:25:09
```

```
                                         Page 11
 1                        Stahl
 2        A.    I think she's suing for gender
 3    discrimination, but I'm once again not a hundred
 4    percent sure.
 5        Q.    Have you discussed today's deposition    10:25:20
 6    with anyone other than counsel?
 7        A.    You mean in detail?
 8        Q.    Well, let me ask you this:  Did you
 9    discuss today's deposition with Bill Owens?
10        A.    Well, he knows that I'm having a         10:25:38
11    deposition.  I don't know if he even knows it's
12    today.  So he knows I'm doing this but no details.
13    We never discussed the finer points.
14        Q.    And have you discussed today's
15    deposition with Tanya Simon?                       10:25:55
16        A.    No, never.
17        Q.    Have you discussed today's deposition
18    with someone named Renee Balducci?
19        A.    No.
20        Q.    Have you discussed today's deposition    10:26:02
21    with Collette Richards?
22        A.    No.
23        Q.    Have you discussed today's deposition
24    with Shachar Bar-On?
25        A.    Well, same with Bill:  He knows that     10:26:11
```

```
                                        Page 12
 1                        Stahl
 2   I'm having a deposition, but no details.
 3        Q.    Have you discussed this lawsuit with
 4   Mr. Owens?
 5        A.    Yes.                                10:26:23
 6        Q.    And what were your discussions with
 7   him?
 8        A.    Oh, my goodness.  That's a huge
 9   question because we discussed the lawsuit when it
10   was first filed, probably in between.  My memory   10:26:37
11   on this is not crystal clear.  So say several
12   times.
13        Q.    Several times?  And what did you
14   discuss with him?
15        A.    I can't remember specifics.         10:26:56
16        Q.    Can you tell me generally what you
17   recall?
18        A.    Well, I recall the fact that Alex had
19   filed this lawsuit and that -- I really can't
20   remember specifics.  I'm sorry.                10:27:18
21        Q.    When you say the fact that Ms. Poolos
22   filed the lawsuit, what was the discussion with
23   Mr. Owens?
24        A.    I can't remember the details.
25        Q.    Do you remember anything about it?   10:27:26
```

```
                                        Page 13
 1                       Stahl
 2        A.    Not really, no.
 3        Q.    Did you have any discussion with
 4   Mr. Owens about specific allegations that
 5   Ms. Poolos had made?                         10:27:33
 6              ATTORNEY ZUCKERMAN:  Objection.
 7        A.    Not details.  I mean, as I said, it was
 8   about -- I knew -- I think I know that it was
 9   about gender discrimination, but I don't remember
10   that we discussed, you know, anything specific.  10:27:46
11        Q.    Other than what you've testified to, do
12   you recall anything about your discussions with
13   Mr. Owens about Ms. Poolos's lawsuit?
14        A.    You're asking me if I know about the
15   actual lawsuit, and I don't think we ever went   10:28:12
16   into detail on the lawsuit.
17        Q.    Understood.  I think my question is
18   more broad than that, because I think you said you
19   don't think you went into specifics.  My question
20   is what do you recall about discussions with Bill  10:28:25
21   Owens regarding Ms. Poolos's lawsuit, any aspect
22   of it.
23        A.    Well -- you're making me go way back in
24   history.  You realize that?  You realize it would
25   have been years ago so...                      10:28:47
```

```
                                        Page 14
 1                       Stahl
 2            I remember -- I remember being
 3    surprised that she was making the allegations
 4    about gender discrimination.  I had some knowledge
 5    about why she was let go, and my understanding of   10:29:06
 6    that -- and I did discuss this with Bill -- was
 7    that she was let go because of a communication she
 8    had with someone at CNN, having absolutely nothing
 9    whatever to do with gender discrimination.
10            So I think I discussed with Bill that I   10:29:26
11    was surprised.
12        Q.    And what was the basis for your
13    understanding as to the reason that Ms. Poolos was
14    let go?
15        A.    Well, you know, she was on my team.   10:29:38
16    She was a producer on my team.  And when she made
17    that phone call discussion with a man at CNN -- I
18    don't know who the man was -- but I was told why
19    she was let go.
20        Q.    Who told you?                         10:30:01
21        A.    Bill.
22        Q.    And did he tell you around the time
23    that Ms. Poolos was in fact let go?
24        A.    Yeah, it was right around the time,
25    yes, because she was let go from my team.        10:30:14
```

```
                                        Page 15
 1                          Stahl
 2        Q.    And outside of what Mr. Owens told you
 3    about the reason why Ms. Poolos was let go, do you
 4    have any other basis to understand the reasons for
 5    her departure?                              10:30:27
 6        A.    That -- my understanding -- and Bill --
 7    this is what Bill told me -- was that she had made
 8    a phone call and disparaged Collette Richards and
 9    that was unacceptable and that she was being let
10    go.                                         10:30:45
11        Q.    Did he say anything else to you about
12    why she was let go?
13        A.    My memory is that that was the reason,
14    period.
15        Q.    Did you ever discuss the reason         10:30:59
16    Ms. Poolos was let go with Ms. Poolos?
17        A.    I don't think we ever did.  I have no
18    memory that we ever did.
19        Q.    We'll go back to the question that I
20    was asking a few minutes ago.  Did you ever have  10:31:15
21    any discussions with Tanya Simon about
22    Ms. Poolos's lawsuit?
23        A.    Not that I recall.
24        Q.    Did you ever have any discussions with
25    anyone in HR about Ms. Poolos's lawsuit?         10:31:26
```

```
                                        Page 16
 1                       Stahl
 2        A.    Yeah, with Renee, yes.
 3        Q.    And what did you discuss with
 4   Ms. Balducci about Ms. Poolos's lawsuit?
 5        A.    Oh, about the lawsuit?              10:31:38
 6        Q.    Yeah.
 7        A.    Oh.  I thought you were asking about
 8   why she was let go.
 9        Q.    No.  We'll come back to that later.
10        A.    Okay.  Sorry.  I don't recall       10:31:47
11   discussing the lawsuit with Renee, no.
12        Q.    Okay.  Did you discuss the lawsuit with
13   Mr. Bar-On?
14        A.    I'm sure I did, but I don't have any
15   specific memory of that conversation.  But I'm  10:32:02
16   positive I must have.
17             THE VIDEOGRAPHER:  Excuse me.  Can I go
18        off the record?  I have some technical issues.
19             ATTORNEY IADEVAIA:  Sure.
20             THE VIDEOGRAPHER:  We're going off the  10:32:14
21        record, and the time is 10:32 a.m.
22             (Pause.)
23             THE VIDEOGRAPHER:  We're going back on
24        the record, and the time is 10:33 a.m.
25        Q.    Before we just took the break, I was   10:33:24
```

```
                                                    Page 17
 1                              Stahl

 2      asking about discussion or discussions you had

 3      with Mr. Bar-On about the lawsuit.  You said you

 4      didn't remember any specifics.  Do you remember

 5      generally what you discussed with Mr. Bar-On about  10:33:36

 6      the lawsuit?

 7           A.    No, I don't remember specifics.

 8           Q.    The question was do you remember

 9      generally.

10                 ATTORNEY ZUCKERMAN:  Objection.         10:33:50

11           A.    I don't.

12           Q.    Did you discuss the lawsuit with

13      Collette Richards?

14           A.    I don't believe I did.

15           Q.    Did you discuss the lawsuit with        10:34:08

16      Claudia Weinstein?

17           A.    No.

18           Q.    You currently work for 60 Minutes at

19      CBS; correct?

20           A.    Correct.                                10:34:21

21           Q.    And what is your position there?

22           A.    Correspondent.

23           Q.    And how long have you worked for 60

24      Minutes?

25           A.    32 years.                               10:34:32
```

```
                                              Page 18
 1                        Stahl
 2        Q.    What year approximately did you start?
 3        A.    I started in '91.  So I guess it's 33
 4    years.
 5        Q.    And when you joined 60 Minutes, did you  10:34:39
 6    join as a correspondent?
 7        A.    Yes.
 8        Q.    When you first joined, who did you
 9    report to?
10        A.    Don Hewitt.                              10:34:49
11        Q.    And what was Mr. Hewitt's title at the
12    time?
13        A.    The executive producer.
14        Q.    And at some point did that change?
15        A.    Yes.                                     10:34:58
16        Q.    Approximately do you know when it
17    changed?
18        A.    Oh, boy.  No, I don't.
19        Q.    That's okay.  Who was the next
20    executive producer for 60 Minutes?               10:35:06
21        A.    Jeff Fager.
22        Q.    And who was the next executive producer
23    after Mr. Fager?
24        A.    Bill Owens.
25        Q.    Do you recall approximately when        10:35:17
```

```
                                            Page 19
 1                          Stahl
 2     Mr. Owens became the executive producer?
 3          A.    I couldn't give you the year.
 4          Q.    Could you describe for us just
 5     generally what your responsibilities are as a      10:35:27
 6     correspondent for 60 Minutes?
 7          A.    Well, I have a couple.  The first is to
 8     produce a certain number of stories every year.
 9     It's not a specific quota, but it's roughly 15 to
10     20, in that range.  I also manage a team of        10:35:47
11     producers and associate producers.
12          Q.    Any other responsibilities generally?
13          A.    To be accurate, honest, fair, balanced,
14     to live by the standards, that kind of thing.
15          Q.    What standards are you referring to?    10:36:06
16          A.    Journalistic standards, CBS standards.
17     They're pretty specific.
18          Q.    Are there any policies reflecting these
19     standards?
20                ATTORNEY ZUCKERMAN:  Objection.         10:36:19
21          Q.    Strike that.
22                Is there anything in writing reflecting
23     these standards?
24          A.    I'm trying to think if I ever saw a
25     book of standards.  I don't know that I have.  But 10:36:32
```

```
                                              Page 20
 1                         Stahl
 2    they're pretty well understood.  And there are
 3    people who oversee that.
 4         Q.    People at CBS?
 5         A.    Yeah, CBS News.                  10:36:45
 6         Q.    You mentioned that you oversee teams.
 7    How many teams do you currently oversee?
 8         A.    Well, one team with it used to be four
 9    producers and four associate producers, and it's
10    now three.                                  10:37:03
11         Q.    Okay.  Who are the current producers
12    on -- sorry, strike that.  Let me ask a question.
13              When you say there's one team, you mean
14    the Lesley Stahl team; correct?
15         A.    Correct, yes, yes.               10:37:15
16         Q.    Who are the three producers on your
17    team currently?
18         A.    Shari Finkelstein, Rich Bonin, and
19    Shachar Bar-On.
20         Q.    And does Ms. Finkelstein work with an  10:37:30
21    AP?
22         A.    Yes.
23         Q.    When I say "AP," you understand that to
24    mean associate producer?
25         A.    Correct.                         10:37:38
```

```
                                        Page 21
 1                         Stahl

 2        Q.     And who is Ms. Finkelstein's AP?

 3        A.     Collette Richards.

 4        Q.     Do you have any sense as to how long

 5   Ms. Finkelstein has been at 60 Minutes?          10:37:47

 6        A.     27 years.

 7        Q.     And has she been on your team the whole

 8   time?

 9        A.     Yes.

10        Q.     And has she been a producer the whole   10:38:02

11   time?

12        A.     Yes.

13        Q.     Was Ms. Finkelstein ever an AP on your

14   team?

15        A.     No.                                     10:38:09

16        Q.     And Rich Bonin is currently a producer;

17   correct?

18        A.     Yes.

19        Q.     And which AP does he work with?

20        A.     Marella [phonetic] -- gosh, last name.  10:38:18

21        Q.     You're not sure the last name.

22               And how long has Mr. Bonin on your

23   team?

24        A.     More than Shari.  Roughly 30, roughly.

25        Q.     And has Mr. Bonin been a producer the   10:38:35
```

```
                                         Page 22
 1                        Stahl
 2   entire time he's been on your team?
 3        A.     Yes.
 4        Q.     Was he ever an AP?
 5        A.     Not on my team.                      10:38:46
 6        Q.     Was he an AP on another team?
 7        A.     Yes.
 8        Q.     Who did he work for previously?
 9        A.     Mike Wallace, as an AP, and he was a
10   producer with Steve Kroft.                       10:38:55
11        Q.     Okay.  And Mr. Bar-On is a producer on
12   your team currently; correct?
13        A.     Correct.
14        Q.     And who is his AP?
15        A.     Jinsol.  I know you're going to ask me  10:39:05
16   these last names.
17        Q.     I'm sorry, Jinsol was a first name?
18        A.     Jinsol, J-I-N-S-O-L.
19        Q.     And Jinsol's last name?
20        A.     (Shakes head.)                       10:39:19
21        Q.     And how long has Mr. Bar-On been on
22   your team?
23        A.     I'm guessing 22, something like that.
24   Not exact with him.
25        Q.     Okay.  Understood.                   10:39:33
```

```
                                        Page 23
 1                      Stahl
 2              And was he ever an AP on your team?
 3       A.     No.
 4       Q.     He was only a producer?
 5       A.     Correct.                           10:39:40
 6       Q.     And you said there was -- there had
 7  been four producers on your team; correct?
 8       A.     Yeah.
 9       Q.     And when did that change,
10  approximately?                                 10:39:54
11       A.     About a year ago.
12       Q.     And who was that other producer?
13       A.     Her name is -- give me a moment.
14       Q.     If you don't recall --
15       A.     I do -- it will come to me.         10:40:12
16       Q.     You can always --
17       A.     I'm coming back to that.
18       Q.     Sounds good.
19              Why is she no longer with the group, on
20  the team?                                      10:40:23
21       A.     Because my team was reduced by one.
22       Q.     Was it a layoff or was there some
23  behavioral --
24       A.     No, she works on another team.
25       Q.     She works on another team?  Whose team  10:40:32
```

```
                                         Page 24
 1                      Stahl
 2    does she work on now?
 3         A.    Cecelia Vega.
 4         Q.    Ms. Vega is another correspondent for
 5    60 Minutes?                                    10:40:45
 6         A.    Uh-huh.
 7         Q.    Generally speaking what are the
 8    producers' responsibilities?  And I'm talking
 9    about the producers who are on your team.
10         A.    Well, they are expected to propose    10:41:00
11    story ideas.  They're expected to arrange for
12    interviews, organize what we call shoots, which
13    would be the interviews themselves, where they're
14    held, when they're held.
15               And after that they're responsible for   10:41:28
16    screening what we shoot and proposing scripts,
17    storylines, outlines, writing scripts; and then
18    after that working with an editor to put the
19    script together with the pictures, and then with
20    me and the editor, and finally to, with me, show    10:41:58
21    our product to our boss; and after that to edit
22    the story down to a specific time.
23               And in there -- well, I guess that's
24    it, pretty much.
25         Q.    And is there any work that's done on a   10:42:38
```

```
                                            Page 25
 1                        Stahl
 2    story after it airs?
 3              ATTORNEY ZUCKERMAN:  Objection.
 4              THE WITNESS:  Does that mean I can
 5         answer?                              10:42:49
 6              ATTORNEY ZUCKERMAN:  You can answer,
 7         yeah.
 8              THE WITNESS:  Well, if there's any
 9         accusation of inaccuracies, then there might
10         be some fact-checking and perhaps explanation. 10:43:05
11         Sometimes if there's -- sometimes if there's a
12         complaint the producer might be called upon to
13         respond, or I might be called upon to
14         response.
15         Q.    And when you said, in describing        10:43:39
16    producers' responsibilities, generally show
17    production to the boss, is the boss -- are you
18    referring to the executive producer of the show?
19         A.    I'm talking -- yes, and his -- he has a
20    panel who will review our stories along with him.  10:43:52
21         Q.    And is the panel always the same or
22    does it vary?
23         A.    It's pretty much always the same.
24         Q.    Who is currently on that panel?
25         A.    Tanya Simon, Claudia Weinstein, Debbie   10:44:11
```

```
                                              Page 26
 1                        Stahl
 2   DeLuca, although she's been on leave, but I think
 3   she's back now, and Al Ortiz is brought in for a
 4   final screening.  We usually have three
 5   screenings.  And our lawyers are sometimes brought  10:44:39
 6   in if there are any legal questions at all, and
 7   there often are.
 8        Q.    By "lawyers" you mean in-house lawyers
 9   for CBS News?
10        A.    Correct, yes, for 60 Minutes, lawyers   10:44:53
11   assigned to us.
12        Q.    Assigned specifically to 60 Minutes?
13        A.    Yeah.
14        Q.    Tanya Simon is currently the executive
15   editor of 60 Minutes; is that correct?            10:45:10
16        A.    I don't recall her title.  I call her
17   number two.
18        Q.    Number two.  She's Mr. Owens' deputy?
19        A.    Yes.
20        Q.    What is Ms. Weinstein's title?         10:45:20
21        A.    I don't know exactly what her title is,
22   but she is responsible for reading all the
23   transcripts of our interviews and making sure that
24   we abide by the standards of fair editing and
25   accuracy.                                         10:45:43
```

```
                                              Page 27

 1                          Stahl

 2          Q.    Is there anybody that reports directly

 3     to Ms. Weinstein, if you know?

 4          A.    I don't know.

 5          Q.    Did she used to have somebody report to  10:45:57

 6     her called Jen DePreist?

 7          A.    Yes.

 8          Q.    Is Ms. DePreist still with the show?

 9          A.    No.

10          Q.    Do you know why she left?               10:46:06

11          A.    She -- I think -- I don't know,

12     actually.  She left with a group of people who

13     left, and it was a general downsizing.

14          Q.    Do any of the producers on your team

15     have any reporting relationship to Ms. Weinstein?  10:46:19

16     Does she oversee them?

17          A.    Yes.

18          Q.    In what way?

19          A.    Well, if she has any question about an

20     edit, she will go to the producer or the producer  10:46:36

21     will go to her for an explanation.  For example,

22     if there's a question, we're expected to make sure

23     that the answer is to that question; and if

24     there's any reason that it isn't direct, then an

25     explanation is called for.                         10:47:04
```

```
                                              Page 28
 1                          Stahl
 2         Q.    Outside of any editing issues, does she
 3    have any oversight of the producers?
 4         A.    Well, fact-checking, making sure
 5    accurate -- that what we're saying is accurate and  10:47:14
 6    that we are representing the general sense of what
 7    the person interviewed meant to say.
 8         Q.    Does she have any other oversight
 9    responsibility of the producers on your team?
10         A.    Not that I'm aware of.                    10:47:32
11         Q.    Okay.  What is -- do you know
12    Ms. DeLuca's title?
13         A.    I don't know anybody's title.
14         Q.    Let me ask it differently.  Fair
15    enough.                                              10:47:47
16               What is her job, as you understand it?
17         A.    She is in charge of I guess -- I guess
18    in Hollywood terms it would be postproduction.  So
19    once the story is approved in terms of the
20    editorial content and our boss's acceptance of the  10:48:03
21    flow and the writing, it then is produced for air,
22    and she's in charge of that.  And she's also the
23    producer in charge of the studio work, where we
24    produce our pieces.
25               She's also on his panel.                  10:48:29
```

```
                                            Page 29
 1                      Stahl
 2        Q.    Right.  You had mentioned.
 3        A.    Yes.
 4        Q.    Okay.  And Al Ortiz, what's his job, as
 5   you understand it?                              10:48:39
 6        A.    It's a little complicated right now,
 7   because he retired and now he's been brought back
 8   as the final judge of our stories.  We always
 9   had -- we have always had and probably always will
10   have an executive who was not actually part of 60  10:49:09
11   Minutes but is part of the CBS executive core who
12   comes and signs off on our stories.  So he would
13   be the -- come to the final screening.
14        Q.    So Mr. Ortiz does not work specifically
15   for 60 Minutes?                                 10:49:35
16        A.    Correct.  And I don't know what his
17   status is right now, because he did retire and
18   he's been brought back for this specific purpose.
19        Q.    And was there someone who held his role
20   previously?                                     10:49:50
21        A.    He did.  He retired and came back.
22        Q.    When did he retire, approximately?  A
23   couple years ago?
24        A.    No, no, no.  Months ago.
25        Q.    Was there a period where there was no  10:50:02
```

```
                                                      Page 30
 1                            Stahl
 2    one in that role?
 3         A.     No.  There would always be somebody.
 4         Q.     Is there anybody --
 5         A.     There's a woman named Hillary, but I    10:50:09
 6    don't know her last name.  She fulfilled that
 7    function for a while.
 8         Q.     Are there any editors that sit on the
 9    panel that you described to review the stories or
10    screen the stories?                                 10:50:37
11         A.     Well, the person who edited the story
12    would be in the room but would not be part of the
13    panel.  He'd be the judgee, like me.  Do you know
14    what I mean?
15         Q.     And what generally are the associate    10:50:56
16    producers' responsibilities?  And I'm referring
17    specifically to the associate producers on your
18    team.
19         A.     Well, each producer has his or her own
20    relationship, and each producer requires different  10:51:16
21    things from their associate producers.  But
22    generally speaking they do research, they help
23    finding people for me to interview and talking
24    people into giving us an interview.  They help set
25    up the shoot.  They help with logistics.  They      10:51:45
```

```
                                              Page 31
 1                          Stahl
 2    help with the camera crews.  And depending on the
 3    producer, they're generally a partner of the
 4    producers in organizing the flow of the story.
 5         Q.    You mentioned associate producers help   10:52:13
 6    with logistics.  What kind of logistics are you
 7    referring to?
 8         A.    Getting the camera crews to the
 9    location of the interviews or what you would
10    understand as B roll, getting me there.  That's    10:52:27
11    what I mean by "logistics."
12         Q.    What does B roll mean?
13         A.    It would be all the material that the
14    cameraman would shoot that is not part -- that is
15    not directly the interview itself.                 10:52:48
16         Q.    Going back to producers for a second --
17    and again referring to producers on your team --
18    do they have any responsibilities for writing in
19    their job?
20         A.    Yes.                                     10:53:08
21         Q.    And what are those responsibilities?
22         A.    Well, as I said, depending -- each team
23    and each producer has his or her own style and
24    rhythm on how they proceed with the shoot.  And
25    some are better writers than others, but they're   10:53:26
```

```
                                            Page 32
 1                        Stahl
 2      all responsible for the first draft of the script
 3      in some form.
 4           Q.    And do the associate producers assist
 5      at all in the writing process?                10:53:38
 6           A.    That depends on the producer.
 7           Q.    Some producers have APs assist them,
 8      and some do not?
 9           A.    Correct.
10           Q.    At some point in the story-making    10:53:52
11      process, do the producer and the AP submit
12      something to you?
13           A.    Yes.
14           Q.    And what's that called?  Do you have a
15      name for it?                                   10:54:00
16           A.    The script.
17           Q.    The script.  Got it.
18                 Is there something called a packet that
19      gets submitted to you?
20           A.    That would be a research packet that 10:54:06
21      comes very early in the process, which would
22      include clippings and transcripts of preinterviews
23      with experts on the subject and sometimes the
24      actual person I'm interviewing.
25           Q.    And are there any summaries submitted  10:54:33
```

```
                                          Page 33
 1                      Stahl
 2    in that packet or included in that packet?
 3        A.    There's what we call the note or I call
 4    it the note, and that is the producer's overview
 5    of the story.                              10:54:49
 6        Q.    And in the packet are there ever
 7    summaries of the background interviews that have
 8    been conducted?
 9        A.    Yes.
10        Q.    And who drafts those?            10:55:04
11        A.    It depends on the team.
12        Q.    So sometimes it's a producer, and
13    sometimes it's the AP?
14        A.    Yes.
15        Q.    And who conducts the preinterviews?  10:55:17
16        A.    I think they both do, depending.
17        Q.    Both the producer and the AP?
18        A.    Correct.  I think they divide it up,
19    usually.
20        Q.    And in your role as correspondent, how  10:55:35
21    much do you get involved in the allocation of work
22    between the producer and the AP generally?
23        A.    Not at all.
24        Q.    You leave that up to the producer to
25    decide?                                    10:55:46
```

```
                                            Page 34
 1                       Stahl
 2        A.    Correct.
 3        Q.    Do the APs on your team have any
 4   responsibility for dealing with third-party
 5   footage?                                      10:56:10
 6        A.    Yes.
 7        Q.    What is that responsibility?
 8        A.    There is also an assistant producer who
 9   does the finding of footage that we don't shoot
10   specifically, but the associate producer does this  10:56:28
11   as well, looking for -- again, I would call it B
12   roll, anything that is not the actual interview
13   itself that we would -- that we could cull from
14   for our stories, that we either -- would be either
15   in the CBS archive or something we would find    10:56:52
16   online, or they would find online.
17        Q.    You mentioned assistant producer.  Is
18   that like a broadcast producer?  Is that that
19   person?
20        A.    Yeah.                               10:57:08
21        Q.    Who is also involved in securing third-
22   party footage?
23        A.    Correct.
24        Q.    And works with the AP to do so?
25        A.    And the producer.                   10:57:15
```

```
                                              Page 35
 1                     Stahl
 2       Q.     And the producer.  Got it.
 3       A.     Well, as I said, each team is
 4  different.
 5       Q.     Each team is different.  Fair enough.    10:57:20
 6              Does the associate producers have any
 7  responsibility for fact-checking stories?
 8       A.     Yes.
 9       Q.     And what's that responsibility?
10       A.     In I think all my teams the associate    10:57:32
11  producer is responsible not only for fact-checking
12  but for producing a document that's given to
13  Claudia Weinstein that annotates where the fact
14  came from.
15       Q.     Ms. Stahl, as a correspondent do you     10:58:08
16  sometimes work on weekends?
17       A.     Yes.
18       Q.     And has that been true since you've
19  been a correspondent?
20       A.     Yes.                                      10:58:18
21       Q.     And sometimes you work at night past
22  what some consider normal business hours?
23       A.     Yes.
24       Q.     And have you worked on holidays
25  throughout your career?                               10:58:25
```

```
                                              Page 36
 1                        Stahl
 2        A.     Yes, usually, as a matter of fact.
 3        Q.     And do producers who work on your team
 4   work nights?
 5        A.     Yes.                               10:58:33
 6        Q.     And do they work on weekends?
 7        A.     Yes.
 8        Q.     And do they work on holidays?
 9        A.     Yes.
10        Q.     And do the APs who work on your team    10:58:38
11   work nights?
12        A.     Yes.
13        Q.     And weekends?
14        A.     Yes.
15        Q.     And holidays?                      10:58:44
16        A.     Yes.
17        Q.     Do you have any responsibility for
18   evaluating the performance of the producers on
19   your team?
20               ATTORNEY ZUCKERMAN:  Objection.    10:58:54
21               You can answer.
22        A.     That's an interesting question because
23   it's something that I have not been called upon to
24   do regularly, but I have done that from time to
25   time.                                          10:59:15
```

```
                                              Page 37
 1                        Stahl
 2        Q.    Do you provide feedback to Mr. Owens
 3   about your evaluation of the performance of your
 4   producers?
 5        A.    Not unless I'm asked to.            10:59:20
 6        Q.    And do you provide feedback regarding
 7   the performance of associate producers on your
 8   team, to Mr. Owens?
 9        A.    No.
10        Q.    When does 60 Minutes' season start?   10:59:42
11   What time of year?
12        A.    The fall.
13        Q.    In the fall?  Is it September?
14        A.    It's late September, yeah.
15        Q.    When did -- I'm sorry, I didn't mean to  10:59:59
16   cut you off.
17        A.    That's it.
18        Q.    And when does it end?
19        A.    Ah.  Usually late May, usually.
20        Q.    Has work that you've done for 60      11:00:14
21   Minutes won awards?
22        A.    Yes.
23        Q.    What kind of awards has the work you've
24   done won?  Just give me some examples, please.
25        A.    Emmys.                               11:00:27
```

```
                                          Page 38
 1                      Stahl
 2        Q.    Any lifetime achievement awards?
 3        A.    Yes.
 4        Q.    Was that an Emmy award or for some
 5   other organization?                          11:00:36
 6        A.    Emmys and others.
 7        Q.    Emmys and others.
 8        A.    When you get to be my age, you get a
 9   lot of lifetime stuff.
10        Q.    Have you won or received the Edward R.   11:00:44
11   Murrow award?
12        A.    Yes.
13        Q.    Before you got to 60 Minutes, did you
14   work at CBS News?
15        A.    Yes.                              11:01:01
16        Q.    And when did you join CBS News?
17        A.    '72.
18        Q.    1972?
19        A.    Yeah.
20        Q.    Got it.                           11:01:06
21              And what was your first job there?
22        A.    I was called a reporter.  It was -- I
23   always referred to it as an apprenticeship.
24   That's not an official description of it, but
25   that's the way I saw it.                     11:01:26
```

```
                                            Page 39
 1                        Stahl
 2        Q.    Were you assigned to a specific beat to
 3   cover?
 4        A.    Not -- not in the beginning, no.
 5        Q.    Did that change over time?         11:01:35
 6        A.    Yes.
 7        Q.    How did it change?
 8        A.    Well, I was promoted to correspondent,
 9   and I covered Watergate.  So I was assigned to
10   that story as number two on the story.         11:01:48
11        Q.    Did you work for a specific show at the
12   time?
13        A.    Yeah, CBS Evening News with Walter
14   Cronkite.
15        Q.    And for how long were you a          11:02:02
16   correspondent, approximately, for the Evening News
17   with Mr. Cronkite?
18        A.    20 years.
19        Q.    Did you have other jobs at CBS News?
20        A.    I did a couple of documentaries for CBS  11:02:13
21   reports.  I did election coverage.  I covered
22   conventions.  I anchored a show called America
23   Tonight for a couple of years, and I moderated
24   Face the Nation for eight years.  Oh, I also
25   anchored the morning news.  I was a morning news   11:02:49
```

```
                                       Page 40
 1                    Stahl
 2   anchor for a couple of years, two years.
 3       Q.    And the election coverage that you
 4   mentioned, were you a correspondent in that
 5   coverage?                                    11:03:06
 6       A.    Yes.
 7       Q.    And the documentaries for CBS, were you
 8   on air or what was your role in those
 9   documentaries?
10       A.    Yeah, I would be the principal      11:03:17
11   correspondent.
12       Q.    When you say covering conventions, you
13   served in a correspondent function there?
14       A.    Correct.
15       Q.    During the time that you've worked at  11:03:34
16   60 Minutes, has anyone ever yelled at you?
17       A.    Yes.  Not often but yes.
18       Q.    Who can you recall yelling at you?
19       A.    Well, going back to my 20 years in
20   Washington, I'm thinking of one producer in    11:03:52
21   particular.
22       Q.    Who's that?
23       A.    I'm not going to name his name.
24       Q.    I just need you to say the name.  We
25   can mark it confidential and keep it for purposes  11:04:02
```

```
                                         Page 41
 1                        Stahl
 2    of the case.
 3          A.    I'm not going to name his name.
 4                ATTORNEY ZUCKERMAN:  Let us just
 5          discuss it at a break, and then we can --    11:04:09
 6                ATTORNEY IADEVAIA:  Why don't we take a
 7          quick break, because we've been going --
 8                ATTORNEY ZUCKERMAN:  It's time for a
 9          break anyway.
10                THE VIDEOGRAPHER:  We're going off the    11:04:18
11          record, and the time is 11:04 a.m.
12                (Recess taken from 11:04 to 11:20.)
13                THE VIDEOGRAPHER:  This is the
14          beginning of media unit number 3.  We're going
15          on the record, and the time is 11:20 a.m.    11:20:27
16          Q.    Okay.  Ms. Stahl, before the break you
17    were -- expressed that you were not okay giving
18    the name of someone who had yelled at you.  Let me
19    ask this question:  Is the person that you're
20    referring to, was that someone you worked with at    11:20:42
21    60 Minutes?
22          A.    No.
23          Q.    Okay.  So I want to focus on the period
24    since you've been at 60 Minutes.  Okay?
25          A.    Yes.                                    11:20:50
```

```
                                          Page 42
 1                       Stahl
 2       Q.    Has anyone yelled at you while you
 3   worked at 60 Minutes?
 4       A.    Yes.
 5       Q.    And who?                         11:20:54
 6       A.    Jeff Fager.
 7       Q.    Anyone other than Mr. Fager?
 8       A.    Not that I recall.
 9       Q.    Was there a producer at 60 Minutes
10   named Michael Radutzky?                    11:21:07
11       A.    Yes.
12       Q.    Did he ever yell at you?
13       A.    No.
14       Q.    Did you ever hear Mr. Radutzky yell?
15       A.    No.                              11:21:13
16       Q.    And how frequently would you say that
17   Mr. Fager yelled at you?
18       A.    I recall twice.
19       Q.    And were the circumstances when that
20   happened?                                  11:21:36
21       A.    He was pissed at me.
22       Q.    And what was he --
23       A.    I don't remember at what specifically.
24       Q.    You don't remember at what?
25       A.    What, no.  I think I was arguing with  11:21:45
```

```
                                              Page 43
 1                          Stahl
 2     him and he didn't appreciate it.
 3          Q.    In your view was Mr. Fager ever abusive
 4     towards you?
 5          A.    No.                              11:22:04
 6          Q.    Was he ever verbally abusive?
 7          A.    Yes.
 8          Q.    And are you talking about him being
 9     verbally -- was he verbally abusive outside of the
10     two times you recall him yelling at you?     11:22:14
11               ATTORNEY ZUCKERMAN:  Objection.
12          A.    I just -- I can't remember.  It's too
13     impressionistic.  I do remember twice, though.
14          Q.    Has Rich Bonin ever yelled at you?
15          A.    We argue a lot.  We're like siblings.  11:22:40
16     So we both -- we fight a lot.  So I suppose you
17     could say yes.
18          Q.    And Shachar Bar-On, has he ever yelled
19     at you?
20          A.    Once that I recall.               11:22:58
21          Q.    What was that about?
22          A.    It's kind of funny.  You want to hear a
23     funny story?
24          Q.    Sure.
25          A.    Okay.  We were in Israel, and I was    11:23:06
```

```
                                                  Page 44
 1                            Stahl
 2      doing a stand-up with bullets flying over my head
 3      on HAMAS.  And we were in a kibbutz, and I
 4      couldn't get through the stand-up.  I just
 5      couldn't finish it.  It was probably about 70      11:23:26
 6      seconds long, and I would get to 50 seconds, and
 7      I'd flub.  And every -- when I'm standing up, so
 8      is the cameraman.  So we had to finish.  Finally I
 9      finished.
10             But I called the kibbutz a town, and       11:23:42
11      Shachar said I had to do it again.  I said, It's a
12      town.  It's a town.  Look around.  It's a town.
13      And I said, I'm not doing it; we've all got to get
14      out of here.  And he said, You have to do it
15      again.  You have to call it a kibbutz.  I said,    11:24:00
16      Shachar, it's a town, and I'm not doing it again.
17      And he yelled at me.  He said, It's a kibbutz, at
18      the top of his lungs.
19             It's the only time I remember him
20      yelling.  He may have yelled at me another time,   11:24:16
21      but I don't remember.
22         Q.    Did Ms. Poolos ever yell at you?
23         A.    Not that I recall.
24         Q.    Did Don Hewitt ever yell at you?
25         A.    Oh, not that I recall.  But Don had --    11:24:31
```

```
                                           Page 45
 1                       Stahl
 2    Don was exuberant.  So there was a lot of general
 3    loudness when he was there.
 4         Q.    Mr. Owens, has he ever yelled at you?
 5         A.    No.                            11:24:45
 6         Q.    Going back to Mr. Radutzky, when he
 7    worked at -- well, strike that.
 8               Does he still work for 60 Minutes?
 9         A.    No.
10         Q.    Do you know when he left?         11:24:58
11         A.    Oh, I don't, but it's many years ago.
12         Q.    Do you know why he left?
13         A.    I don't know specifically, but he was
14    said to be abusive to people who worked under him.
15         Q.    Do you know --                    11:25:16
16         A.    I actually don't know if that's why he
17    was let go.  I don't know any of the details.
18         Q.    Do you know of anyone who has alleged
19    that he was abusive toward them?
20         A.    Yes.                             11:25:32
21         Q.    Who?
22         A.    One of his associate producers came
23    onto my team, Andrew Metz.
24         Q.    What did Mr. Nets say?
25         A.    Metz.                            11:25:42
```

```
                                                   Page 46
  1                       Stahl
  2          Q.    Metz, sorry.
  3          A.    M-E-T-Z.
  4          Q.    What did Mr. Metz say about
  5    Mr. Radutzky being abusive?                  11:25:50
  6          A.    I can't remember any specific details.
  7          Q.    Is it your understanding that Mr. Metz
  8    had asked to be changed from Mr. Radutzky's team?
  9          A.    Yes.
 10          Q.    Because of the way Mr. Radutzky treated 11:26:04
 11    him?
 12          A.    Yes.
 13          Q.    Do you recall approximately when
 14    Mr. Metz came to your team?
 15          A.    No.                               11:26:12
 16          Q.    Was it long before Mr. Radutzky left or
 17    was it around the same time?
 18          A.    Long before.
 19          Q.    Anyone else you're aware of who has
 20    alleged that Mr. Radutzky was abusive?        11:26:24
 21          A.    His assistant.  I believe his assistant
 22    complained.
 23          Q.    Who's his assistant?
 24          A.    I hate to say who I think it is if I'm
 25    not accurate here, so I'm not -- I'm just going to  11:26:46
```

```
                                                  Page 47
 1                         Stahl
 2      say a manager.
 3           Q.    A man or woman?
 4           A.    Woman.
 5           Q.    And what did she say -- what was your    11:26:52
 6      understanding of the concern she had about how he
 7      treated her?
 8                 ATTORNEY ZUCKERMAN:   Objection.
 9                 Go ahead.
10           A.    My understanding is that he yelled at    11:27:05
11      her and actually threw something at her.
12           Q.    What did he throw at her?
13           A.    I'm not sure.
14           Q.    Is this ████    ████
15           A.    No, no.                                   11:27:23
16           Q.    Did ████    ████    ever make allegations
17      that Mr. Radutzky had been -- had mistreated her?
18           A.    I'm not sure.  It rings a bell, but I'm
19      not sure.  It does sound familiar, yeah.  I'm just
20      not sure.                                            11:27:41
21           Q.    ████    ████    worked for 60 Minutes;
22      correct?
23           A.    Correct.
24           Q.    What was her job there, do you know?
25           A.    Well, she's -- this would not have been   11:27:47
```

```
                                                        Page 48
 1                              Stahl
 2      her title, but she was a booker.  She helped us
 3      correspondents get interviews of authors, movie
 4      stars, people like that.
 5          Q.    And do you know if Ms. ████ ever        11:28:05
 6      alleged that Mr. Radutzky had twisted her arm or
 7      her wrist?
 8          A.    Ah, yes, that's -- yes, correct.
 9          Q.    And did Ms. ████ allege that
10      Mr. Radutzky had thrown something at her?          11:28:21
11          A.    Not that I recall, no.
12          Q.    Did you have discussions with anybody
13      at 60 Minutes about Ms. ████ accusations or
14      allegations against Mr. Radutzky?
15          A.    Not that I remember.                     11:28:46
16          Q.    Do you know whether Ms. ████ reported
17      any concern she had about Mr. Radutzky to Jeff
18      Fager?
19          A.    I was told that.
20          Q.    Who were you told it by?                 11:29:00
21          A.    That I don't remember.
22          Q.    Was it by Ms. ████ herself?
23          A.    I don't remember.  I would -- actually,
24      yes.
25          Q.    By Ms. ████                              11:29:11
```

```
                                                    Page 49
 1                          Stahl
 2        A.      Yeah, yes.
 3        Q.      Would it have been when Ms. ████
 4   worked for 60 Minutes?
 5        A.      Yes.                               11:29:17
 6        Q.      What did she say about telling
 7   Mr. Fager about Mr. Radutzky's conduct?
 8        A.      Oh, you didn't ask me that.  You asked
 9   me if she told me about Radutzky.
10        Q.      Let's be clear for the record.  Sorry   11:29:34
11   if I was unclear.
12               So Ms. ████ told you about what
13   Mr. Radutzky -- what she alleged Mr. Radutzky had
14   done; correct?
15        A.      About the arm twisting, yeah.          11:29:44
16        Q.      Did she say anything else about his
17   conduct?
18        A.      Not that I remember.
19        Q.      Did Ms. ████ tell you at any point
20   whether she spoke to Mr. Fager about Mr. Radutzky?  11:29:56
21        A.      No.
22        Q.      Did Ms. ████ tell you whether she
23   spoke to HR?
24        A.      No.
25        Q.      Did she tell you whether she spoke to   11:30:05
```

```
                                              Page 50
 1                          Stahl
 2    Bill Owens?
 3           A.    No.
 4           Q.    Other than Mr. Metz, Ms. ████, and
 5    Mr. Radutzky's assistant, are you aware of any    11:30:17
 6    other allegations against Mr. Radutzky for -- of
 7    mistreatment?
 8           A.    No.
 9           Q.    Do you know if Ms. Simon ever --
10           A.    I'm sorry.                            11:30:33
11           Q.    Yeah, go ahead.
12           A.    Before you said Ms. Simon, I was about
13    to say yes, Tanya Simon.
14           Q.    And what are you aware of as it relates
15    to Ms. Simon?                                      11:30:42
16           A.    Well, she was -- my recollection is
17    that she was his -- one of his associate producers
18    and that he had been verbally abusive to her.
19           Q.    Did Ms. Simon tell you that?
20           A.    Yes.                                  11:31:03
21           Q.    Did anyone else tell you that besides
22    Ms. Simon?
23           A.    No, not that I remember.
24           Q.    Did you ever observe Mr. Radutzky being
25    verbally abusive toward anyone?                    11:31:12
```

```
                                            Page 51
 1                      Stahl
 2       A.     No.
 3       Q.     Did you ever observe Mr. Radutzky
 4   engaging in conduct that you thought was
 5   inappropriate?                              11:31:18
 6       A.     No.
 7       Q.     When Mr. Radutzky was at 60 Minutes,
 8   was he in an influential position?
 9       A.     Yes.
10       Q.     And what was his role that was        11:31:33
11   influential?
12       A.     Well, first, he was a producer with Ed
13   Bradley and produced many award-winning pieces for
14   him.  And then he became a special category of
15   producer.  I don't know if his title was senior  11:31:54
16   producer, along those lines.  And so he had an
17   elevated position and a separate unit.  And he was
18   expected to produce unusual splashy stories.
19       Q.     And was this the case when Mr. Fager
20   was executive producer of the show?             11:32:23
21       A.     Yes, correct.
22       Q.     Have you ever had any discussions with
23   Mr. Fager about Mr. Radutzky's conduct?
24              ATTORNEY ZUCKERMAN:  Objection.
25       A.     No.                                  11:32:37
```

```
                                        Page 52
 1                      Stahl
 2        Q.    Have you ever had any discussions with
 3    Mr. Owens about Mr. Radutzky's conduct?
 4        A.    No.
 5              ATTORNEY ZUCKERMAN:  Objection.      11:32:43
 6        Q.    Have you ever had any discussions with
 7    HR about Mr. Radutzky's conduct?
 8        A.    No.
 9              ATTORNEY ZUCKERMAN:  Objection.
10        Q.    No?                                 11:32:49
11        A.    No.
12        Q.    Have you ever spoken to HR about
13    Mr. Fager?
14        A.    No.
15        Q.    Have you spoken to HR about anybody who 11:32:58
16    works at 60 Minutes?
17        A.    Yes.
18        Q.    Who is that?
19        A.    Alex Poolos.
20        Q.    Anyone other than Ms. Poolos?        11:33:07
21        A.    Collette Richards.
22        Q.    Anyone else?
23        A.    No.
24        Q.    And the conversation you had with HR
25    about Ms. Richards, were they related to        11:33:15
```

```
                                        Page 53
 1                       Stahl
 2    Ms. Poolos?
 3         A.    Yes.
 4         Q.    We'll get to that.  Okay.
 5               Is there somebody who works at 60      11:33:22
 6    Minutes named Michael Gavshon?
 7         A.    Yes.
 8         Q.    Does he currently work for 60 Minutes?
 9         A.    I don't know.
10         Q.    What's his job there?               11:33:38
11         A.    He's a producer.
12         Q.    He's a producer.
13               Has he been at 60 Minutes for a long
14    period of time?
15         A.    Yes.                                 11:33:45
16         Q.    Have you ever worked with Mr. Gavshon?
17         A.    No.
18         Q.    Has he ever produced anything that
19    you've been a correspondent on?
20         A.    No.                                  11:33:55
21         Q.    Since you've been at 60 Minutes, do you
22    consider yourself a tough boss?
23               ATTORNEY ZUCKERMAN:  Objection.
24         A.    Yeah.
25         Q.    How so?                              11:34:09
```

```
                                            Page 54
 1                        Stahl
 2       A.    Well, I think if I don't think the work
 3  of someone on my team is up to par I'm not shy
 4  about saying so and being critical of work that
 5  isn't A plus.                              11:34:30
 6       Q.    Does 60 Minutes in your view have high
 7  standards for the stories it puts out?
 8       A.    Highly.
 9       Q.    Do you believe 60 Minutes has among the
10  highest standards in TV journalism?         11:34:44
11       A.    Yes.
12       Q.    And has 60 Minutes, over the time
13  you've worked there, been a stressful place to
14  work?
15       A.    Not for me.                      11:34:55
16       Q.    Not for you?  How come?
17       A.    I love it.
18       Q.    Would you say it's an intense place to
19  work?
20       A.    Sometimes, not all the time.  For me  11:35:07
21  it's fun.
22       Q.    And in your capacity of putting
23  together stories and overseeing people, have you
24  ever yelled at anybody?
25       A.    Yeah, I fight with my producers, all of  11:35:29
```

```
                                        Page 55
 1                        Stahl
 2    them.
 3         Q.    When you believe the work is not up to
 4    par, how -- what are ways in which you express
 5    that?                                    11:35:49
 6              ATTORNEY ZUCKERMAN:  Objection.
 7         A.    Oh, come on.  I think it's one of my --
 8    I can't quote myself, but I'm not one to hold back
 9    if I don't think the work is moving forward the
10    way it should smoothly.                  11:36:10
11         Q.    Do you expect people on your team to
12    work hard?
13         A.    Yes.
14         Q.    Did Mike Wallace ever tell you that you
15    yell at your producers in order to get the best  11:36:36
16    work out of them?
17         A.    No.
18         Q.    Did you ever tell your team that Mike
19    Wallace had said something like that?
20         A.    Not that I remember, no.  He never    11:36:44
21    did -- I don't think he ever did.
22         Q.    Did Mr. Fager ever send you text
23    messages that you believed were abusive?
24         A.    Probably emails, yes.
25         Q.    Generally what was the nature of those  11:37:18
```

```
                                              Page 56
 1                        Stahl
 2    messages?
 3         A.    I can't remember any specific language
 4    or even why he was chastising me.  But there were
 5    a couple where he was in print livid about        11:37:45
 6    something, but I don't know what.
 7         Q.    Did you ever express concern that those
 8    messages might become public and you didn't want
 9    them to be?
10         A.    Not that I remember, no.              11:38:07
11         Q.    Did you ever say that to Ms. Poolos?
12         A.    I don't remember such a conversation.
13         Q.    You had mentioned earlier today that
14    you were deposed in connection with some matter
15    involving Mr. Fager; correct?                    11:38:26
16         A.    Correct.
17         Q.    Were you asked about those emails
18    during that deposition?
19         A.    I was.
20         Q.    And the deposition that -- or the      11:38:31
21    proceeding that you participated in, including
22    that deposition --
23         A.    You know, can I correct that for a
24    minute?
25         Q.    Sure.                                  11:38:46
```

```
                                              Page 57
 1                     Stahl
 2        A.    I never was actually deposed.  It was a
 3   prep for --
 4        Q.    I don't want you to disclose -- go
 5   ahead.                                      11:38:56
 6             ATTORNEY ZUCKERMAN:  Just like our
 7        meeting yesterday was attorney/client
 8        privileged, that meeting would have been
 9        attorney/client privileged.
10             We'll address what's already on the   11:39:02
11        record, but obviously we're going to make an
12        application to have that struck from the
13        record, any testimony relating to what
14        Ms. Stahl originally referred to as
15        deposition.                             11:39:13
16        Q.    Okay.  I don't want you to tell me the
17   content of any communications, but the proceeding
18   for which -- was taking place relating to
19   Mr. Fager, was it after he had left CBS News?
20        A.    No.                               11:39:29
21        Q.    It was while he was still working
22   there?
23        A.    Yes.
24        Q.    Mr. Fager left 60 Minutes at some
25   point; correct?                             11:39:41
```

```
                                          Page 58
 1                     Stahl
 2        A.    Correct.
 3        Q.    And at the point in time he left, he
 4   was also -- was he -- am I correct that he was
 5   chairman of CBS News too?                     11:39:47
 6        A.    I think he had stepped down from that
 7   position by then.
 8        Q.    Okay.  But he had had that role at some
 9   point?
10        A.    Yes, he had.                        11:39:55
11        Q.    Were you involved at all in the
12   decision for Mr. Fager to leave?
13        A.    No.
14        Q.    Do you have any understanding of why he
15   left?                                          11:40:06
16        A.    Yes.
17        Q.    What's your understanding?
18        A.    My understanding is that he more or
19   less threatened a young reporter at CBS about her
20   career.                                        11:40:21
21        Q.    Is it your understanding that the
22   reporter didn't actually work for 60 Minutes;
23   correct?
24        A.    Correct.
25        Q.    But she was covering stories about --  11:40:28
```

```
                                        Page 59
 1                      Stahl
 2    or a story about Mr. Fager?
 3          A.    Yeah.  But I do believe she worked for
 4    CBS.
 5          Q.    Is there someone at 60 Minutes named    11:40:48
 6    Ann Marie Kross?
 7          A.    Yes.
 8          Q.    And does she currently work at 60
 9    Minutes?
10          A.    Yes.                                    11:40:55
11          Q.    And has she been there for an extended
12    period of time?
13          A.    Yes.
14          Q.    What's her job?
15          A.    She is in charge of assigning camera   11:40:59
16    crews for interviews and for shooting our stories.
17          Q.    And has she more or less been in that
18    role for an extended period?
19          A.    Yes.
20          Q.    Does 60 Minutes have something called   11:41:19
21    blue sheets?
22          A.    Yes.
23          Q.    And what are they?
24          A.    They're not blue.
25          Q.    What are they?                          11:41:25
```

```
                                              Page 60
  1                        Stahl
  2        A.    They are proposals for our stories that
  3   are submitted to the executive producer.
  4        Q.    I want to talk about Ms. Poolos for a
  5   little bit.  Did you know Ms. Poolos before she    11:41:47
  6   interviewed for a job at 60 Minutes?
  7        A.    No.
  8        Q.    And did you have any role in hiring
  9   Ms. Poolos?
 10        A.    You know, the honest truth is I don't    11:42:02
 11   have a very specific memory of her hiring.
 12        Q.    Do you know approximately when she was
 13   hired?
 14        A.    No.
 15        Q.    Does 2011 sound right?                   11:42:20
 16        A.    Uh-huh.
 17        Q.    I just need a yes or no, sorry.
 18        A.    Yes.
 19        Q.    And what position was she initially
 20   hired for at 60 Minutes?                            11:42:28
 21        A.    I don't know if she had any role at 60
 22   Minutes before she came onto my team as associate
 23   producer.  I don't know.  I know she had worked at
 24   CNN but...
 25        Q.    And who was the producer that she        11:42:47
```

```
                                          Page 61
 1                      Stahl
 2    worked with when she was an AP on your team?
 3         A.    Shachar Bar-On.
 4         Q.    And at some point Ms. Poolos was
 5    promoted to producer; correct?                11:43:04
 6         A.    Correct.
 7         Q.    Do you recall approximately when that
 8    happened?
 9         A.    No.
10         Q.    Does 2018 sound about right?        11:43:10
11         A.    Yes.
12         Q.    So between 2011 when she started and
13    her promotion to producer around 2018, was
14    Ms. Poolos an AP working with Mr. Bar-On on your
15    team?                                          11:43:24
16         A.    Correct.
17         Q.    Bar-On.
18         A.    Yes.
19         Q.    Generally what were Ms. Poolos's duties
20    in that role?                                  11:43:38
21         A.    Well, we already discussed the general
22    assignment for associate producer, so she did
23    preinterviews.  She booked people for me to
24    interview.  She gave me research packets.  And
25    honestly, I don't know how she and Shachar split  11:43:59
```

```
                                            Page 62
 1                       Stahl
 2    up the responsibilities of the general producing
 3    function.
 4        Q.    And what was your view of Ms. Poolos's
 5    performance as an AP?                        11:44:14
 6        A.    I was very happy with her performance.
 7        Q.    Do you remember any specifics about her
 8    work that made you happy?  As an AP, I'm focused
 9    on.
10        A.    The problem is I can't -- I don't     11:44:34
11    specifically recall what her actual duties were,
12    but I do recall thinking that she was doing a
13    pretty good job.  And, as I said, it would have
14    been booking people, finding people for me to
15    interview, talking them into giving us an        11:44:54
16    interview.
17             A lot of people don't want to come on
18    60 Minutes, so part of the job is just being
19    persuasive.  And the research packets were good,
20    strong.                                          11:45:10
21        Q.    I think you said just couple minutes
22    ago you don't have specific recollection of
23    interviewing her to join your team; correct?
24        A.    Correct.  Usually the way it works is
25    that the producer would say, I met someone.  I   11:45:27
```

```
                                         Page 63
 1                       Stahl
 2    think he or she would be great as an associate
 3    producer.  Would you meet them?
 4              And generally I would meet them, and
 5    maybe a hundred percent of the time I've said      11:45:42
 6    great.  I want my producers to choose their
 7    associate producers.
 8        Q.   How come?
 9        A.   Because they're a team and -- it's like
10    getting married.                                   11:46:04
11        Q.   Producers and associate producers who
12    are on your team work closely together?
13        A.   Very.
14        Q.   Were you involved in the decision to
15    promote Ms. Poolos to producer?                    11:46:35
16        A.   Yes.
17        Q.   And what was your involvement?
18        A.   Well, Bill Owens came to me and he said
19    he wanted to do that, and I said fine.
20        Q.   What else do you recall about promoting  11:46:53
21    Ms. Poolos to producer?
22        A.   That's all I remember, really.
23        Q.   How many APs have been promoted from AP
24    to producer on your team?
25              ATTORNEY ZUCKERMAN:  Objection.          11:47:07
```

```
                                               Page 64
 1                         Stahl
 2        Q.    Over the years.
 3        A.    I can't think of anyone else.
 4        Q.    Other than Ms. Poolos?
 5        A.    Correct.                          11:47:16
 6        Q.    Have you been involved in discussions
 7   about promoting other APs on your team to
 8   producer?
 9        A.    I have had discussions about producing
10   stories -- having associate producers produce    11:47:28
11   stories, and I've done that a fair amount.  But I
12   don't recall a discussion about them actually
13   joining the team as a producer.
14        Q.    At the time that Ms. Poolos was an AP,
15   did she serve as a producer on any stories before  11:47:51
16   she was promoted?
17        A.    Yes.
18        Q.    And how many stories, do you recall?
19        A.    I knew you were going to ask me that.
20   I believe that she produced the first Navalny      11:48:08
21   story when she was still an AP.  You'd have to ask
22   her about the Boko Haram girls.  I don't remember
23   whether she was still an AP or producer at that
24   point.
25        Q.    And the Alexei Navalny story, the first  11:48:32
```

```
                                         Page 65
1                      Stahl
2    one, was that a successful story, in your view?
3         A.    Very.
4         Q.    And did you believe that Ms. Poolos did
5    a good job on that story?                    11:48:44
6         A.    I do.
7         Q.    And was that part of the reason that
8    you were comfortable with her being promoted to --
9         A.    Well, can I amend that?
10        Q.    Sure.  Of course.                 11:48:52
11        A.    I mean, she did a first-rate story in
12   getting Navalny to give us the interview, setting
13   up the shoot, organizing it, getting me ready.
14   The scripting was a different story.
15        Q.    What do you mean by that?          11:49:10
16        A.    She -- you know, there's two parts to
17   the job:  There's setting up the shoot, and then
18   there's writing the script.  I didn't think that
19   she was at that point quite as adept at that as a
20   producer would have been.  But to be fair, an    11:49:35
21   associate producer almost never does that so...
22        Q.    But you supported her being promoted to
23   producer; correct?
24        A.    I did.
25        Q.    Was at least partially your support   11:49:50
```

```
                                            Page 66
 1                          Stahl
 2    based on her work in connection with the Navalny
 3    story?  Let me ask it a different way.
 4              What was the basis for your support?
 5        A.    Well, one, I liked her story ideas, the   11:50:12
 6    kinds of stories that she wanted to do and would
 7    bring to me and propose.  And she was excellent at
 8    what I consider a very important part of the job,
 9    which is, as I said before, trying to get people
10    to give us interviews.                              11:50:40
11              It's often a challenge to persuade
12    people to give us interviews, and she brought
13    great stories to the team and then as a producer,
14    stories I loved doing.
15        Q.    Was Ms. Poolos, in your observation of    11:51:01
16    her doing the job as an AP, was she persistent?
17    Was that one of her qualities?
18        A.    You know, I don't know the nitty-gritty
19    of the producer or associate producer's job.  When
20    they're working to get ready, I'm working with      11:51:21
21    someone else at a different stage.  So I do four
22    stories at once at the same time.  So I'm not
23    familiar with the sausage making.
24        Q.    And would Ms. Poolos have been promoted
25    to producer on your team without your support?      11:51:40
```

```
                                              Page 67
 1                        Stahl
 2        A.    No, she would not have been.
 3        Q.    Other than a discussion or discussions
 4   you had with Mr. Owens about promoting Ms. Poolos
 5   to producer, do you recall any other conversations  11:52:02
 6   you had about doing so?
 7        A.    No specifics, but I did discuss it with
 8   Alex.  But I don't remember any specifics.
 9        Q.    Did you discuss it with Mr. Bar-On?
10        A.    Not that I recall.                 11:52:23
11        Q.    Has there ever been a time that you
12   supported the promotion of an AP to producer other
13   than Ms. Poolos?
14        A.    Perhaps on someone else's team.
15        Q.    On your team, though?             11:52:53
16        A.    I don't -- not that I recall.  It would
17   be really embarrassing when you come up with one,
18   but I do not recall.
19        Q.    I do not have another name.  I'm truly
20   asking you.  That's a genuine question.       11:53:11
21        A.    Okay.
22        Q.    In your experience at 60 Minutes, was
23   it unusual for associate producers to be promoted
24   to producer?
25        A.    It's not that rare.                11:53:24
```

Page 68

1                              Stahl

2          Q.    It's not.

3          A.    It happens.

4          Q.    It happens.

5          A.    It's not common, but it does happen.    11:53:28

6          Q.    To your knowledge do producers at 60

7     Minutes have contracts?

8          A.    I believe they do.

9          Q.    Do you have any role in deciding

10    whether to renew the contract of producers on your  11:53:55

11    team?

12         A.    No, I don't.

13         Q.    Have you had discussion with Mr. Owens

14    ever about whether to renew the contract of a

15    producer on your team?                             11:54:09

16         A.    No.

17         Q.    Could you tell me what Ms. Poolos's --

18    strike that.

19              Ms. Poolos was a producer on your team

20    from around 2018 until she was let go; correct?    11:54:22

21         A.    Yes.

22         Q.    And do you recall approximately what

23    year Ms. Poolos was let go?

24         A.    I don't.

25         Q.    Does 2022 sound about right?            11:54:34

```
                                          Page 69
 1                    Stahl
 2        A.    Yeah.
 3        Q.    During that time you worked with
 4   Ms. Poolos; correct?
 5        A.    Correct.                        11:54:41
 6        Q.    In what ways did you work with
 7   Ms. Poolos?
 8        A.    She was a producer who fulfilled the
 9   responsibilities I told you about before:
10   bringing me story ideas and then getting -- help  11:54:53
11   me get my interviews done, getting me prepared for
12   my interviews, presenting me with a script,
13   working with me on the script, going through the
14   screening process.
15        Q.    And what did you think of Ms. Poolos's  11:55:29
16   work as a producer?
17        A.    I thought that everything up to the
18   writing process was excellent.  I felt that her
19   script writing continued to need work.
20        Q.    Did you tell that to Ms. Poolos?       11:55:52
21        A.    I think she knew that.
22        Q.    You think she knew that's how you felt?
23        A.    Yes, yeah.
24        Q.    Did you ever talk to Bill Owens about
25   your view of Ms. Poolos's performance as a         11:56:07
```

```
                                              Page 70
 1                      Stahl
 2    producer?
 3         A.    No.
 4         Q.    Did you have any discussions with
 5    Mr. Owens about renewing Ms. Poolos's contract      11:56:24
 6    when she was a producer working for you?
 7         A.    Up to the end?
 8         Q.    Yeah, up until the end.
 9         A.    No.
10         Q.    Were you ever part of -- up until the    11:56:38
11    end -- before that point were you ever part of any
12    discussions about terminating Ms. Poolos's
13    employment?
14              ATTORNEY ZUCKERMAN:  Objection.
15              You can answer.                            11:56:47
16         A.    The end?
17         Q.    Before the end, yeah.
18         A.    Where do you start the end?
19         Q.    Well, let me ask you this:  Were you
20    part of any discussions about whether to terminate  11:57:05
21    Ms. Poolos's employment outside of concerns that
22    Collette Richards raised?
23         A.    No.  Outside of that, no.
24         Q.    What stories did you work on with
25    Ms. Poolos that aired on 60 Minutes during the      11:57:24
```

```
                                        Page 71
 1                     Stahl
 2    time she was a producer?
 3         A.    We did a second Navalny.  Boko Haram
 4    may have come when she was a producer.  It was a
 5    terrific story.  We did one on -- also a terrific   11:57:43
 6    story -- on transgender young people -- young
 7    transgender people who were -- who felt they'd
 8    made a mistake in changing.
 9              I want to reach over and ask her what
10    else.                                               11:58:08
11         Q.    Did you work on a story with her about
12    Trevor Noah?
13         A.    Oh, I did, yes, yes.
14         Q.    The second Navalny story, was that a
15    successful story in your view?                      11:58:19
16         A.    Yes, very.
17         Q.    Do you believe that Ms. Poolos did a
18    good job on that story?
19         A.    Once again, she persuaded him and his
20    wife to participate.  She organized a great shoot.  11:58:32
21    As I said before, she brought me really wonderful
22    stories, so this was one of those.  But, again,
23    the scripting made it work.
24         Q.    And is that your view -- you mentioned
25    a couple times the Boka Hara [phonetic] girls?      11:58:58
```

                                        Page 72

 1                         Stahl

 2        A.    Boko Haram, yes.

 3        Q.    Boko Haram, sorry --

 4        A.    Yes.

 5        Q.    -- girls.

 6              Was your view the same for that story

 7    in terms of Alex's performance --

 8        A.    Yes.

 9        Q.    -- that all aspects she did well but

10    you wanted more in the scripting process?        11:59:18

11        A.    Correct.

12        Q.    Is the same true with respect to the

13    transgender health care story?

14        A.    Yes.  We had a lot of trouble on that

15    one.  I would say that she and I were partners in   11:59:26

16    dealing with some pressure that came from the

17    trans community.

18        Q.    The trouble you're referring to, was

19    that trouble that came externally?

20        A.    Yes.                                     11:59:49

21        Q.    And was that before the story even

22    aired?

23        A.    Yes, it was all before -- well, maybe

24    there were complaints after, but, yes, I'm talking

25    about before the story aired.                     12:00:04

```
                                            Page 73
  1                      Stahl
  2        Q.    And you and Ms. Poolos dealt with that
  3    pressure together, you said?
  4        A.    Correct.
  5        Q.    How so?  How did you deal with it        12:00:11
  6    together?
  7        A.    My recollection is that she and I had
  8    started out doing the story on young people who
  9    felt they'd made a mistake, and that aspect of the
 10    story started to be reduced within the piece        12:00:36
 11    itself.  And we tried very hard to -- both of us
 12    to keep the focus on the original concept.
 13        Q.    What was the reason that that portion
 14    of the story got reduced?
 15        A.    Well, pressure from the trans            12:01:01
 16    community.
 17        Q.    And on the Trevor Noah story, would you
 18    give the same assessment of Ms. Poolos's
 19    performance as you would for the other stories?
 20        A.    Yes.                                     12:01:26
 21        Q.    When Ms. Poolos was a producer, did you
 22    travel together for purposes of stories?
 23        A.    Yes.
 24        Q.    And where did you travel together, do
 25    you recall?                                        12:01:41
```

```
                                        Page 74
 1                      Stahl
 2      A.    Went to Russia, went to Nigeria, went
 3  to the theater district.
 4      Q.    Did you go to Iran together?
 5      A.    Oh, my God, yes, I forgot.  Oh, my      12:01:54
 6  goodness, that was a great story, very original.
 7      Q.    Was there story -- and if this falls
 8  within one of the stories we've talked about, you
 9  can let me know -- about someone named Maria
10  Butina?                                           12:02:20
11      A.    Ah, that was another good story.
12      Q.    And that was a story Ms. Poolos
13  produced?
14      A.    Yes, who again talked with Ms. Butina
15  into giving me an interview, and Alex worked hard  12:02:30
16  to get that done.
17      Q.    Was that a successful story?
18      A.    Yes, in my view.
19      Q.    Right.  Understood.
20            Do you know whether any of the stories   12:02:44
21  that Ms. Poolos worked on, whether they were
22  nominated for awards?
23      A.    I'm not 100 percent sure.  I don't want
24  to give you an inaccurate answer.
25      Q.    Did you ever tell Ms. Poolos that you    12:03:12
```

```
                                        Page 75
 1                        Stahl
 2    trusted her news judgment?
 3         A.    I don't recall specifically.
 4         Q.    Is it possible you said that to her?
 5         A.    Yes.                          12:03:24
 6         Q.    Did you ever tell Ms. Poolos that you
 7    had produced -- that she had produced some of your
 8    favorite stories at 60 Minutes?
 9         A.    Well, I don't remember specifically,
10    but that is possible.                    12:03:35
11         Q.    Do you recall if you attended
12    Ms. Poolos's wedding?
13         A.    Yes, I did.
14         Q.    And did you give a speech at that
15    wedding?                                 12:03:47
16         A.    I think I did a toast.
17         Q.    A toast.
18         A.    I think, yeah.
19              ATTORNEY IADEVAIA:  You want to take a
20         break?  We've been going for a while.  12:04:01
21              ATTORNEY ZUCKERMAN:  Up to you and the
22         witness.
23              THE WITNESS:  I can keep going.
24              ATTORNEY IADEVAIA:  What are we doing
25         about lunch?                         12:04:09
```

```
                                            Page 76

  1                        Stahl

  2              ATTORNEY LYNCH:  It's here.

  3              ATTORNEY IADEVAIA:  We can do it as

  4       quick as we can to cover as much so we can

  5       finish things up.                        12:04:16

  6              (Discussion off the record.)

  7              THE VIDEOGRAPHER:  We're going off the

  8       record.  This is the end of media number 3,

  9       and the time is 12:04 p.m.

 10              (Time noted:  12:04 p.m.)           12:04:41

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

```
                                                    Page 77

 1

 2          A F T E R N O O N   S E S S I O N

 3               (Time noted:  12:40 p.m.)

 4               THE VIDEOGRAPHER:  This is the

 5          beginning of media unit number 4.  We're going 12:40:20

 6          on the record, and the time is 12:40 p.m.

 7   L E S L E Y   S T A H L ,

 8          resumed as a witness, having been previously

 9          sworn by the notary public, was examined and

10          testified further as follows:

11   EXAMINATION CONTINUED BY

12   ATTORNEY IADEVAIA:

13          Q.   Ms. Stahl, a couple of times we've

14   mentioned the name Collette Richards.  She

15   currently works for 60 Minutes; correct?           12:40:34

16          A.   Correct.

17          Q.   And she's on your team?

18          A.   Yes.

19          Q.   And she's an associate producer?

20          A.   Yes.                                    12:40:40

21          Q.   She works, I think you said, before for

22   Shari Finkelstein?

23          A.   Yes.

24          Q.   When did Ms. Richards join 60 Minutes,

25   do you recall?                                      12:40:55
```

```
                                      Page 78
 1                      Stahl
 2        A.    You're always asking me dates.  I don't
 3   recall.  Ask Alex.  She'd know.
 4        Q.    Was it around 2020?  Does that sound
 5   right?                                      12:41:03
 6        A.    Yes.
 7        Q.    Sometime in 2020.
 8              And when she joined, is it your
 9   understanding she joined as an associate producer?
10        A.    Correct.                          12:41:12
11        Q.    Was she assigned to work with Alex
12   Poolos?
13        A.    Yes.
14        Q.    Have you worked on any stories with
15   Ms. Richards?                                12:41:24
16        A.    Yes.
17        Q.    What stories have you worked on with
18   her?
19        A.    I know she worked on Trevor Noah.  You
20   mean with Alex?                              12:41:33
21        Q.    We can break it up.  So, yeah, with
22   Alex and then with Ms. Finkelstein.
23        A.    The only one I really remember her
24   working on with Alex is Trevor Noah.  But she's
25   done all of Shari's stories from the time she came  12:41:49
```

```
                                        Page 79

 1                      Stahl
 2    to Shari's -- she left Alex and went to work with
 3    Shari.
 4              Do you want me to tell you all the
 5    stories?                                    12:42:04
 6         Q.    Yeah, can you tell me at least some of
 7    the stories she's worked on with Shari?
 8         A.    All of them.  She did -- well, we have
 9    stories that haven't run yet on egg freezing.  We
10    did one on a project on NASA going to the moon and  12:42:20
11    building houses when they get there.  We're also
12    doing one right now on it's called banana ball.
13    It's about sort of the Harlem Globetrotters of
14    baseball.  I'm bad at this.  She's done
15    numerous -- let's say four stories a year since    12:42:54
16    2020 with Shari.
17         Q.    Well, since the time she started
18    working with Shari?
19         A.    Yes.
20         Q.    Okay.  And that would have been after  12:43:06
21    Ms. Poolos left?
22         A.    Yes, shortly after.
23         Q.    That would have been 2022 or
24    thereabouts?
25         A.    Yes, 2022.                             12:43:13
```

```
                                           Page 80
  1                      Stahl
  2       Q.    So for the last couple of years, she's
  3   worked with Ms. Finkelstein?
  4       A.    Yes, exclusively.
  5       Q.    And have you worked directly with    12:43:20
  6   Ms. Richards on any of these stories?
  7       A.    Well, sure, yes.  The answer is yes.
  8       Q.    And what are your views on her work?
  9       A.    Outstanding, diligent, pleasant,
 10   thorough, delightful to be with.  I'm very    12:43:40
 11   conscious that my overall team, even though they
 12   don't work together on stories, that we are a
 13   team.  And she has -- she became very quickly an
 14   integral part of the team.
 15            I have zero complaint.               12:44:11
 16       Q.    Has Ms. Richards ever complained to you
 17   about anyone at 60 Minutes?
 18       A.    No.
 19       Q.    Did she ever complain directly to you
 20   about Ms. Poolos?                             12:44:33
 21       A.    Not that I recall.
 22       Q.    Has anyone at 60 Minutes ever
 23   complained to you about Ms. Poolos?
 24       A.    Yes.
 25       Q.    Who had complained?                 12:44:59
```

```
                                            Page 81
 1                       Stahl
 2        A.    Well, I can't recall a specific
 3   conversation, but there were occasional issues.
 4   Occasionally I'd be told that she was difficult to
 5   work with, the crews, sometimes the editors.      12:45:16
 6        Q.    Can you name any specific editors?
 7        A.    No.
 8        Q.    Anybody specifically on crews?
 9        A.    No.  The editor -- neither the editor
10   nor the crews told me.                            12:45:36
11        Q.    Who told you?
12        A.    It would be thirdhand.
13        Q.    Thirdhand.
14              And do you recall who said that to you?
15        A.    No.                                    12:45:44
16        Q.    And how many times do you think that
17   happened?
18        A.    Oh, my goodness.  I have no idea.
19        Q.    Did you ever discuss it with
20   Ms. Poolos?                                       12:46:02
21        A.    I don't believe I did.
22        Q.    Anything else you can recall about any
23   concerns or complaints about Ms. Poolos other than
24   what you just testified to?
25        A.    No.                                    12:46:27
```

```
                                                Page 82
 1                          Stahl
 2        Q.    Going back to Ms. Richards for a
 3   moment, are you aware of any complaints that Alex
 4   made in support of or on behalf of Ms. Richards?
 5        A.    Complaints?                         12:46:39
 6        Q.    Yeah, any concerns that Ms. Poolos
 7   raised on behalf of Ms. Richards.
 8        A.    Okay.  So I assume you're talking about
 9   before things started coming to a head, before
10   that?                                          12:46:56
11        Q.    Let me ask it a different way, because
12   we'll get to what I think you're going to respond
13   to.
14             Are you aware of Ms. Poolos raising a
15   concern about how Ann Marie Kross treated         12:47:09
16   Ms. Richards?
17        A.    No.
18        Q.    And are you aware of any concern that
19   Ms. Poolos raised about how the CBS rights team
20   had treated Ms. Richards?                       12:47:21
21        A.    No.
22        Q.    Are you aware of any issue that
23   Ms. Poolos raised concerning Ms. Richards and the
24   rights team?
25        A.    No.                                  12:47:31
```

```
                                           Page 83
 1                        Stahl
 2        Q.    And the rights team, just to be clear
 3   for the record, CBS has a rights team; correct?
 4        A.    I've never dealt with them.  I didn't
 5   know they were a team.                      12:47:42
 6        Q.    Okay.
 7        A.    And so I'm aware that we need to go
 8   get -- we need to deal with the issue of rights.
 9   I thought it was one person.  I don't know.  I
10   don't do that.  It's not my job.            12:47:59
11        Q.    That's something that the producers and
12   the APs on your team handle?
13        A.    Yes, 100 percent.
14        Q.    At some point did Ms. -- has
15   Ms. Poolos, during the time she was a producer at  12:48:16
16   60 Minutes, raise any concerns about Ms. Richards
17   to you?
18        A.    No.
19        Q.    Are you aware of any complaints about
20   Ms. Richards since she's been at 60 Minutes?  12:48:28
21        A.    Well, yes.
22        Q.    Okay.  What are you aware of?
23        A.    I'm aware that -- I became aware that
24   Alex felt that she was sometimes shirking her
25   responsibilities, that she -- that she didn't want  12:48:54
```

```
                                          Page 84
 1                        Stahl
 2    to work long hours, that kind of thing.
 3         Q.    And how did you become aware?
 4         A.    Well, my recollection -- my
 5    recollection is that I became aware of it after I   12:49:17
 6    was told about Collette's complaint about Alex.
 7    That's when I became aware of the issues.
 8         Q.    Focusing for a moment on Ms. Poolos's
 9    concerns about Ms. Richards, who told you about
10    those concerns?                                     12:49:41
11         A.    I can't remember.
12         Q.    Was it Ms. Poolos herself?
13         A.    It could have been, but I don't
14    remember.
15         Q.    Could it have been Bill Owens?  You're   12:50:00
16    just not sure?
17         A.    Right.
18         Q.    Is it your memory in terms of the
19    concerns that you understood Ms. Poolos had about
20    Ms. Richards, did anyone tell you that those        12:50:19
21    concerns included Ms. Richards fact-checking?
22         A.    No.
23         Q.    Did anyone tell you that there were
24    concerns about Ms. Richards having too many typos?
25         A.    No.                                      12:50:34
```

```
                                              Page 85
 1                       Stahl
 2        Q.     Were you told that Ms. Poolos had
 3    concerns that Ms. Richards failed to secure
 4    footage for segments?
 5        A.     No.                             12:50:45
 6        Q.     Were you told that Ms. Poolos had
 7    concerns because Ms. Richards failed to handle the
 8    acquisition of third-party material in the correct
 9    way?
10        A.     No.                             12:50:57
11        Q.     Did you understand that Ms. Poolos had
12    concerns about Ms. Richards managing logistics for
13    shoots?
14               ATTORNEY ZUCKERMAN:  Objection.
15        A.     No.                             12:51:08
16        Q.     Were you told that Ms. Poolos had
17    concerns about Ms. Richards taking or requesting
18    too much time off?
19        A.     Yes.
20        Q.     What was your understanding of      12:51:26
21    Ms. Poolos's concerns about that issue?
22        A.     I honestly don't remember specifics.
23    Something around her wedding, Collette's wedding.
24    But I don't -- I can't recall specifics.  It's an
25    impressionistic memory.                    12:51:50
```

```
                                              Page 86
 1                         Stahl
 2        Q.     We talked earlier that 60 Minutes aired
 3   a story where you were the correspondent related
 4   to Trevor Noah; correct?
 5        A.     Yes, correct.                      12:52:05
 6        Q.     And Ms. Poolos and Ms. Richards worked
 7   on that story; correct?
 8        A.     Correct.
 9        Q.     Do you recall approximately when that
10   story aired?                                   12:52:14
11        A.     No.
12        Q.     Does it sound right that it was around
13   the middle to end of December of 2021?
14        A.     It could have been, yeah.
15        Q.     In learning about Ms. Poolos's concerns  12:52:26
16   related to Ms. Richards, did you learn that
17   Ms. Poolos and Ms. Richards had had a disagreement
18   because Ms. Richards wanted to travel the same
19   weekend as the story was supposed to air?
20        A.     Well, I did eventually find that out.    12:52:46
21   I have no memory that I knew it in real time.
22        Q.     Understood.
23               And when you say "eventually," you mean
24   at some point you became aware that Ms. Poolos had
25   concerns about Ms. Richards, but it was after the   12:53:02
```

```
                                              Page 87
 1                        Stahl
 2    events that caused those concerns?
 3              ATTORNEY ZUCKERMAN:   Objection.
 4              You can answer.
 5         A.   That I learned about it after, yes.    12:53:08
 6         Q.   Yeah, yeah.
 7              But you can't recall how you learned
 8    about it?
 9         A.   Correct.
10         Q.   Okay.                                   12:53:15
11              And in discussions about this event,
12    did you come to learn that Ms. Poolos had
13    initially told Ms. Richards that she could not
14    travel on that weekend that the show was airing?
15         A.   I have no memory of that.               12:53:34
16         Q.   No memory.  Okay.
17              And that Ms. Poolos had said to
18    Ms. Richards that she needed to wait until the
19    piece had aired, do you know?
20         A.   She needed --                           12:53:43
21         Q.   To wait to travel until the piece had
22    aired.
23         A.   Oh, I see.  I see.  Uh-huh.
24              No, I was not aware of any of that at
25    the time.                                         12:53:51
```

```
                                            Page 88
  1                         Stahl
  2        Q.    Were you aware that Ms. Richards's
  3   response was she needed to travel because her --
  4   she couldn't travel during the work week because
  5   her husband needed to work?  Were you aware of      12:54:03
  6   that?
  7        A.    No.
  8        Q.    When you learned about Ms. Poolos's
  9   concerns related to Ms. Richards, did you say that
 10   you were outraged about Ms. Richards' request to    12:54:16
 11   travel around the time of the airing of a show?
 12        A.    No memory of that.
 13        Q.    Is it possible you said that?
 14        A.    I just have no recollection that I knew
 15   any of that at the time.                            12:54:35
 16        Q.    But even when you learned about it
 17   after the fact, did you express at any point that
 18   you were outraged by what had been described to
 19   you as Ms. Richards' request?
 20        A.    I have no recollection of any of that.   12:54:50
 21        Q.    Did Ms. Poolos or anyone else tell you
 22   that in connection with Ms. Richards traveling
 23   that she wanted to do so by car because she needed
 24   to take her dog home to Georgia?
 25        A.    Yeah, I have a -- yes, I have a memory    12:55:13
```

```
                                           Page 89
 1                      Stahl
 2    of that.
 3         Q.    And does that in any way refresh your
 4    memory as to your reaction to learning the
 5    information about Ms. Poolos's concerns?       12:55:24
 6              ATTORNEY ZUCKERMAN:  Objection.
 7              You can answer.
 8         A.    I just can't remember when I learned
 9    that.  But you struck a nerve in my brain.  I did
10    find that out, yeah, but I don't know when.     12:55:38
11         Q.    Did Ms. Poolos, before she was let go,
12    work on a story involving someone named Danny
13    Fenster?
14         A.    Yes.
15         Q.    And what was that story, just          12:55:56
16    generally?
17         A.    He was a hostage, and he was released.
18    And Alex got an interview for me with him and his
19    family I want to say in Pennsylvania -- but I may
20    be wrong about that -- but out there, past 57th   12:56:18
21    Street.  Yes, the answer is I remember that.
22         Q.    Did that story ultimately air?
23         A.    Yes.
24         Q.    And was it completed by someone other
25    than Ms. Poolos?  Do you know if Ms. Finkelstein  12:56:32
```

```
                                          Page 90
 1                       Stahl
 2    worked on it?
 3         A.    Yes, she picked it up, that's right.
 4    You're reminding me, yes.
 5         Q.    Ms. Finkelstein picked it up after     12:56:41
 6    Ms. Poolos was let go; correct?
 7         A.    Yes.
 8         Q.    You believe so?
 9         A.    Yes, I believe so.
10         Q.    Got it.  Okay.                          12:56:49
11               And when Ms. Poolos or whoever
12    identified concerns that Ms. Poolos had about
13    Ms. Richards, were you informed that Ms. Poolos
14    had asked Ms. Richards to spend more time editing
15    her work so her notes could go directly to you?    12:57:11
16         A.    No, I don't have any memory.  I don't
17    think I ever knew that.
18         Q.    Were you told or did you become aware
19    that Ms. Poolos had offered Ms. Richards resources
20    to help her with her editing, including broadcast   12:57:30
21    associate Wren?
22               ATTORNEY ZUCKERMAN:  Objection.
23         A.    No.  Wren was my assistant and
24    broadcast assistant.
25         Q.    Are you aware of Ms. Poolos --          12:57:48
```

```
                                              Page 91
 1                        Stahl
 2        A.    No.
 3        Q.    -- offering Ms. Richards help from
 4   Wren?
 5              ATTORNEY ZUCKERMAN:  Objection.      12:57:57
 6        A.    I don't remember specifically, but all
 7   my producers were asking Wren for help.
 8        Q.    Were you made aware at any point,
 9   whether from Ms. Poolos or anyone else, that
10   Ms. Poolos had a concern because at some point    12:58:09
11   Ms. Richards said she needed a break and stopped
12   working?
13              ATTORNEY ZUCKERMAN:  Objection.
14              You can answer.
15        A.    Yeah, I'm thinking -- there was       12:58:21
16   something about her getting married in there.  My
17   dates are not clear.
18        Q.    Did you ever become aware of
19   Ms. Poolos's concerns that Ms. Richards, after
20   saying she needed a break, did not respond to     12:58:42
21   Ms. Poolos for a number of days?
22              ATTORNEY ZUCKERMAN:  Objection.
23        A.    I never knew that.
24        Q.    Did you ever become aware that
25   Ms. Poolos had concerns because before -- around  12:58:57
```

```
                                              Page 92
 1                        Stahl
 2    the holidays in late 2021 that Ms. Richards had
 3    failed to ensure that your passport was current to
 4    be used for a shoot in Russia?
 5         A.    No, no memory.                    12:59:14
 6         Q.    Did you ever become aware of
 7    Ms. Poolos's concerns that she had to cancel her
 8    holiday plan to renew your passport because of a
 9    mistake that Richards had made?
10              ATTORNEY ZUCKERMAN:  Objection.    12:59:29
11         A.    No memory.
12         Q.    Do you know someone named Barney
13    Gimbel?
14         A.    Sounds familiar but can't place it.
15         Q.    Do you know someone named Barney Gimbel  12:59:47
16    who worked as a publicist at a firm called FGS
17    Global?
18         A.    No.
19         Q.    Do you know of Barney -- well, strike
20    that.
21              Do you know of the firm FGS Global?
22         A.    No.
23         Q.    In connection with the Danny Fenster
24    story, was there a representative named Barney
25    Gimbel?                                      01:00:12
```

```
                                        Page 93

  1                        Stahl

  2            ATTORNEY ZUCKERMAN:  Objection.

  3            You can answer.

  4       A.    Did he work with Ms. Richards?  I don't

  5   know.  I just don't know.                    01:00:22

  6       Q.    Were you ever told that after

  7   Ms. Poolos was placed on administrative leave that

  8   someone had made a complaint related to

  9   Ms. Richards?

 10       A.    Well --                            01:00:39

 11       Q.    In connection with the Danny Fenster

 12   story?

 13       A.    Oh.  No.

 14       Q.    Did Tanya Simon ever tell you that a

 15   representative for someone who's participating in  01:00:51

 16   the Danny Fenster story had made a complaint about

 17   Ms. Richards?

 18       A.    No.

 19       Q.    Did Ms. Simon ever tell you that

 20   someone had threatened to pull their -- the person  01:01:10

 21   they represented from a 60 Minutes story in

 22   connection with Ms. Richards?

 23            ATTORNEY ZUCKERMAN:  Objection.

 24       A.    No.

 25       Q.    At some point am I correct that you    01:01:31
```

```
                                            Page 94
 1                      Stahl
 2    learned that Collette Richards had made a
 3    complaint about Alex Poolos?
 4         A.    Yes.
 5         Q.    And when did you learn that?        01:01:39
 6         A.    Well, I don't -- I can't give you the
 7    date.  I was at an airport, though.  I remember
 8    that.
 9         Q.    And how did you find out?
10         A.    I believe I first found out from Bill  01:01:56
11    Owens on the phone.
12         Q.    Was it just the two of you on that
13    call?
14         A.    Yes.
15         Q.    What did Mr. Owens say to you?        01:02:14
16         A.    I can't remember any specifics, I'm
17    sorry.
18         Q.    Do you remember anything generally
19    other than there was a complaint?
20         A.    Generally I was told that Collette had  01:02:29
21    gone directly to HR with a complaint that Alex had
22    been abusive to her and -- that's basically what
23    Bill told me.
24         Q.    And did Mr. Owens give you any examples
25    during the call?                               01:02:56
```

```
                                          Page 95
 1                      Stahl
 2       A.    You mean specifics about what -- not
 3    that I remember.
 4       Q.    Did he say what was happening in
 5    connection with the complaint at that time?      01:03:07
 6       A.    You know, I don't want to misspeak, so
 7    I really don't remember details of that
 8    conversation.  But I remember it.
 9       Q.    What do you recall you saying during
10    that conversation?                               01:03:37
11       A.    Well, I was not aware of the, quote,
12    abuse, and I expressed surprise that she had gone
13    directly to HR without ever saying anything to me.
14    And I discussed with Bill some of the problems we
15    were having because of COVID.  We were not in the  01:04:05
16    office.
17            Collette came on board during COVID, so
18    she didn't know me very well, and she didn't know
19    anybody else on my team, which I felt and said was
20    part of -- there had been a communications problem  01:04:30
21    that normally if there were a problem within the
22    team whoever was involved would have come to me.
23    And Collette had not done that, and I was upset by
24    that.
25       Q.    How come?                                01:04:55
```

```
                                                 Page 96
 1                        Stahl
 2        A.    Because it was a normal thing to do,
 3    and I felt that it spoke to an isolation that came
 4    about because of COVID.
 5        Q.    Was it the case that -- at what point   01:05:15
 6    did most 60 Minutes folks return to the office?
 7        A.    We never really did completely, even
 8    now.  We're in if we are actually working on a
 9    story; otherwise we don't go in.
10        Q.    When did it become the case that when   01:05:42
11    you were working on a story you were in the
12    office?  Do you recall when?
13        A.    During the early days of COVID, 60
14    Minutes hired a kind of satellite studio for us to
15    work in.  So if we -- all along, in other words,   01:06:01
16    we were coming together to work on stories, though
17    not at 60 Minutes per se.  And that lasted for a
18    couple years.
19        Q.    Did anyone ever tell you that
20    Ms. Richards had complained to Tanya Simon         01:06:33
21    before -- and provided details about her complaint
22    about Ms. Poolos before she went to HR?
23        A.    No.  I'm learning that for the first
24    time.  Tanya never came to me.
25        Q.    Did anyone ever tell you that Ms. Simon  01:06:53
```

```
                                        Page 97
 1                        Stahl
 2     then reported the concerns that Ms. Richards on
 3     the same day she learned about them to HR?
 4          A.    I never knew.
 5          Q.    And did anyone ever tell you that it    01:07:13
 6     was approximately three weeks after the complaint
 7     Ms. Richards had made about Ms. Poolos that
 8     Ms. Poolos was told about the complaint?
 9                ATTORNEY ZUCKERMAN:   Objection.
10          A.    No.                                     01:07:28
11          Q.    Have you ever spoke to Tanya Simon
12     about Collette's complaint or complaints against
13     Ms. Poolos?
14          A.    Not that I recall.
15          Q.    I want to talk about -- you mentioned   01:08:06
16     the transgender health care story.  I think you
17     testified earlier that you weren't sure -- well --
18     do you know if Ms. Richards worked on that story
19     with Ms. Poolos?
20          A.    I can't remember.                       01:08:25
21          Q.    And that story ultimately aired;
22     correct?
23          A.    Correct.
24          Q.    And I think you testified -- oh, sorry,
25     go ahead.                                          01:08:37
```

```
                                                Page 98
 1                          Stahl
 2        A.    I know that we worked on that story in
 3    that satellite studio, and I see Collette in that
 4    studio.  Now, it could have been a different
 5    story, but it's very possible that it was the        01:08:56
 6    transgender story.
 7        Q.    Thank you.
 8              And I think you testified earlier --
 9    but correct me if I'm wrong -- that there was a
10    lot of pressure on 60 Minutes, specifically you      01:09:07
11    and Ms. Poolos, related to that story before it
12    aired; correct?
13        A.    And Bill Owens.
14        Q.    And Bill Owens?
15        A.    Yes.                                        01:09:16
16        Q.    The pressure was also on Mr. Owens?
17        A.    Yes.
18        Q.    And that pressure was coming from
19    outside groups within the trans community?
20        A.    Yes.                                        01:09:24
21        Q.    Do you think that the story that was
22    ultimately aired on 60 Minutes related to
23    transgender health care was an important story?
24        A.    I do.
25        Q.    And that story, after 60 Minutes          01:09:37
```

```
                                              Page 99
 1                          Stahl
 2     covered it, was it covered by other news outlets?
 3     Did New York Times Magazine cover the story after
 4     it appeared on 60 Minutes?
 5         A.    I can't remember the timing, and I      01:09:54
 6     don't remember that they gave us any credit, but
 7     they could.  I just don't remember it.
 8         Q.    In your view was 60 Minutes ahead of
 9     the pack on this particular issue?
10         A.    Oh, yes.                                01:10:05
11         Q.    Now it's an issue that's covered fairly
12     widely; correct?
13         A.    Yes.
14         Q.    And because of the pressure, you
15     testified about were you particularly anxious or   01:10:17
16     sensitive about making sure that 60 Minutes got
17     everything right in the story?
18         A.    Oh, yes.
19         Q.    It was particularly important in this
20     situation?                                         01:10:29
21         A.    It was very important anyway, but that
22     our boss had been brought into it heightened our
23     attention to it.
24         Q.    And was it unusual for Mr. Owens to be
25     brought into the story-making process in the way   01:10:44
```

```
                                            Page 100

 1                        Stahl
 2      he was for this story?
 3           A.    Yes, very unusual.
 4           Q.    How so?  How was he brought in, I guess
 5      is the first question.                      01:10:52
 6           A.    I believe -- and I wish I could ask
 7      Alex -- an organization -- I think it's called
 8      GLAD, I think, and they -- my recollection is that
 9      we -- Alex -- Alex called for a comment from GLAD.
10      Oh, I think we interviewed someone from GLAD.  I  01:11:19
11      believe we interviewed someone from GLAD.  And
12      they then I believe went to Bill and complained.
13               I believe that's the sequence of
14      events.
15           Q.    And once Bill was involved, in what   01:11:35
16      ways was he involved?
17           A.    Well, he was hearing and being
18      pressured by this outside group to make sure that
19      we were presenting their complaints about our
20      story within the story.  They told us that the  01:11:58
21      percentage of people complaining or having regrets
22      about transitioning, that those numbers were very
23      small and they wanted to make sure we were stating
24      that and making that very clear.
25           Q.    Is there somebody or was there somebody  01:12:27
```

```
                                            Page 101

 1                      Stahl
 2    at the time who worked at CBS named George Cheeks?
 3         A.    Yes.
 4         Q.    And what was his position?
 5         A.    He was a -- I'm going to get the titles  01:12:37
 6    wrong.
 7         Q.    That's okay.  Just generally.
 8         A.    He was a higher-up within the CBS
 9    corporation and I believe had some responsibility
10    over CBS News.                                     01:12:48
11         Q.    And were you aware that -- well, strike
12    that.
13              To your knowledge did members of the
14    trans community complain to Mr. Cheeks before the
15    story aired?                                       01:12:59
16         A.    Because of what you just said, you're
17    reminding me, yes.
18         Q.    It was the same kind of complaints
19    you've already testified to?
20         A.    I believe so.                           01:13:10
21         Q.    And so --
22         A.    They may have complained to him that we
23    were doing the story at all.
24         Q.    And so was the story getting more
25    scrutiny than the usual preairing of a 60 Minutes  01:13:27
```

```
                                              Page 102
 1                      Stahl
 2    story?
 3         A.    Yes, definitely.
 4         Q.    And I think you've given me some
 5    indication or an explanation as to why Mr. Owens    01:13:34
 6    was more involved, but can you recall exactly how
 7    he was involved in this story?
 8         A.    I recall that he came into the process
 9    overseeing the actual scripting earlier than in
10    99.9 per of the cases in my time there and was     01:14:06
11    very sensitive to I think its GLAD's pressure.
12         Q.    And was Mr. Owens at some point in the
13    story-making process asking to review footage
14    before a screening related to a trans
15    psychologist?  Do you recall that?               01:14:39
16         A.    I don't recall that he looked at any
17    footage.  I have no memory that he did that.
18         Q.    Are you aware that one of Ms. Richards'
19    complaints about Ms. Poolos related to her bridal
20    shower?                                           01:15:01
21         A.    I don't remember that.
22         Q.    I think Ms. Richards' complaint was
23    something to the effect that Ms. Poolos had sent
24    her a series of text messages and called her on
25    the day of her bridal shower.  Do you know        01:15:13
```

```
                                          Page 103
 1                       Stahl
 2     anything about that?
 3          A.    I don't.
 4          Q.    Do you know if Ms. Poolos had raised
 5     concerns to Ms. Richards on that day that        01:15:25
 6     Ms. Poolos had made a mistake by telling the crew
 7     that they didn't have to upload the footage but
 8     instead could ship it by FedEx?
 9          A.    Can you ask that again?
10          Q.    Sure.  Are you aware that Ms. Poolos   01:15:37
11     had a concern that Ms. Richards had made a mistake
12     by telling the crew that they didn't have to
13     upload footage but instead could ship by FedEx?
14          A.    I'm completely unaware of that.
15          Q.    Are you aware of Ann Marie Kross       01:15:52
16     getting upset in connection with -- in connection
17     with the trans health care story and getting
18     footage set in place for a screening?
19          A.    I don't -- I'm usually protected from
20     all that, and I think I was in that case too.    01:16:13
21          Q.    You mentioned Richards' wedding I think
22     a couple of times.  What is your understanding
23     about that as it relates to Ms. Poolos?
24          A.    I don't recall anything related to
25     Ms. Poolos.                                      01:16:45
```

```
                                              Page 104
 1                       Stahl
 2       Q.    Did you ever become aware that -- well,
 3   strike that.
 4             Were you aware that Ms. Richards got
 5   married in May of 2021?  Did you know that?      01:16:52
 6       A.    You're asking me a date question, so I
 7   don't know the date.  I know she did get married.
 8       Q.    And are you aware that Ms. Richards
 9   had, as part of her complaint about Ms. Poolos,
10   raised concerns based on Ms. Poolos's supposed     01:17:05
11   communications related to the wedding date?
12             ATTORNEY ZUCKERMAN:  Objection.
13       A.    Yeah, I'm not aware.
14       Q.    Do you know or did anyone ever make you
15   aware that Ms. Poolos had expressed concerns to     01:17:20
16   Ms. Richards about the wedding date because it was
17   scheduled around the time that the transgender
18   health story was scheduled to air?
19             ATTORNEY ZUCKERMAN:  Objection.
20       A.    I think -- I don't want to misspeak      01:17:50
21   here.  My memory is so fuzzy on all of -- most of
22   what you're saying I've never heard before.  But
23   there was talk about the wedding, but I can't
24   remember specifically whether it was a complaint
25   or what the issue was.  But I do think the wedding  01:18:09
```

```
                                            Page 105
 1                        Stahl
 2   came up somehow.
 3        Q.    And did anyone ever tell you that
 4   Ms. Poolos had told Ms. Richards that she would
 5   work on getting the air date changed but had to do  01:18:21
 6   so carefully because the story was so contentious?
 7             ATTORNEY ZUCKERMAN:  Objection.
 8        A.    No.
 9        Q.    Did you ever have interactions with
10   someone in CBS HR named Maria Cottone or Cottone?   01:18:41
11   Is that name familiar?
12        A.    No.  I dealt with someone named Renee.
13        Q.    Renee.  Renee Balducci?
14        A.    Yes.
15             (Stahl Exhibit 1, email with
16        attachment, Bates-stamped CBS 7733 through CBS
17        7747, marked for identification.)
18        Q.    Okay.  I'm going to say for the record
19   what's been marked as Stahl Exhibit 1 is a cover
20   email and attachment bearing Bates number CBS 733   01:19:50
21   [sic] through CBS 7747.
22             Okay.  I'm going to ask you a few
23   questions.  You can absolutely take a look at the
24   document if you need to.  Okay.  Feel free to --
25        A.    Just for the record, I've never seen     01:20:09
```

```
                                          Page 106
 1                       Stahl
 2    this before.
 3          Q.    That will be one of my questions.
 4          A.    Okay.
 5          Q.    So the cover email you're not on;      01:20:14
 6    correct?
 7          A.    No.
 8          Q.    It's from Ms. Richards to Ms. Cottone.
 9    It's dated December 30th, 2021.
10          A.    Yes.                                    01:20:25
11          Q.    If you take a look at -- actually, if
12    you look at that cover page, Ms. Richards writes
13    to Ms. Cottone:  I've attached a PDF file that is
14    my written account of the incidents we discussed
15    over the phone.                                     01:20:40
16              Do you see that text?
17          A.    Yes, I do.
18          Q.    All right.  So if you turn to that
19    first page of the attachment, which is CBS 7734 in
20    the bottom right-hand corner, and this is a         01:20:50
21    complaint that we understand Ms. Richards made
22    about Ms. Poolos, the written complaint.  Have you
23    ever seen this document before today?
24          A.    No, never.
25          Q.    And in preparing for today's            01:21:05
```

```
                                              Page 107
 1                          Stahl
 2      deposition, did you review this document?
 3           A.    No.  I've never seen it before.
 4           Q.    Okay.  If you look under general
 5      overview --                                 01:21:16
 6           A.    Yeah.
 7           Q.    -- it says -- Ms. Richards wrote, She
 8      has verbally recognized multiple times that I am a
 9      hard worker.
10                 Do you see that text?             01:21:25
11           A.    I do.
12           Q.    Okay.  And she manipulates my level of
13      dedication to work by assigning me intense
14      workloads to accomplish an unreasonable timelines,
15      often over weekends and holidays.            01:21:36
16                 Do you see that text?
17           A.    I do.
18           Q.    Do you think it is unusual for a
19      producer or an associate producer at 60 Minutes to
20      have intense workloads?                      01:21:51
21           A.    It's not unusual.
22           Q.    And is it unusual for an associate
23      producer and a producer to have to work over
24      weekends?
25           A.    It's not unusual.                 01:22:00
```

```
                                              Page 108
 1                          Stahl
 2        Q.    Is it unusual for them to have to work
 3   on holidays?
 4        A.    No, it's not unusual.
 5        Q.    And then not the next sentence but the    01:22:10
 6   one after says, Alex capitalizes and weaponizes my
 7   isolation by telling me this is just how things
 8   are.
 9             Do you see that?
10        A.    I do.                                      01:22:26
11        Q.    Then underneath it says -- Ms. Richards
12   wrote, She pressures me to overly contact my
13   colleagues when she wants an answer.
14             Do you see that text?
15        A.    I do.                                      01:22:37
16        Q.    Do you think that there's anything
17   inappropriate or improper about a producer being
18   persistent in contacting colleagues?
19             ATTORNEY ZUCKERMAN:  I'm just going
20        to -- sorry, I'm going to let her answer, but   01:22:47
21        I'm just going to object to asking the witness
22        questions about isolated sentences in an
23        11-page, single-spaced -- or 12-page, whatever
24        this is, document that she hasn't seen before,
25        hasn't had a chance to read in full.           01:23:05
```

```
                                                Page 109
 1                        Stahl
 2              Just to note even in the first question
 3          you asked you left part of the first sentence,
 4          which is intense workloads to accomplish in
 5          unreasonable timelines.                      01:23:15
 6                  ATTORNEY IADEVAIA:  These are
 7          objections you can make --
 8                  ATTORNEY ZUCKERMAN:  That's what I'm
 9          doing.
10                  ATTORNEY IADEVAIA:  -- but you can ask  01:23:21
11          questions.
12          Q.    Is it unusual at 60 Minutes for folks
13      to have to get work done in short timelines?
14                  ATTORNEY ZUCKERMAN:  Objection.
15          A.    Well, it's not -- it's not, but you     01:23:32
16      have -- I don't understand the context.
17          Q.    Understood.  Understood.  And, look,
18      you can read the document.  I'm not going to stop
19      you from doing so.
20          A.    Okay.                                   01:23:43
21          Q.    Focusing again on the general overview,
22      it says, She tells -- Ms. Richards wrote, She
23      tells me to call, text, and email colleagues and
24      sources until they pick up the phone or answer.
25                  Do you see that text?                 01:23:59
```

```
                                              Page 110
 1                         Stahl
 2        A.    Yeah.
 3        Q.    Do you think there's anything unusual
 4   about that --
 5             ATTORNEY ZUCKERMAN:  Objection.       01:24:04
 6        Q.    -- at 60 Minutes?
 7        A.    No, I don't.
 8        Q.    Okay.  It then says, just for
 9   completeness, she is unreasonable about nearly
10   everything.  Ms. Richards also wrote, She is    01:24:17
11   uncompromising about logistics and other people's
12   schedules.
13             Do you see that text?
14        A.    I do.
15        Q.    And do you think that there's anything  01:24:24
16   improper or inappropriate about a producer who is
17   persistent about logistics and schedules?
18             ATTORNEY ZUCKERMAN:  Objection.
19        A.    Well, you've left out unreasonable,
20   uncompromising.                                 01:24:37
21        Q.    Okay.
22        A.    I don't -- it's hard for me to comment
23   about what she means because I don't know the
24   extent of the pressure.  I don't know how Alex
25   might have expressed herself.  I don't know.  I   01:25:00
```

```
                                          Page 111
 1                    Stahl
 2   don't know.  I feel uncomfortable.
 3        Q.    It then says, She has a short fuse and
 4   will yell and scream about things that I do not
 5   perceive to be an issue.                      01:25:13
 6            Do you see that text?
 7        A.    Yes.
 8        Q.    I think you testified earlier, but just
 9   to be clear, had you ever observed Ms. Poolos
10   yelling?                                       01:25:23
11        A.    No.
12        Q.    Did you ever observe her screaming?
13        A.    No.
14        Q.    You can look through the document if
15   you like to.  I have other questions.          01:25:58
16        A.    No, go ahead.
17        Q.    I'm going to move on.  I'm not going to
18   ask other questions about the document, unless you
19   want to review it.
20            THE WITNESS:  What do you think?       01:26:06
21            ATTORNEY ZUCKERMAN:  If he's not going
22        to ask you about specific areas of abuse that
23        Collette endured, then let's move on.
24            THE WITNESS:  No, I mean should I keep
25        it or --
```

```
                                                    Page 112
 1                          Stahl
 2              ATTORNEY ZUCKERMAN:  No, it goes to the
 3         reporter.
 4         Q.    I think you testified earlier that the
 5    first time that you learned about Ms. Richards'    01:26:25
 6    complaints was a phone call you received from
 7    Mr. Owens; correct?
 8         A.    Correct, yes.
 9         Q.    And I think you testified about your
10    memory of that phone call that Mr. Owens had        01:26:33
11    alleged that Ms. Richards had made a complaint
12    that Alex had abused her and that --
13         A.    Yes.
14         Q.    -- you had raised concerns during that
15    call about why Ms. Richards had gone to HR          01:26:49
16    directly without talking to you and also talked
17    about COVID; correct?
18         A.    Right.
19         Q.    Was there anything else about that call
20    that you didn't testify to that you recall?        01:27:00
21         A.    No.
22         Q.    What was the next interaction that you
23    recall having related to Ms. Richards' complaint
24    or complaints against Ms. Poolos?
25         A.    Well, I know I spoke to someone at HR.   01:27:18
```

```
                                            Page 113

 1                        Stahl
 2   This is why memory is so idiosyncratic, because we
 3   telescope.  I had thought that I spoke to Renee
 4   shortly after I spoke to Bill, but it could have
 5   been this woman Maria, now that I see her name      01:27:38
 6   here.  So I can't tell you which one it was.  It
 7   was a woman at HR discussing the complaint.
 8        Q.    And what did you discuss with HR?
 9        A.    I can't remember any specific.  I can't
10   recall if they walked me through any specifics      01:28:10
11   about the, you know, incidents.  I know that they
12   filled me in more than Bill had, but I can't
13   recall if they -- what specifically was brought
14   up.  I can't even remember who I spoke to now that
15   you've got me confused here about who it was.  I    01:28:38
16   thought it was Renee, but it could have been...
17        Q.    And did HR give you, during this call,
18   explanations as to why they were calling you?
19        A.    They were notifying me that a woman on
20   my team had complained about a producer, her        01:28:59
21   producer.  They did want to know if I was aware of
22   this.  They wanted to know what I knew, and they
23   were telling me a lot that I hadn't known.  And I
24   remember being very, very surprised.
25        Q.    Surprised about what?                    01:29:28
```

```
                                             Page 114
 1                          Stahl
 2        A.    That Collette had been unhappy, that
 3   she felt she couldn't come to me.  I'm remembering
 4   my feelings more than what I was listening to.
 5        Q.    Do you know if the call that you had    01:29:54
 6   with HR, the call you're describing, happened
 7   before or after there were an allegation that Alex
 8   had spoken to the person at CNN?
 9        A.    Oh, before.  And in fact a couple of
10   days before.                                       01:30:14
11        Q.    And did the person in HR tell you about
12   what the status was of the complaint?
13        A.    You know, I had more than one
14   conversation with HR.  Let me -- let me start this
15   by saying my recollection is that the first        01:30:40
16   conversation involved notification, but then there
17   was what I would call almost negotiation and an
18   effort to have Alex and Collette continue to do --
19   to work together.
20        Q.    So did the negotiation that you're      01:31:15
21   referring to happen in a separate conversation?
22        A.    Yes.
23        Q.    And who was part of that discussion?
24        A.    It was a woman from HR.  I thought it
25   was Renee.                                         01:31:26
```

```
                                            Page 115

  1                      Stahl

  2      Q.    And was it just the two of you that had

  3   that call?

  4      A.    Yes.

  5      Q.    Okay.  And tell me what you recall      01:31:33

  6   about that discussion.

  7      A.    There may have been even another one in

  8   between.  So I may be conflating more than one

  9   conversation.

 10           But the issue was whether it made sense  01:31:56

 11   to have marriage counseling, if you know what I

 12   mean, between Alex and Collette and whether there

 13   could be some kind of a reconciliation in an

 14   effort to see if they could work together,

 15   continue to work together.                       01:32:18

 16           And I was asked what I thought about

 17   that, and I remember I felt that that would be the

 18   best outcome and was pleased by it, that it ended

 19   up being the outcome, and that I was struck by how

 20   fair HR was and how much they wanted to save this  01:32:52

 21   relationship.

 22           I don't know who instigated that whole

 23   idea of a reconciliation, but between the first

 24   conversation and that one, I mean, that was a

 25   concept that I didn't think was in the cards from  01:33:20
```

```
                                            Page 116
 1                      Stahl
 2    the first conversation.
 3              And I was on -- I was never brought
 4    into that negotiation, let's call it.  I was not
 5    part of it.  I was -- all of my conversations with   01:33:33
 6    HR were for the most part notifications.
 7         Q.   During the first call, you contrasted
 8    the first call and second call by saying the
 9    second call there was a possibility of
10    Ms. Richards and Ms. Poolos continuing to work       01:33:58
11    together.  What was your takeaway from the first
12    discussion on that front?
13              ATTORNEY ZUCKERMAN:  Objection.
14         A.   The first discussion about them working
15    together?                                            01:34:07
16         Q.   You just contrasted, I understood --
17    and if I got it wrong, let me know --
18         A.   Yeah.
19         Q.   -- that based on your first discussion
20    that the reconciliation was not either discussed     01:34:15
21    or didn't seem like a possibility.
22         A.   Correct.
23         Q.   First of all, which discussion are you
24    referring to?  Your first discussion with HR?
25         A.   Yes.                                        01:34:24
```

```
                                        Page 117

 1                        Stahl

 2        Q.    And what was your takeaway from that

 3   discussion versus what you had in the second

 4   discussion?

 5        A.    Right.  The first discussion -- now I    01:34:30

 6   already knew, but I had spoken to Bill, and I'm

 7   still at the airport.  And they were filling me in

 8   a little more than Bill had.

 9             And it sounded to me as if Collette had

10   made it clear that she could not work with Alex     01:34:50

11   anymore, didn't want to, didn't think -- I didn't

12   think from what I was hearing from HR that it was

13   on the table, even, that this -- that this

14   relationship was broken.

15        Q.    And then you're saying in the second     01:35:17

16   phone call --

17        A.    Or third.

18        Q.    Or third.

19        A.    Yeah.

20        Q.    Subsequent phone call?                   01:35:21

21        A.    Yes.

22        Q.    -- or calls, that there was a

23   discussion about a potential reconciliation?

24        A.    Correct, yes.

25        Q.    During any of these -- well, strike      01:35:30
```

```
                                         Page 118

 1                    Stahl
 2   that.
 3          The second or third phone call you're
 4   talking about where there was a negotiation and
 5   potential reconciliation, was this before you      01:35:38
 6   became aware that Ms. Poolos had made a phone call
 7   to somebody at CNN?
 8       A.   Oh, yes.
 9       Q.   And during any of these discussions you
10   had with HR -- first, second, and potentially      01:35:54
11   third --
12       A.   Right.
13       Q.   -- was there any discussion about
14   taking disciplinary action against Alex?
15       A.   No.                                        01:36:05
16       Q.   Was there any discussion you were part
17   of about giving Ms. Poolos a warning?
18       A.   No.
19       Q.   Is there anything other than -- beyond
20   what you've already testified to about the second  01:36:31
21   discussion with HR and potentially the third
22   discussion that you haven't already testified to?
23       A.   No.  I think you know everything I
24   know.
25       Q.   During the second/potentially third       01:36:45
```

```
                                            Page 119
 1                        Stahl
 2    discussion, did HR tell you about how Ms. Richards
 3    felt about continuing to work with Ms. Poolos?
 4         A.    The first conversation --
 5         Q.    Not the first.  Oh, go ahead.          01:37:05
 6         A.    Back to the reconciliation?
 7         Q.    No, no, no, no.  Sorry, let me do it
 8    again.
 9              I'm asking during the discussions that
10    you identified as being sort of the negotiation or  01:37:10
11    potential reconciliation discussion or discussions
12    did HR convey to you what Ms. Richards felt about
13    continuing to work with Ms. Poolos.
14         A.    What I was told was that she had agreed
15    to try to work with Ms. Poolos again and that --    01:37:35
16    yeah, that she'd agreed to it.
17         Q.    Anything else?
18         A.    No.  And, you know -- nothing else.
19         Q.    What was the next discussion you had
20    related to Collette's concerns about Ms. Poolos?    01:38:06
21         A.    So I'm sitting here thinking I must
22    have talked to both Alex and Collette, but I don't
23    remember either, talking to either one of them
24    about this; I must have, but I have no
25    recollection whatsoever.                            01:38:34
```

```
                                              Page 120

 1                        Stahl

 2        Q.    Why do you say you must have?

 3        A.    Because this was my team.  They were an

 4   important part of my team.  I feel close to all my

 5   producers and associate producers, except I hardly  01:38:53

 6   knew Collette, but she was on my team

 7   nevertheless.

 8              I'm quite sure I would have said

 9   that -- I would have called and said I'm happy

10   that we're going to give this a try.  But I don't  01:39:09

11   remember it.

12        Q.    Do you recall having a discussion

13   shortly after Ms. Poolos found out about

14   Ms. Richards' complaint with Ms. Poolos about the

15   complaint?                                          01:39:25

16              ATTORNEY ZUCKERMAN:  Objection.

17        A.    I'm trying to remember really hard any

18   conversation I had with Alex in this whole time

19   period, which wasn't that long, by the way, just a

20   couple of days.  I can't remember talking to her,  01:39:42

21   and I know I must have.  But I can't remember any

22   discussion I had with Alex.

23        Q.    Okay.  Let me see if any of this jogs

24   your memory or not.

25        A.    Okay.                                    01:40:00
```

```
                                          Page 121
 1                       Stahl
 2        Q.    Did Alex tell you, after learning about
 3    Ms. Richards' complaint, that she had several
 4    concerns related to Ms. Richards?
 5        A.    No.                                  01:40:11
 6        Q.    Did --
 7        A.    Well -- I -- I did know about the
 8    wedding.  I did know about the dog in the car.
 9    But I don't know when or how I learned about that,
10    and I don't know if Alex was the one who told me.  01:40:30
11    I just don't know.  I can't remember any of it,
12    sorry.
13        Q.    That's okay.
14        A.    Yeah.
15        Q.    I'm going to ask you specifics, and you  01:40:36
16    can just let me know if you remember or don't
17    remember.
18        A.    Okay.
19        Q.    Did Ms. Poolos tell you that she had
20    told Ms. Richards several times that it was not    01:40:44
21    okay to drive her dog home right before a piece
22    aired?
23        A.    No memory.
24        Q.    Did Ms. Poolos tell you that she told
25    Ms. Richards that if Ms. Richards did not feel     01:41:01
```

```
                                          Page 122
 1                          Stahl
 2      that Alex had solved her concerns that she could
 3      speak with Tanya Simon?
 4           A.    No.
 5           Q.    You don't remember?              01:41:10
 6           A.    I don't remember.
 7           Q.    And did Ms. Poolos tell you that she
 8      had told Ms. Richards that she didn't want
 9      Ms. Richards to leave her team but that
10      Ms. Richards could do that and that would be okay?  01:41:30
11           A.    No memory.
12           Q.    And do you recall having a discussion
13      with Ms. Poolos in which, following Ms. Poolos
14      explaining the complaints that Ms. Richards had
15      made and Ms. Poolos's concerns about Ms. Richards  01:41:56
16      that you said you were appalled by what Ms. Poolos
17      was saying to you?
18                 ATTORNEY ZUCKERMAN:   Objection.
19           A.    No memory.
20           Q.    And do you recall saying to Ms. Poolos,  01:42:05
21      in the context of finding out about Ms. Richards'
22      complaints or Ms. Richards' job performance, that
23      you were outraged?
24                 ATTORNEY ZUCKERMAN:   Objection.
25           A.    No memory.                       01:42:18
```

```
                                         Page 123

 1                          Stahl

 2        Q.    Just to make sure I cover it, do you

 3    recall ever saying to Ms. Poolos that you were

 4    outraged about something relating to Ms. Richards?

 5        A.    Never.  I don't remember.          01:42:31

 6        Q.    Did you ever tell Ms. Poolos that you

 7    were outraged or upset that Ms. Richards did not

 8    speak to you first before raising concerns outside

 9    of the team?

10              ATTORNEY ZUCKERMAN:  Objection.       01:42:49

11        A.    Are you -- is there a word "outrage" in

12    there?

13        Q.    Well, let me ask you this:  Did you

14    ever express to Ms. Poolos that you were affected

15    in some way by the fact that Ms. Richards did not   01:43:00

16    speak to you first before raising concerns outside

17    of the team?

18        A.    Well, I can't remember talking to Alex

19    about it, but I did feel that way and -- anyway, I

20    don't remember.                                 01:43:17

21              Can I just interject here for a minute?

22        Q.    Sure.  Go ahead.

23        A.    You know, this has absolutely nothing

24    to do with why Alex was let go, nothing.  In fact,

25    CBS, in my view -- this is an opinion -- bent over  01:43:29
```

```
                                              Page 124
 1                        Stahl
 2    backward to keep Alex.  There was this
 3    negotiation.  CBS arranged it.  HR arranged it.
 4    It was done with the best of intentions for Alex.
 5              As far as I know -- as far as I know to  01:43:50
 6    this minute -- there was no penalty for any of
 7    Collette's complaints.  And -- this is not part of
 8    why she was let go, in terms of what I know and
 9    was told at the time.
10        Q.    Yeah, I understand that, and I          01:44:11
11    appreciate the perspective.
12        A.    And Bill particularly.  I mean, Bill,
13    our boss, we all wanted Alex to stay; I did and
14    Bill did.  When this negotiation or reconciliation
15    was arrived at, we were really happy that this had  01:44:25
16    come out this way, this was the outcome.
17        Q.    When you say "negotiations," was
18    Ms. Poolos involved in those so-called
19    negotiations?
20        A.    I have no idea.                          01:44:36
21        Q.    Well, if it's a negotiation and she's
22    one of the parties, wouldn't you expect her to be
23    part of it?
24              ATTORNEY ZUCKERMAN:  Objection.
25        A.    I would expect, but I don't know.        01:44:43
```

```
                                              Page 125
 1                        Stahl
 2       Q.    Okay.  Well, would it actually be a
 3    negotiation if Ms. Poolos was not involved?
 4                ATTORNEY ZUCKERMAN:  Objection.
 5       A.    You know, this is the problem with you    01:44:56
 6    asking me these questions.  It's an assumption
 7    I've made.
 8       Q.    Well, is everything you just said
 9    when -- your aside, was that an assumption you
10    made?                                             01:45:08
11                ATTORNEY ZUCKERMAN:  Objection.
12       A.    What, why she was fired?
13       Q.    Uh-huh.
14       A.    No, I know why she was fired.
15       Q.    Okay, why did you -- we'll get there.    01:45:13
16       A.    Okay.  I just want to make that --
17    you're asking me all these questions about the
18    relationship with Collette, and I'm bemused.  I
19    just want to tell you, you and me here, that I'm
20    bemused and confused.                             01:45:29
21       Q.    Well, you think there's no relationship
22    between Ms. Richards' underlying complaint and the
23    fact that Ms. Poolos was fired?
24                ATTORNEY ZUCKERMAN:  Objection.  That's
25          not what she said.                          01:45:40
```

```
                                            Page 126
 1                        Stahl
 2        A.    I'm saying that the complaint
 3   resulted -- I'm saying that the complaint resulted
 4   in a reconciliation.  So she was not fired because
 5   of that at all.                             01:45:57
 6        Q.    Did you tell Ms. Poolos at any point
 7   that you wanted Collette Richards off your team?
 8        A.    Oh, boy, I have no recollection of
 9   that, and I doubt that I did that.
10        Q.    Would that be inconsistent with your   01:46:11
11   concept of a negotiation?
12              ATTORNEY ZUCKERMAN:  Objection.
13        A.    I had -- I was no part of any
14   negotiation myself, so I don't know what took
15   place -- I don't know how they ended up arriving   01:46:25
16   at the reconciliation.  I have no idea.  I just
17   know it took place and that I know that HR was
18   deeply involved in it.  And everything else I know
19   is an assumption.
20        Q.    Did Ms. Poolos ever discourage you from   01:46:46
21   trying to have Ms. Richards removed from your
22   team?
23        A.    Is she -- are you saying that she --
24   that I tried to get Collette removed from my team?
25        Q.    I'm asking if Ms. Poolos ever   01:46:59
```

```
                                              Page 127
 1                      Stahl
 2    discouraged you from having you take steps to
 3    remove Ms. Richards from your team.
 4              ATTORNEY ZUCKERMAN:  Objection.
 5        A.    Not that I recall.  I have no memory of  01:47:06
 6    that at all.
 7        Q.    Did you ever say to Ms. Poolos that you
 8    respected her for not having made complaints about
 9    Shachar Bar-On?
10              ATTORNEY ZUCKERMAN:  Objection.  I'm    01:47:17
11        sorry, can you repeat that or have the court
12        reporter read it.
13              ATTORNEY IADEVAIA:  Sure.  You can read
14        it back, please.
15              (Record read.)                          01:47:32
16        A.    I don't remember.  I have no memory of
17    that.
18        Q.    Did you ever tell Ms. Poolos that she
19    should fight the allegations that Ms. Richards had
20    made against her?                                 01:47:46
21        A.    I have no memory.  I have no memory --
22    specific memory of discussing this with Alex, and
23    I'm telling you that it's likely and very likely,
24    but I don't remember any of these conversations
25    that you're bringing up.                          01:48:06
```

```
                                                    Page 128
  1                           Stahl
  2        Q.     Do you have any memory of ever telling
  3   Alex that you did not want Ms. Richards on your
  4   team after you heard she had gone to HR?
  5             ATTORNEY ZUCKERMAN:  Objection.        01:48:18
  6        A.     No memory of that.  I don't remember
  7   talking to Alex about any of this.
  8        Q.     Are you aware that after Mr. Owens had
  9   met with Ms. Poolos he had sent her an email
 10   confirming that they had spoken about           01:48:39
 11   Ms. Richards' complaint?
 12        A.     No, I haven't -- I don't think I ever
 13   knew that.
 14        Q.     Did anyone seek your approval before
 15   sending that email?                             01:48:50
 16        A.     Before -- what did the email say?
 17        Q.     Did anyone ever come to you and ask for
 18   your input or approval on Mr. Owens sending an
 19   email to Ms. Poolos confirming that Bill and Alex
 20   had spoken about Collette's complaint?          01:49:09
 21        A.     No memory.  Don't even know what you're
 22   talking about.
 23             (Stahl Exhibit 2, emails, Bates-
 24        stamped CBS 7813, marked for identification.)
 25             THE WITNESS:  Am I supposed to start   01:49:55
```

```
                                            Page 129
 1                     Stahl
 2       from the bottom?
 3       Q.    Yeah, I believe the email chain starts
 4   chronologically at the bottom.
 5            I'll say for the record, while the      01:50:02
 6   witness reviews the document, that what's been
 7   marked as Stahl Exhibit 2 is a one-page email
 8   chain bearing Bates number CBS 7813.
 9            (Pause.)
10       Q.    Okay.  You mentioned that you had      01:50:29
11   reviewed some emails in preparation for today's
12   deposition.  Did you review this email?
13       A.    No.
14       Q.    It's an email chain between you and
15   Ms. Poolos, and all the emails are dated January  01:50:43
16   6th, 2022; correct?
17       A.    Yes.
18       Q.    At the bottom email from Ms. Poolos to
19   you she writes, Hi.  I followed up with Bill
20   today, and it looks like there will be a solution  01:50:56
21   in the future.  Thank you for all your support.
22            Do you see that text?
23       A.    I do.
24       Q.    And then you wrote back that same day
25   and said, Does that mean a change?               01:51:05
```

```
                                              Page 130
 1                        Stahl
 2            Do you see that?
 3       A.    Yes.
 4       Q.    And then Ms. Poolos writes, Yes, it
 5   does.  He said overall it's an untenable       01:51:11
 6   situation, but I think it's not going to be
 7   immediate because they have to sort stuff out.
 8   She's already told HR she wants a change.
 9            And above that you write, Sounds like a
10   plan.                                          01:51:27
11            Do you see all that text?
12       A.    Yes.
13       Q.    So do you know what this discussion was
14   about?
15       A.    No, but it sounds -- it reads to me as  01:51:31
16   if it is -- that this is something that took place
17   before the decision that they would try to work
18   together again.
19       Q.    Do you understand this email exchange
20   to be about Ms. Poolos and Ms. Richards?        01:51:53
21       A.    Yes.
22       Q.    And specifically about Ms. Richards'
23   complaint about Ms. Poolos?
24       A.    Yes.
25       Q.    In the bottom email Ms. Poolos was     01:52:04
```

```
                                          Page 131
 1                        Stahl
 2    saying she had followed up with Bill and there
 3    would be a solution in the future.  And you wrote
 4    back:  Does that mean a change?
 5             What did you mean by "does that mean a    01:52:15
 6    change"?
 7        A.    I guess I'm asking whether she and
 8    Collette will be working together or will it be a
 9    change in associate producer.  I think that's what
10    that means.                                        01:52:30
11        Q.    Ms. Poolos writes back:  Yes, it does.
12    He said it's overall an untenable situation.  But
13    I think it's not going to be immediate, because
14    they have to sort stuff out.  She's already told
15    HR she wants a change.  And you wrote, Sounds like  01:52:46
16    a plan.
17             What did you mean when you wrote
18    "sounds like a plan"?
19        A.    I think I'm saying that -- exactly what
20    it says, that they're going to work together but   01:53:00
21    there would be a change in the future.  That's
22    what that says to me.
23        Q.    Is your testimony that this email
24    exchange happened before or after the negotiation
25    and reconciliation discussions you were part of?   01:53:16
```

```
                                            Page 132
 1                        Stahl
 2        A.    Well, of course I don't remember -- I
 3   can't tell you specifically, but I assume so.
 4        Q.    You assume what?
 5        A.    I assume that this precedes the        01:53:26
 6   agreement that they would continue to work
 7   together.  But it would be a trial.  My memory is
 8   that the working together would be a trial.  So
 9   perhaps we are talking about the same thing.  It's
10   not very clear.                                    01:53:50
11        Q.    You don't say anywhere in this email
12   chain you hope that Ms. Poolos and Ms. Richards
13   can work it out; correct?
14        A.    Correct.
15        Q.    You don't say anything in here about   01:54:00
16   reconciliation or negotiations; correct?
17        A.    Correct.
18              ATTORNEY IADEVAIA:  Okay.  Why don't we
19        take a break, a five-minute break.
20              THE VIDEOGRAPHER:  We're going off the  01:54:23
21        record, and the time is 1:54 p.m.
22              (Recess taken from 1:54 to 2:22.)
23              THE VIDEOGRAPHER:  We're going back on
24        the record.  This is the beginning of media
25        number 5, and the time is 2:22 p.m.          02:22:39
```

```
                                              Page 133

 1                        Stahl
 2        Q.    Ms. Stahl, you testified before the
 3   break that you recall Mr. Owens calling you to
 4   notify you about Ms. Richards' complaints
 5   concerning Ms. Poolos; correct?              02:23:00
 6        A.    Correct.
 7        Q.    Are you sure that it wasn't you calling
 8   Mr. Owens after Alex had told you about the
 9   complaint?
10        A.    Well, I can't be sure.  I gave you my   02:23:16
11   best memory.
12        Q.    Exhibit 32 which we were looking at
13   before the break, that email chain, that's dated
14   January 6, 2022.  Do you see that in the top
15   email?                                       02:23:36
16        A.    Yeah.
17        Q.    What happens next in connection with
18   Collette's complaint or complaints against
19   Ms. Poolos?
20             ATTORNEY ZUCKERMAN:  Objection.     02:23:50
21             You can answer.
22        A.    You're going to have to help me.
23        Q.    At some point did you learn there had
24   been a phone call between Alex and somebody at
25   CNN?                                          02:24:03
```

```
                                              Page 134
 1                           Stahl
 2          A.    Yes.
 3          Q.    Okay.  Are there any other discussions
 4   that you recall that you haven't already testified
 5   to between when you found out about the complaint   02:24:11
 6   and when you found out about the phone call?
 7          A.    Well, what I've been calling a
 8   reconciliation happened.
 9          Q.    Beyond that you testified to.
10          A.    Beyond that, I don't remember anything  02:24:27
11   between that and learning about the phone call.
12          Q.    And when did you learn about the phone
13   call?
14          A.    I can't give you a date, and I can't
15   even tell you how much time went by between the     02:24:42
16   agreement to work together and the phone call.  I
17   don't know if it was a day, a week.  I don't know.
18          Q.    What I can represent to you is that
19   Exhibit 2, which we just talked about, is dated
20   January 6th.                                         02:25:04
21          A.    Yeah.
22          Q.    It was the next day, January 7th, in
23   the morning that Collette reported the phone call
24   to HR.
25                ATTORNEY ZUCKERMAN:  Objection.         02:25:15
```

```
                                        Page 135
 1                      Stahl
 2       Q.    Do you have any reason to disagree with
 3   that timeline?
 4       A.    No, no reason.
 5       Q.    Who told you about -- or how did you    02:25:23
 6   learn about the phone call that Alex had with
 7   someone from CNN?
 8       A.    My best recollection is I learned about
 9   it from Bill.
10       Q.    And how soon after Mr. Owens learned    02:25:42
11   about it did he tell you, do you know?
12       A.    I have no idea.
13       Q.    And what did you learn from Mr. Owens
14   about the phone call?
15       A.    He told me that Alex had called someone  02:26:03
16   at CNN and had disparaged Collette and that
17   crossed a line and a pretty definitive line and
18   that CBS was letting her go because it was
19   unacceptable to do anything to ruin someone else's
20   career like that.                                  02:26:35
21       Q.    That's what Mr. Owen said to you?
22       A.    More or less, yes.  That was the gist,
23   to the best of my memory.
24       Q.    Before the decision to let Ms. Poolos
25   go, was Ms. Poolos placed on administrative leave?  02:26:58
```

```
                                                    Page 136
 1                              Stahl
 2          A.     Not that I'm aware of.
 3          Q.     Was there a period of time when
 4    Ms. Poolos was not fired but she wasn't working?
 5          A.     Not that I'm aware of.            02:27:14
 6          Q.     Did anyone tell you that Ms. Poolos was
 7    suspended?
 8          A.     You mean as opposed to instant firing
 9    or whatever?
10          Q.     Instantly being fired, yeah.       02:27:39
11          A.     My recollection is that it was -- my
12    recollection is that I was told she was fired.
13          Q.     And I understand at some point you're
14    saying you were told Ms. Poolos was fired, but my
15    question is did anyone ever tell you that she had  02:28:01
16    been suspended.
17          A.     Not that I remember.
18          Q.     And do you recall anyone telling you
19    that she had been placed on administrative leave?
20          A.     Not that I remember.              02:28:11
21          Q.     Were you ever told who Ms. Poolos
22    called at CNN?
23          A.     No.  I know it was a man, and I was
24    told that it was a person who had recommended
25    Collette to Alex.                              02:28:34
```

```
                                             Page 137
 1                        Stahl
 2        Q.    Does the name Scott Bronstein sound
 3   familiar?
 4        A.    No.
 5        Q.    Did you ever work with somebody named    02:28:44
 6   Scott Bronstein?
 7        A.    I don't think so.  Did I?
 8        Q.    I don't know.
 9        A.    I don't think so.
10        Q.    But in terms of the person that         02:28:59
11   Ms. Poolos called, the name Scott Bronstein is not
12   familiar to you?
13        A.    Correct.
14        Q.    Outside of knowing that he had
15   recommended Collette and that he had worked at     02:29:10
16   CNN, was there anybody else you knew about the
17   person that Ms. Poolos called?
18        A.    No.
19        Q.    Were you told what Ms. Poolos
20   supposedly said during her call with the CNN       02:29:26
21   person?
22        A.    That she had disparaged Collette in a
23   way that outraged this person.  That's basically
24   all I remember.  I don't know any details, any
25   words.                                             02:29:52
```

```
                                              Page 138
 1                       Stahl
 2        Q.    Did you ever ask?
 3        A.    I can't remember.
 4        Q.    And when you say "outraged this
 5   person," are you talking about outraged        02:30:03
 6   Ms. Richards or outraged the CNN person?
 7        A.    The CNN person.
 8        Q.    Did you have one discussion with
 9   Mr. Owens about this phone call or multiple
10   discussions?                                   02:30:21
11        A.    I only remember one.
12        Q.    And that's the one you've already
13   testified to where he told you Ms. Poolos was
14   going to be fired?
15        A.    Correct.                            02:30:32
16        Q.    Were you involved at all in the
17   decision whether to fire Ms. Poolos or not?
18        A.    No.
19        Q.    Did anyone ask your input as to whether
20   she should be fired?                           02:30:38
21        A.    No.
22        Q.    Did Mr. Owens ever tell you how they
23   reached the conclusion that Ms. Poolos had
24   purportedly said disparaging things about
25   Ms. Richards during this call?                 02:30:55
```

```
                                           Page 139
 1                        Stahl
 2        A.    How -- how Bill learned about the call?
 3        Q.    What was the basis for Bill's -- strike
 4    that.
 5              Did Mr. Owens ever tell you the basis    02:31:04
 6    of his belief --
 7        A.    Oh.
 8        Q.    -- that Ms. Poolos had disparaged
 9    Collette during this call?
10        A.    I'm under the impression that he spoke   02:31:14
11    to this -- I know it was a man -- that he had
12    spoken to this man.  I frankly don't know if the
13    man called Bill.  I don't know how they came
14    together, but they -- I believe they spoke.
15        Q.    Did you raise any objections to          02:31:36
16    Ms. Poolos being fired?
17        A.    No.
18        Q.    Did you raise any concerns about her
19    being fired?
20        A.    No.                                      02:31:44
21        Q.    How come?
22        A.    Because I was persuaded that she had
23    crossed that line that we spoke about and that it
24    was unacceptable to hurt someone else's career
25    like that.                                         02:32:05
```

```
                                            Page 140
 1                        Stahl
 2       Q.    In reaching that conclusion, you were
 3   relying or assuming that it was true that
 4   Ms. Poolos had in fact said negative things about
 5   Ms. Richards; correct?                         02:32:21
 6       A.    Correct.
 7       Q.    You didn't have any independent basis
 8   to know whether that was true or it wasn't; right?
 9       A.    Correct.
10       Q.    And no one shared specifically with you 02:32:26
11   their basis for believing that Ms. Poolos had made
12   those comments, did they?
13            ATTORNEY ZUCKERMAN:  Objection.
14       A.    My recollection is that Bill had spoken
15   to this person who had taken notes.             02:32:42
16       Q.    That the person at CNN --
17       A.    Yes.
18       Q.    -- had taken notes of the discussion?
19       A.    Yes, of what Alex allegedly said.
20       Q.    What was the basis for your           02:33:03
21   understanding that he -- that the CNN person had
22   taken these notes?
23       A.    I believe Bill told me that.
24       Q.    During this same discussion?
25       A.    Yeah.                                 02:33:15
```

```
                                              Page 141
 1                         Stahl
 2        Q.    Did you ever see the notes?
 3        A.    No.
 4        Q.    Do you know if Bill ever saw the notes?
 5        A.    I don't know.  Well...              02:33:24
 6        Q.    Did Bill tell you he saw the notes?
 7        A.    I can't remember.
 8        Q.    Did you ever ask Alex what had happened
 9   in connection with this phone call?
10        A.    You know, as I said before, for some  02:33:42
11   reason I can't remember my conversations with Alex
12   throughout this whole time.  I'm not saying I
13   didn't speak to her, because I must have, but I
14   can't remember any conversation with her.  We
15   were -- we were friends.                        02:34:10
16        Q.    You and Alex?
17        A.    Yes.  At least in my mind.
18        Q.    Did you have any understanding of --
19   beyond that Mr. Bronstein had -- the CNN person
20   had provided a recommendation on behalf of       02:34:38
21   Ms. Richards, did you have any understanding of
22   Ms. Richards' relationship with the CNN person?
23              ATTORNEY ZUCKERMAN:  Objection.
24        A.    Well, Collette was at CNN, so I'm
25   assuming they were colleagues.  I don't know    02:35:01
```

```
                                           Page 142
 1                          Stahl
 2    what -- I don't know anything about this man.  I
 3    don't know what he does over there.  I don't even
 4    know if he's still there.  I don't know anything
 5    about him or Collette's relationship to him at        02:35:15
 6    all.
 7         Q.   Do you know if anyone at 60 Minutes
 8    before firing Ms. Poolos -- strike that.
 9              Do you know if anyone at CBS before
10    firing Ms. Poolos had looked at the relationship     02:35:38
11    between the CNN person and Ms. Richards?
12         A.   No.
13         Q.   You don't know either way?
14         A.   No, I don't, the whole concept.
15         Q.   Do you know that the CNN person had       02:35:51
16    worked at 60 Minutes in the past?  Did you know
17    that?
18         A.   No.
19         Q.   Did you know that he had worked with
20    Mike Wallace?                                        02:36:03
21         A.   No.
22         Q.   Did you know that he had been fired by
23    60 Minutes?
24              ATTORNEY ZUCKERMAN:  Objection.
25         A.   I don't know anything -- no.               02:36:07
```

```
                                              Page 143
 1                       Stahl
 2        Q.    Are you aware of any other situation
 3   where a 60 Minutes employee was fired based on
 4   something that a third party had said?
 5              ATTORNEY ZUCKERMAN:  Objection.       02:36:25
 6        A.    I'm not aware.
 7        Q.    By "third party" I mean someone outside
 8   of CBS.  Was that clear?
 9        A.    I don't know the answer to -- the
10   answer is I don't know, yeah.                    02:36:38
11        Q.    Okay.
12        A.    Well, you know, Jeff Fager -- Jeff
13   Fager was fired because of a phone call that he
14   made somewhat -- somewhat analogous in that there
15   had been some dispute about behavior but the      02:37:06
16   person -- Jeff wasn't fired because of any
17   allegations.  He was fired because he made a phone
18   call.  So there's some kind of connection.
19        Q.    But the person who made the complaint
20   was a CBS employee -- correct? -- in that case?   02:37:24
21        A.    Correct, yes, yes.
22        Q.    And Jeff Fager had been accused of some
23   pretty serious misconduct, had he not been?
24              ATTORNEY ZUCKERMAN:  Objection.
25        A.    Yes.                                   02:37:34
```

```
                                          Page 144
 1                    Stahl
 2       Q.    He was accused of sexual harassment?
 3       A.    Yes.
 4       Q.    And more than one woman had made such
 5   allegations; correct?                         02:37:40
 6            ATTORNEY ZUCKERMAN:  Objection.
 7       A.    I don't know, but yes, he was.
 8       Q.    And sexual harassment -- I know you're
 9   not a lawyer --
10       A.    But that's not why he was fired.      02:37:47
11   That's my point.  He was fired for this phone
12   call.
13       Q.    Maybe.  Maybe.
14       A.    What do you mean maybe.
15            ATTORNEY ZUCKERMAN:  Maybe you would    02:37:54
16       like to testify, Jeremiah?
17       A.    No, but why do you say maybe?
18            ATTORNEY ZUCKERMAN:  It's not --
19            THE WITNESS:  I'm saying --
20            ATTORNEY ZUCKERMAN:  He's trying to get  02:38:03
21       you to agree to his version of the facts.
22       That's why he says maybe.
23       Q.    I know you're not a lawyer, but you
24   understand sexual harassment is against the law;
25   correct?                                       02:38:15
```

```
                                          Page 145
 1                       Stahl
 2        A.    Correct.
 3        Q.    Do you have an understanding that
 4   anything that Ms. Poolos has been accused of is
 5   against the law?                          02:38:21
 6             ATTORNEY ZUCKERMAN:  Objection.
 7        A.    No.
 8        Q.    Did Mr. Owens or anybody else at CBS
 9   tell you that before Ms. Poolos had called the CNN
10   person she had reached out to him via text?    02:38:50
11        A.    Reached out --
12        Q.    To the CNN person via text.
13        A.    No, no, I don't know anything about
14   that.
15        Q.    Did anyone tell you she had reached out  02:39:00
16   to him via text before she knew about Collette's
17   complaint?
18             ATTORNEY ZUCKERMAN:  Objection.
19        A.    No, I don't know anything about that.
20        Q.    Did anyone tell you that Ms. Poolos    02:39:09
21   said that she had reached out to Mr. -- to the CNN
22   person before she knew about Collette's complaint
23   because she wanted advice from him about how to
24   deal with the performance issues?
25        A.    No.                              02:39:28
```

```
                                          Page 146
 1                       Stahl
 2       Q.    Do you know that Ms. Richards secretly
 3   recorded conversations between she and Ms. Poolos?
 4       A.    No, I never heard that before.
 5       Q.    Do you know that she made nine        02:40:06
 6   recordings secretly of conversations between
 7   Ms. Poolos and Ms. Richards?
 8       A.    No, I'm unaware of that.
 9       Q.    Do you know that Ms. Richards recorded
10   a discussion that she had with Renee Balducci?    02:40:20
11       A.    No, I don't know about that.
12       Q.    I assume since you don't recall
13   Ms. Poolos being placed on a paid leave of absence
14   you had nothing to do with the decision to put her
15   on a paid leave of absence?                       02:40:46
16       A.    Correct.  Are you saying she was -- so
17   she wasn't fired right away?  Is that what you're
18   telling me?
19       Q.    Unfortunately I have to just ask the
20   questions.                                        02:40:56
21       A.    Okay.  Okay.
22       Q.    I can't give you the info.
23             ATTORNEY IADEVAIA:  If we can mark this
24        as Stahl Exhibit 3, please.
25             (Stahl Exhibit 3, emails, Bates-
```

```
                                        Page 147
 1                      Stahl
 2        stamped CBS 7816, marked for identification.)
 3        Q.    If you could take a look, and then let
 4   me know once you've reviewed, Ms. Stahl.
 5             What's been marked as Stahl Exhibit 3   02:41:51
 6   is a one-page email chain bearing Bates number CBS
 7   7816.  Okay?
 8             ATTORNEY ZUCKERMAN:  Can I just direct
 9        you to read the desire document, including the
10        dates, not just the text.                    02:42:08
11        A.    Okay.  So it's January 8th; right?
12        Q.    Correct.
13        A.    Okay.
14        Q.    So, for the record, these are email
15   exchanges between you and Mr. Owens, and all three 02:42:20
16   are dated January 8th, 2022.  Do you see that?
17        A.    I do.
18        Q.    In the bottom email you write to
19   Mr. Owens:  Bill:  Can I ask Alex to send me her
20   notes for our interviews this coming week.         02:42:34
21   Collette sent me what she has.  I think Alex has
22   materials that would help Shari and me get up to
23   speed.  And Mr. Owens writes back to you:  Yes,
24   you can.  And you write back:  Great.  Thanks.
25             Do you see all that text?                02:42:49
```

```
                                              Page 148
 1                        Stahl
 2        A.    I do.
 3        Q.    Looking at this, does this refresh your
 4   recollection as to whether there was a period of
 5   time when Ms. Poolos was on administrative leave   02:42:55
 6   following the allegations about the phone call?
 7        A.    My assumption reading this is that I
 8   thought she'd been fired and that I somehow
 9   thought I wasn't supposed to talk to her directly.
10        Q.    Did anyone ever instruct you not to     02:43:18
11   speak to Ms. Poolos directly?
12        A.    I can't remember a phone call or an
13   instruction.  I can't remember that -- a
14   conversation to that effect.  But it's my memory
15   that I was told not to talk to her for some        02:43:37
16   reason.  That's why I'm asking Bill can I do this.
17        Q.    Do you know of a person -- a reporter
18   at The Washington Post named Jason Rezaian?
19        A.    Yes.
20        Q.    And was he ever involved in any stories 02:44:29
21   that you've done at 60 Minutes?
22        A.    Yes.
23        Q.    Which stories?
24        A.    Hostage stories.
25        Q.    The one involving Danny Fenster?        02:44:36
```

```
                                              Page 149
 1                        Stahl
 2        A.    Yes.
 3        Q.    Were you aware of any concerns raised
 4   by Mr. Rezaian about Collette Richards?
 5        A.    No.                               02:44:52
 6        Q.    Are you aware that Ms. Richards spoke
 7   to Mr. Rezaian after Alex stopped working on the
 8   hostages story?
 9        A.    No, but it doesn't surprise me, because
10   he's an expert on hostages.                  02:45:10
11        Q.    And did anyone ever tell you that
12   during a discussion between Ms. Richards and
13   Mr. Rezaian that Ms. Richards said that Ms. Poolos
14   job was in jeopardy or words to that effect?
15        A.    No, I know nothing about any specifics  02:45:29
16   of the conversation.
17             ATTORNEY IADEVAIA:  If we can mark this
18        as Stahl Exhibit 4, please.
19             (Stahl Exhibit 4, emails, Bates-
20        stamped CBS 7858, marked for identification.)  02:46:43
21             (Pause.)
22        Q.    Okay.  So what's been marked as Stahl
23   Exhibit 4 is a one-page email chain bearing Bates
24   number CBS 7858.
25             Let me know once you've had a chance to  02:46:53
```

```
                                            Page 150
 1                      Stahl
 2    review.
 3         A.    I've reviewed.
 4         Q.    So the emails are between you and Tanya
 5    Simon, and they're all dated January 24, 2022.  Do    02:47:00
 6    you see that?
 7         A.    I do.
 8         Q.    Okay.  And in the bottom email you
 9    write to Ms. Simon.  Just in the subject it says,
10    Alex, question mark, and there's no text.  Do you     02:47:14
11    see that?
12         A.    I do.
13         Q.    And then there's Simon writes back to
14    you and says -- she writes, Hadn't heard anything
15    but have a call in to Renee for an update.            02:47:23
16              Do you see that text?
17         A.    I do.
18         Q.    And then you respond:  Let me know.  I
19    haven't heard from A, which I would expect to...
20              Does this refresh your memory that         02:47:35
21    there was a period between when you found out
22    about this phone call and Ms. Poolos being fired?
23         A.    I'm surprised by it.  As I said before,
24    sometimes time is an accordion, and I must have
25    conflated the time, because I'm surprised.  I         02:48:06
```

```
                                              Page 151

  1                       Stahl
  2    don't remember this.
  3         Q.    I mean, you wrote, Alex, question mark.
  4    Do you have any memory of what you were asking
  5    there?                                    02:48:19
  6         A.    No.  But it's obvious I'm saying what's
  7    with Alex, what's happening.
  8         Q.    And at the top you say, I haven't heard
  9    from A -- is that reference to Alex?
 10         A.    Yes.                           02:48:29
 11         Q.    -- which I would expect to.
 12               Do you have any memory between January
 13    8th, 2022, and January 24th --
 14         A.    None.
 15         Q.    -- 2022, of having any discussions with  02:48:43
 16    Ms. Poolos?
 17         A.    No.  And I'm surprised -- obviously
 18    surprised by this.
 19         Q.    Do you recall if Ms. Poolos did any
 20    work for stories that she had been working on  02:48:53
 21    during this period in January?
 22         A.    My memory is she wasn't working in this
 23    period, so I dare not answer that.  I don't know.
 24         Q.    You just don't remember; correct?
 25         A.    I don't remember.                 02:49:13
```

```
                                        Page 152
 1                      Stahl
 2       Q.    Okay.  And you don't have a memory of
 3    reaching out to Ms. Poolos and saying, Hey, did
 4    you have this phone call and what did you say
 5    during this call?                          02:49:24
 6              ATTORNEY ZUCKERMAN:  Objection.
 7       A.    No, no memory of that at all.
 8       Q.    We're done with this exhibit.  You can
 9    put it to the side.
10              You mentioned earlier you recall a    02:49:45
11    phone call with Mr. Owens in which he told you
12    that Alex was being fired.  Did you have any other
13    discussions other than that phone call about Alex
14    being fired?
15       A.    Not that I remember.                02:49:58
16       Q.    I can't remember if I asked you this,
17    so if I did, I'm sorry.  But did you have any
18    input into the decision whether to fire Ms. Poolos
19    or not?
20       A.    No, no input that I remember.        02:50:10
21       Q.    And did you make any kind of
22    recommendation about whether to fire her or not?
23       A.    I did not, to the best of my memory.
24       Q.    Did anyone ever tell you who made the
25    decision to fire Alex?                       02:50:25
```

```
                                            Page 153
 1                       Stahl
 2        A.    I assume it was Bill, but I assume that
 3    because of my memory of that phone conversation.
 4        Q.    What part of that memory makes you
 5    assume that Bill made the decision?         02:50:42
 6        A.    By the way he spoke about what he found
 7    out she had done, that he -- that he told me it
 8    was unacceptable and that he would have the power
 9    to fire her as the executive producer.
10        Q.    He didn't say, I have the power?      02:51:11
11        A.    No, that's correct.
12        Q.    You're assuming that because he's in
13    the executive producer role?
14        A.    I assumed as executive producer he has
15    that authority.                               02:51:26
16        Q.    Do you recall Tanya Simon calling you
17    and telling you that the decision had been made to
18    fire Alex?
19        A.    No recollection.
20        Q.    Did you communicate with Ms. Poolos   02:51:50
21    after she was fired?
22        A.    No recollection.
23              By the way, this is hard.  It is.  It's
24    hard to remember.
25                  (Stahl Exhibit 5, emails, Bates-
```

```
                                           Page 154
 1                      Stahl
 2        stamped CBS 7905, marked for identification.)
 3        Q.    If you could read it and then I'll ask
 4   you a couple questions.
 5              ATTORNEY ZUCKERMAN:  Including the      02:52:43
 6        date, please.
 7        Q.    What's been marked as Stahl Exhibit 5
 8   is a one-page email bearing Bates number CBS 7905.
 9        A.    Yeah.  Right.  Okay.
10        Q.    Is this an email that you drafted,      02:53:02
11   intending to send it to Alex?
12        A.    Did I not send it?
13        Q.    Well, I'll ask you in a second.  But is
14   this an email that you drafted?
15        A.    Well, you know, I don't remember        02:53:16
16   specifically writing this email, but I'm not
17   surprised that I see it and accept that I did.
18        Q.    Okay.  The reason I say you intended is
19   because I think the personal email address that
20   you have here for Alex was incorrect.  It says     02:53:37
21   gmaol.com and I think it's probably supposed to be
22   gmail.com.
23        A.    Oh, right.  So she never got it?
24        Q.    I mean, I don't know the answer to that
25   question.  But this is an email -- you have no      02:53:52
```

```
                                                 Page 155

 1                          Stahl

 2    reason to disbelieve this is an email you drafted,

 3    intended for Alex?

 4         A.    Correct.

 5         Q.    And in the email, which I'll read for    02:54:01

 6    the record, you wrote, Alex:  I am so, so sorry.

 7    This is a very sad day for you, me, and our team.

 8    It goes without saying but I'll say it anyway:

 9    I'm going to miss our collaboration and our

10    friendship.  This is hard.                          02:54:19

11              I understand if you're kind of frozen

12    right now, but when you feel like it, let me know

13    how you are doing or we can just kibitz.  As that

14    great philosopher Dan Rather used to say, Courage.

15    Lesley.                                             02:54:36

16              Do you see that text?

17         A.    Uh-huh.

18         Q.    Did I read it correctly?

19         A.    Yes, you did.

20         Q.    Did you mean what you wrote there?       02:54:42

21         A.    Yes.

22         Q.    Was it an accurate reflection of your

23    feelings at the time?

24         A.    Yes.

25         Q.    What did you mean in this email when     02:54:48
```

Page 156

1                              Stahl

2       you wrote -- when you used the word

3       "collaboration" in reference to your collaboration

4       with Ms. Poolos?

5            A.    I meant that our work together,        02:54:56

6       producer to correspondent.

7            Q.    You meant to when you said you were

8       going to miss working collaboratively with

9       Ms. Poolos?

10           A.    Yes.                                    02:55:11

11           Q.    And then you wrote "and our

12      friendship."  What did you mean by "friendship"?

13           A.    As I actually said before that we were

14      friends.  I felt that way.  And I obviously felt

15      that way on February 4th, 2022.  And I did feel    02:55:27

16      sad for her.

17           Q.    The date of this email is February 4th,

18      2022.  Do you know whether that was the day or

19      around the day that Ms. Poolos was fired?

20           A.    Well, you know that I thought she'd      02:55:58

21      been fired a month before.  It does sound like

22      that's when I was told even though I obviously --

23      my memory's faulty.

24                 (Stahl Exhibit 6, emails, Bates-

25                 stamped CBS 7906 to 7907, marked for

```
                                         Page 157
 1                        Stahl

 2        identification.)

 3        Q.    Okay.  If you could take a look at

 4    what's been marked as Stahl Exhibit 6, and then

 5    I'll ask you a couple questions.              02:57:03

 6              What I'll say for the record is what's

 7    been marked as Stahl Exhibit 6 is two-page

 8    document bearing Bates numbers CBS 7906 to 7907.

 9              (Pause.)

10        A.    Right.                              02:57:34

11        Q.    So what's opinion marked as Exhibit 6

12    I'll say for the record is a series of emails

13    between you and Ms. Simon, and they're all dated

14    February 4th, 2022; correct?

15        A.    Correct.                            02:57:47

16        Q.    And in the first email in the sequence,

17    which is at the bottom of the chain, Ms. Simon

18    writes to you:  You can move Zelenskyy to Shachar,

19    and you can tell the team about Alex's departure

20    but without any details.                      02:58:04

21              Do you see that text?

22        A.    I do.

23        Q.    Did I read this correctly?

24        A.    Yes, you did.

25        Q.    Does this refresh your memory as to the  02:58:10
```

```
                                          Page 158
 1                        Stahl
 2    fact that Ms. Poolos was fired on or about
 3    February 4th, 2022?
 4         A.    I assume that's correct because --
 5         Q.    And -- I'm sorry, go ahead.          02:58:22
 6         A.    You know what my memory was.  So I'm
 7    not -- I just accept it.
 8         Q.    Okay.
 9         A.    Okay.
10         Q.    And Ms. Simon makes reference to moving  02:58:30
11    Zelenskyy to Shachar.  Do you have any
12    understanding of what that means?
13         A.    I assume that Alex was working on
14    getting me an interview with Zelenskyy and that
15    assignment would be taken over by Shachar.       02:58:47
16         Q.    Do you know whether you proposed
17    Shachar would take over that work or if somebody
18    else did?
19         A.    It would have depended on the workload
20    whether Shari was tied up with something else, who  02:59:00
21    was available.  So he must have been free at that
22    moment.
23         Q.    Above you write back:  Thanks, Tanya.
24    This is painful.
25               What was your reference to -- what was  02:59:15
```

```
                                          Page 159
 1                      Stahl
 2   painful?  What did you mean by that?
 3       A.    I felt -- I felt terrible for Alex.  I
 4   was worried about her career, worried that this
 5   was devastating to her.  I assumed all that.  I    02:59:33
 6   was feeling sad for her.
 7       Q.    When you say "this is painful," other
 8   than it being potentially painful for Ms. Poolos
 9   and you being empathetic about that, was there any
10   other intent you had using that term?             03:00:01
11       A.    To the best of my recollection, I am
12   referring to Alex here.
13       Q.    And you have no reason to doubt that
14   you genuinely felt pain or that this was painful
15   at the time you wrote this email; correct?         03:00:13
16              ATTORNEY ZUCKERMAN:  Objection.
17              You can answer.
18       A.    Why would I doubt that?  No, I don't
19   doubt that.
20       Q.    Did you ever see any of the            03:00:54
21   documentation from HR about the reason or reasons
22   for Ms. Poolos being fired?
23       A.    Not that I can remember.
24       Q.    Did you ever see any investigation
25   summary that HR put together related to the       03:01:09
```

```
                                             Page 160

 1                         Stahl

 2     complaints about Ms. Poolos?

 3          A.    No.

 4                ATTORNEY ZUCKERMAN:  Objection.

 5          Q.    Did you ever see any document drafted    03:01:20

 6     by Renee Balducci about Ms. Poolos's firing?

 7          A.    No.

 8          Q.    Did you ever see any documents from HR

 9     about Ms. Richards' complaint or complaints

10     against Ms. Poolos?                                 03:01:39

11          A.    No.

12          Q.    Did anyone ever tell you that Alex was

13     afraid that if she told you that Ms. Richards had

14     just suddenly stopped working before an important

15     interview that if she said that to you it would    03:02:07

16     negatively affect your perception of Ms. Richards?

17                ATTORNEY ZUCKERMAN:  Objection.

18          A.    No, no.

19          Q.    Do you have any knowledge as to whether

20     anyone told Alex to keep confidential              03:02:43

21     Ms. Richards' complaint about her?

22          A.    Well, I have no knowledge of that.  I

23     don't know.

24          Q.    We've talked a few times today about

25     the hostage story, the Danny Fenster story.  And I  03:03:06
```

```
                                              Page 161
 1                      Stahl
 2      think you testified earlier -- but you can correct
 3      me if I'm wrong -- that after Alex left 60 Minutes
 4      that Shari Finkelstein became the producer for
 5      that story; is that right?                    03:03:24
 6           A.    That's right.
 7           Q.    Were you part of any discussion about
 8      whether to credit Alex as a producer of that
 9      story?
10           A.    Yes, yeah.                          03:03:38
11           Q.    What discussion or discussions were you
12      part of?
13           A.    Boy, I don't remember who I spoke to
14      about it.  I'm sure it would have been Shari.  And
15      I don't know who initiated the conversation.  But  03:03:58
16      we did want to give Alex some credit, but we
17      didn't know, you know, if CB -- if our bosses
18      would agree with us.
19                 And I don't remember if Shari initiated
20      this conversation or I did or how that came about,  03:04:20
21      nor do I remember how it ended up.
22           Q.    Did you have any discussions with Tanya
23      Simon about whether to give credit to Alex as a
24      producer of that story?
25           A.    I actually don't remember the         03:04:42
```

```
                                              Page 162
 1                         Stahl
 2    conversation.  And, as I said, I don't remember
 3    whether we did or not.  But I know Shari and I
 4    wanted to and that it was discussed.  And I don't
 5    know if we went to Bill or Tanya or what happened.  03:04:56
 6         Q.    Did you participate in any discussions
 7    with HR about the issue?
 8         A.    I doubt that, no.
 9         Q.    Did Ms. Simon ever tell you whether she
10    thought Ms. Poolos should get credit?             03:05:11
11         A.    I can't remember that part of it.
12         Q.    Did Mr. Owens ever tell you his
13    thoughts on the issue?
14         A.    I can't remember.
15         Q.    Do you know if before making a decision  03:05:24
16    whether HR was consulted?
17              ATTORNEY ZUCKERMAN:  Objection.
18         A.    I have no idea.
19              (Stahl Exhibit 7, text messages, Bates-
20         stamped PL 1700, marked for identification.)  03:06:07
21         Q.    What's been marked as Stahl Exhibit 7
22    is a one-page text message thread with Bates
23    number PL 1700.
24              Let me know once you've had the chance
25    to review it.                                     03:06:42
```

```
                                    Page 163
 1                    Stahl
 2        A.    Okay.
 3        Q.    You've had a chance?
 4        A.    Yeah.
 5        Q.    Do you recognize what's been marked as   03:06:45
 6   Exhibit 7?
 7        A.    Not specifically, but it sounds like me
 8   and my feelings at the time.
 9        Q.    Does this appear to be a text exchange
10   between you and Ms. Poolos?                         03:07:00
11        A.    Yes.
12        Q.    And at the top of the document it's
13   dated February 26, 2022.  Do you see that?
14        A.    Right.
15        Q.    And on the left-hand side there are      03:07:12
16   gray -- there's text within gray bubbles, and on
17   the right-hand side there's text within blue
18   bubbles.  Do you understand that the gray bubbles
19   are you and the right-hand side is Ms. Poolos?
20        A.    Yep.                                      03:07:26
21        Q.    And it says Lesley at the top and
22   there's a phone number.  I'm not going to read the
23   phone number.  But is that your phone number?  It
24   says Lesley, and in parentheses there's a 917
25   number.                                              03:07:39
```

```
                                        Page 164
 1                     Stahl
 2      A.    Where?
 3            ATTORNEY ZUCKERMAN:  (Indicating.)
 4      A.    Oh, way at the very top.  Yes.
 5      Q.    That is your phone number?           03:07:45
 6      A.    Yes, it is.
 7      Q.    Okay.  Great.
 8            You wrote in your text to Ms. Poolos:
 9  Thinking about you a lot.  Sending ESP messages.
10  Hope you've heard that your name will appear on    03:07:57
11  the book this Sunday --
12      A.    Ah.
13      Q.    -- on the Danny Fenster story as the
14  coproducer with Shari.
15      A.    Ah.                                  03:08:07
16      Q.    Perhaps it is bittersweet, but it is
17  certainly deserved - and right.  I feel everything
18  is too raw right now.  But this does represent the
19  affection and respect everyone feels for you,
20  especially me...Lesley.                        03:08:19
21            Do you see that text?
22      A.    I do.
23      Q.    And did I read it correctly?
24      A.    Yes, you did.
25      Q.    Does this refresh your memory whether   03:08:28
```

```
                                            Page 165
 1                      Stahl
 2    or not Ms. Poolos was given credit for the
 3    hostages story?
 4         A.    Yes.
 5         Q.    And she was; right?  That's what you're  03:08:35
 6    communicating?
 7         A.    It says so.
 8         Q.    Well, what does "it will appear on the
 9    book" mean?
10         A.    When the correspondent introduces the   03:08:42
11    piece, there's a graphic that we make describing
12    the piece in some way with the title, and under
13    the title it always says who produced the piece.
14         Q.    And in the text you wrote to Ms. Poolos
15    you said, But it is certainly deserved - and       03:09:03
16    right.
17               What did you mean by "deserved"?
18         A.    That she had developed the story, that
19    she had gotten all the people I ended up
20    interviewing in line.  She's convinced them to     03:09:16
21    give us a story, she conceived of it, and
22    therefore she deserved the credit, or half the
23    credit, since Shari had finished the story.
24         Q.    And the word "and right," what did you
25    mean by that?                                      03:09:34
```

```
                                            Page 166
 1                          Stahl
 2        A.    That she deserved -- just what I'm
 3   saying:  She deserved it and therefore it's the
 4   right thing to do.
 5        Q.    And you wrote, Everyone -- well, strike  03:09:43
 6   that.
 7              You wrote, represent the affection and
 8   respect everyone feels for you, especially me.
 9              Was that an accurate description for
10   how you felt about Ms. Poolos at the time?        03:09:55
11        A.    It is.  And by "everyone" I'm talking
12   about our team.
13        Q.    Meaning the producers and associate
14   producers who report to you?
15        A.    Yeah, except for Collette.            03:10:05
16        Q.    Right.
17              ATTORNEY ZUCKERMAN:  I want to thank
18         counsel for not reading Ms. Stahl's phone
19         number into the record, and we would probably
20         designate that portion of this document as   03:10:19
21         confidential.
22              ATTORNEY IADEVAIA:  That's no problem.
23         Of course.
24        Q.    Is there a process at 60 Minutes for
25   putting up stories or segments for consideration   03:10:45
```

```
                                    Page 167
 1                      Stahl
 2    of awards?
 3         A.    Is there a process?
 4         Q.    Yes.
 5         A.    I think there are several different    03:10:52
 6    avenues.  One is that the, quote, administration,
 7    meaning Bill/Tanya, would nominate someone and pay
 8    for it.  And there's a second avenue, which is me,
 9    and I would pay for it.
10         Q.    And when you say "pay for it," what are  03:11:16
11    you paying for or what is CBS paying for?
12         A.    A lot of awards -- a lot of award
13    nominations come with a fee.  So it's the payment
14    of the fee.  In other words, we could -- I go to
15    the producers, and I would say, What of your        03:11:37
16    stories do you think should be nominated.  And
17    some are passed on to Bill and others I would just
18    do and some we don't do.
19         Q.    And some you don't do because you don't
20    think they merit an award?                          03:11:55
21         A.    Well, it would be in comparison to the
22    others.
23         Q.    The other stories?
24         A.    Yes, that we're nominating.
25         Q.    And was that the process for the Emmys   03:12:07
```

```
                                        Page 168
 1                       Stahl
 2   or is that the process for Emmys?
 3        A.    It's for all the awards, not just
 4   Emmys.
 5        Q.    And what time of year does that take    03:12:15
 6   place?
 7        A.    My recollection is that this -- the
 8   award -- there's no season.  The awards keep
 9   coming, because once we finish one -- and each
10   usually requires a paragraph explaining why it's   03:12:29
11   being nominated.  And the minute you finish with
12   the Emmys, up comes the Peabodys, and then it
13   keeps rolling through.
14        Q.    Is there someone who works at CBS named
15   Sara Kuzmarov?                                      03:12:44
16        A.    She used to work at CBS.
17        Q.    Do you know when she left?  Do you have
18   any idea?
19        A.    Well, she went from that role of taking
20   in the nominations to being an associate producer, 03:12:54
21   and she left just a couple years ago, maybe two,
22   three years ago.
23        Q.    Do you have any knowledge as to whether
24   any stories that Alex worked on in 2021, which was
25   the last full year she worked at the show, were    03:13:15
```

```
                                        Page 169
 1                     Stahl
 2    submitted for Emmy consideration?
 3        A.    No, I don't remember.
 4        Q.    Do you know if the transgender health
 5    story was considered for Emmy consideration?    03:13:29
 6        A.    I don't know.  It was so controversial
 7    that it may not have been, because it was
 8    controversial, but I don't know.  I'm just
 9    thinking that would have been.
10        Q.    Do you know if any stories were removed  03:13:45
11    from consideration that Alex had worked on because
12    Alex asserted legal claims against CBS?
13        A.    No.
14        Q.    You're not aware of that happening?
15        A.    Correct.                                03:14:03
16        Q.    We had talked a little bit before about
17    one of the producers on your team named Shachar
18    Bar-On; correct?
19        A.    Correct.
20        Q.    And he currently works as a producer on  03:14:25
21    your team for 60 Minutes?
22        A.    Correct.
23        Q.    Are you aware of any complaints made
24    against Mr. Bar-On?
25        A.    I became aware of Alex's complaint,      03:14:34
```

```
                                          Page 170
 1                        Stahl
 2    yes.
 3         Q.    Outside of Ms. Poolos and any complaint
 4    or complaints she made, are you aware of any other
 5    complaints against Mr. Bar-On?                    03:14:46
 6         A.    Never.  He's loved.
 7         Q.    And you said that you became aware of
 8    Ms. Poolos's complaint or complaints about him.
 9    When did you become aware?
10         A.    Well, after Alex became a producer --   03:15:10
11    I'm so bad with remembering dates and times and
12    things like that, so I can't even put it in
13    context when I learned about it.
14         Q.    Well, did you learn about any complaint
15    or complaints Ms. Poolos had about Shachar before   03:15:30
16    she was fired?
17         A.    No.
18         Q.    You were not aware of any complaints
19    before she was fired?
20         A.    No, correct.                             03:15:39
21         Q.    So you only learned after she was
22    fired?
23         A.    Yes.
24         Q.    And what did you learn about
25    complaints?                                         03:15:44
```

```
                                            Page 171
 1                        Stahl
 2        A.    I learned through her formal complaint.
 3   And frankly I was shocked that she would do that.
 4        Q.    She would do what?
 5        A.    She would make those allegations      03:15:58
 6   against Shachar.
 7        Q.    Why were you shocked?
 8        A.    Because I know him and I know that the
 9   things she said are not true.
10        Q.    How do you know they weren't true?     03:16:08
11        A.    Because I know his character.  I've
12   known him for 20 plus years.  I've seen him with
13   his family, I've seen him interact in the office,
14   and I would tell you if you came to the office and
15   asked anybody about him you would hear what I'm     03:16:23
16   saying from everybody.
17        Q.    Did you do any kind of investigation to
18   figure out if any of the allegations were true?
19        A.    I -- no, and I don't need to, because I
20   know his character.                                 03:16:41
21        Q.    Have you reviewed the allegations that
22   Ms. Poolos made against him in the filing -- in
23   the lawsuit she filed?
24        A.    I never read the lawsuit itself.
25        Q.    You mentioned that you became aware of   03:17:00
```

```
                                        Page 172

 1                      Stahl

 2     the allegations based on Ms. Poolos's formal

 3     complaint.  What complaint are you talking about?

 4          A.    I don't know.  I don't know.

 5          Q.    Are you aware of any internal         03:17:10

 6     investigation that CBS did into concerns that

 7     Ms. Poolos had raised about Mr. -- about Shachar?

 8          A.    Yes, there was -- yes.

 9          Q.    What are you aware of?

10          A.    What am I aware of?              03:17:23

11          Q.    Yeah.

12          A.    That it was looked into.  It was not

13     dismissed out of hand.

14          Q.    The did you say it was not dismissed

15     out of hand?                             03:17:40

16          A.    Correct.

17          Q.    Do you know who looked into it?

18          A.    No.

19          Q.    Were you interviewed as part of any

20     investigation?                           03:17:45

21          A.    I must know about it because I was

22     interviewed, but I don't remember being

23     interviewed.

24          Q.    Is there somebody at CBS named Jennifer

25     Gordon?  Do you know that person?         03:17:58
```

```
                                               Page 173
 1                        Stahl
 2        A.    No.
 3        Q.    Were you interviewed by somebody in
 4   employee relations about Ms. Poolos's complaint or
 5   complaints about Shachar?                    03:18:06
 6        A.    I can't remember who interviewed me,
 7   and I can't remember the interview; but I know
 8   that it was looked into.  But I can't remember the
 9   meeting with me, nor does the name Jennifer Gordon
10   ring a bell.                                 03:18:30
11        Q.    Are you aware that Ms. Poolos in 2017
12   had spoken to Alison Pepper about a concern she
13   had related to Shachar?
14             ATTORNEY ZUCKERMAN:  Objection.
15        A.    No.                               03:18:44
16        Q.    Did someone use to work at 60 Minutes
17   named Alison Pepper?
18        A.    Yes.
19        Q.    And what was her job?
20        A.    She was Jeff Fager's assistant, but she 03:18:56
21   had a title that wasn't assistant.  But she
22   basically was his assistant.
23        Q.    And do you know whether Ms. Poolos
24   spoke to Bill Owens in 2017 about concerns she had
25   related to Shachar?                          03:19:17
```

```
                                          Page 174
 1                          Stahl
 2        A.    No.
 3        Q.    Not aware of that?
 4        A.    Not aware of that.
 5        Q.    And are you aware that Bill Owens told   03:19:25
 6   Ms. Poolos that if she wanted to stop working with
 7   Shachar that she would have to leave your team?
 8        A.    I don't know anything about this at
 9   all.
10        Q.    Are you aware of notes that Ms. Poolos   03:19:44
11   took in 2016 and 2017 about interactions that she
12   had with Shachar that were concerning to her?
13              ATTORNEY ZUCKERMAN:  Objection.
14        A.    Unaware.
15        Q.    How come you're willing to believe that  03:20:04
16   Ms. Poolos had the phone call that she supposedly
17   had and said the things that she supposedly did
18   but not believe allegations against Shachar?
19              ATTORNEY ZUCKERMAN:  Objection.
20        A.    Because Bill Owens, when he told me      03:20:23
21   about the phone call, said that he had spoken to
22   the man who Alex called and that the man had taken
23   notes.
24        Q.    Any other reason?
25        A.    No.                                      03:20:53
```

```
                                          Page 175

 1                        Stahl
 2        Q.    You testified earlier about an instance
 3   where Shachar had yelled at you, but have you ever
 4   observed Shachar yelling at any other CBS
 5   employee?                                      03:21:19
 6        A.    Not that I can recall.
 7        Q.    Did you ever hear --
 8        A.    I've heard him yell when we go to
 9   Israel.  He turns -- has a different personality
10   in Israel.                                     03:21:33
11        Q.    In what way?
12        A.    He's much more effusive, as if it's
13   part of the national character, almost.
14             ATTORNEY ZUCKERMAN:  It is.
15             THE WITNESS:  It is, definitely.  But   03:21:46
16        he's not that way in New York.  He's just that
17        way in Israel.
18        Q.    Did you ever hear him yell at Alex?
19        A.    No.
20             ATTORNEY IADEVAIA:  I probably have 30   03:22:18
21        minutes left.  Do you want to take a break and
22        then we can finish and be done before the next
23        witness?
24             ATTORNEY ZUCKERMAN:  Sure.  We
25        appreciate that.  Thank you.               03:22:26
```

```
                                        Page 176

 1                        Stahl

 2              THE VIDEOGRAPHER:  This is the end of

 3        media number 5.  We're going off the record,

 4        and the time is 3:32 p.m.

 5              (Recess taken from 3:32 to 3:43.)      03:43:23

 6              THE VIDEOGRAPHER:  This is the

 7        beginning of media number 6.  We're going on

 8        the record, and the time is 3:43 p.m.

 9        Q.    Ms. Stahl, is there someone who works

10   at 60 Minutes named Matt Richmond?              03:44:03

11        A.    Yes.

12        Q.    And what's his job?

13        A.    He is -- he oversees the tape editors.

14        Q.    And do you know who he reports to?

15   Does he report to Mr. Owens, to your knowledge?  03:44:18

16        A.    I believe he does.

17        Q.    And has he worked at -- for 60 Minutes

18   for a number of years?

19        A.    Yes.

20        Q.    Are you aware of any concerns or        03:44:26

21   complaints about Mr. Richmond?

22              ATTORNEY ZUCKERMAN:  Objection.

23              You can answer.

24        A.    Well, yeah, I mean, when he -- when we

25   request an editor and we don't get that editor,  03:44:44
```

```
                                                Page 177
 1                          Stahl
 2    there are many complaints up and down the line,
 3    meaning, you know, my team:  producer, associate
 4    producer, me.  But that's about it.
 5         Q.    Are you aware of any concerns raised     03:45:01
 6    about his manner?
 7               ATTORNEY ZUCKERMAN:  Objection.
 8         A.    No.
 9         Q.    Are you aware of any concerns that have
10    been raised about how he speaks to producers?       03:45:09
11         A.    I've heard some grousing, yeah.
12         Q.    What have you heard?
13         A.    That he's -- that he's difficult.  I
14    haven't heard any specifics that I can recall but
15    just a general sense, that he's difficult to deal   03:45:34
16    with.
17         Q.    Has anyone ever told you that he's
18    condescending?
19         A.    Not specifically.
20         Q.    Has anyone ever described his           03:45:44
21    communications as abusive?
22         A.    Not -- no.
23         Q.    Has Shari Finkelstein ever raised
24    concerns to you about Mr. Richmond and his
25    interactions with her?                             03:45:59
```

```
                                              Page 178
 1                      Stahl
 2        A.    They may -- they have had conversations
 3    about him taking editors away from her in the
 4    middle of her working on stories.  Again, I don't
 5    know the specifics, but I do know there has been   03:46:25
 6    tension there.
 7        Q.    You say "they."  Who is the "they" you
 8    meant?
 9        A.    What did I say?
10             ATTORNEY IADEVAIA:  Could we read back   03:46:32
11        the witness's answer, please.
12             (Record read as follows:  They may --
13        they have had conversations about him taking
14        editors away...)
15        A.    Didn't I mean Shari and he?             03:46:48
16        Q.    I don't know.  I'm not sure.
17             ATTORNEY IADEVAIA:  Maybe read back the
18        question too, please.
19             (Record read as follows:  Has Shari
20        Finkelstein ever raised concerns to you about
21        Mr. Richmond and his interactions with her?
22        Answer:  They may -- they have had
23        conversations about him taking editors away
24        from her in the middle of her working on
25        stories.)                                     03:47:10
```

```
                                              Page 179
  1                        Stahl
  2        A.    Yeah, that's Shari and Matt, yeah.
  3        Q.    Have you ever raised concerns about
  4   Mr. Richmond's manner?
  5        A.    No.                                  03:47:20
  6        Q.    Have you ever raised concerns about
  7   Mr. Richmond's way of speaking to you?
  8        A.    No.
  9        Q.    Has Tanya Simon ever told you about
 10   concerns raised related to Mr. Richmond?       03:47:30
 11        A.    Not that I remember.
 12        Q.    Are you aware of a Zoom involving
 13   multiple producers speaking to Tanya Simon about
 14   concerns they had related to Mr. Richmond?
 15        A.    No.  I'm the last to know all this good  03:47:47
 16   juicy stuff.
 17        Q.    And are you aware of a concern or
 18   complaint that Ms. Finkelstein raised that
 19   Mr. Richmond told editors they didn't have to work
 20   with her?                                      03:48:12
 21        A.    Ooh, no.
 22        Q.    Okay.  Is there somebody who works at
 23   60 Minutes named David Levine?
 24        A.    I don't know David Levine.
 25        Q.    You don't know that person at all?   03:48:25
```

Page 180

1                          Stahl

2       A.    No.

3       Q.    Is there someone who works at 60

4  Minutes named Will Croxton?

5       A.    I don't know him either.          03:48:37

6       Q.    We had spoken earlier about Michael

7  Radutzky, and briefly you had some memory of a

8  complaint by Ms. ██████ involving Mr. Radutzky;

9  correct?

10      A.    Yes, correct.                      03:49:02

11      Q.    Did anyone ever tell you that

12  Ms. ██████ alleged that she -- when she talked to

13  Jeff Fager about Radutzky's conduct against her

14  that Mr. Fager told ██████ to apologize to

15  Radutzky?                                     03:49:22

16      A.    I hate to say I may have known that,

17  but it feels like it's not the first time I heard

18  that.  I can't recall any specific conversation,

19  although I think I knew that somehow, or heard it.

20            There's a lot of gossip that goes -- or  03:49:47

21  used to when you went to the office so...

22      Q.    Was there a producer who worked at 60

23  Minutes named Ira Rosen?

24      A.    Yes.

25      Q.    Does he work for 60 Minutes anymore?  03:50:01

```
                                           Page 181
 1                    Stahl
 2       A.    No.
 3       Q.    Do you know when he left?
 4       A.    No.  Five years ago?  I don't know.
 5       Q.    And do you know why he left?  What led   03:50:10
 6   him to leave?
 7       A.    I know that there were allegations of
 8   some kind of misconduct.  I'm not going to know
 9   the absolute details.  And, frankly, I'm assuming
10   that's why he left.                                03:50:28
11       Q.    Did anyone tell you that's why he left?
12       A.    I can't remember that, but I'm
13   virtually certain that's why.
14       Q.    And do you know if he was offered
15   severance when he left?                            03:50:42
16       A.    I have no idea.
17       Q.    And what were your understanding of the
18   allegations of misconduct against Mr. Rosen?
19       A.    I don't know the specifics.  I think
20   there was an associate producer who made a charge  03:50:58
21   of sexual harassment, I think.  I hate to say
22   these things on the record like this.  But I do
23   believe that's the case, that there was a woman,
24   young woman.
25       Q.    Was that person Habib  █████████         03:51:18
```

```
                                            Page 182
 1                     Stahl
 2      A.    Yes, it is.
 3      Q.    What was her job?
 4      A.    She was his associate producer.
 5      Q.    Outside of any concerns or complaints    03:51:29
 6  that Ms. ████████ made about Mr. Rosen, are you
 7  aware of any other allegations against him?
 8      A.    No.
 9      Q.    Are you aware of any concern -- strike
10  that.
11            Did you know an associate producer at
12  60 Minutes named ███████  ████████
13      A.    Yes, but I don't know her very well, or
14  didn't know her very well.
15      Q.    Are you aware of any complaints or       03:51:52
16  concerns she raised about Mr. Rosen?
17      A.    No.
18      Q.    And do you know the time period that
19  lapsed between when Ms. ████████ made her
20  complaints about Mr. Rosen and when he left the    03:52:10
21  show?  Do you know how much time passed?
22      A.    No.
23      Q.    Did someone tell you that -- the reason
24  or reasons why Mr. Rosen left the show?
25      A.    I can't remember.  In my brain it's an   03:52:31
```

```
                                              Page 183
 1                    Stahl
 2    assumption.
 3        Q.    You don't recall having a discussion
 4    with Mr. Owens about it?
 5        A.    Oh, no, I don't.                03:52:37
 6        Q.    Okay.  You don't recall a discussion
 7    with anybody specifically?
 8        A.    Right.
 9        Q.    We talked earlier about Michael
10    Gavshon.  Are you aware of any complaints or   03:52:56
11    concerns about Mr. Gavshon during his employment
12    at 60 Minutes?
13        A.    I'm aware that there were allegations
14    made.  I don't know by whom.  I barely know
15    Michael.                                  03:53:14
16        Q.    What understanding do you have about
17    the allegations that were made against him?
18        A.    I have no understanding.  I just know
19    that there were allegations.  And, frankly, I
20    don't even know what the outcome was.     03:53:29
21        Q.    Do you know an AP who worked for 60
22    Minutes named ███████    ██████
23        A.    I've heard the name, but I do not know
24    her, him, ████████    No, I don't know.
25        Q.    Do you know that she is an individual  03:53:48
```

```
                                                Page 184
 1                         Stahl
 2    who raised concerns about Mr. Gavshon?
 3              ATTORNEY ZUCKERMAN:  Objection.
 4        A.   I don't know her, and I don't know any
 5    specifics about that case.                    03:53:57
 6        Q.   Do you know that Ms. ███████ filed a
 7    lawsuit against CBS in connection with her
 8    allegations of mistreatment by Mr. Gavshon?
 9              ATTORNEY ZUCKERMAN:  Objection.
10        A.   I heard there was a lawsuit, yeah.    03:54:09
11        Q.   Did you read the lawsuit?
12        A.   No.
13        Q.   Did you have discussion about the
14    lawsuit with anyone?
15        A.   No, no.                               03:54:15
16        Q.   Are you aware that Ms. ██████ made an
17    allegation that Mr. Gavshon sent her a picture of
18    him where his genitals are visible?
19              ATTORNEY ZUCKERMAN:  Objection.
20        A.   I did hear that.                      03:54:28
21        Q.   What did you hear about that?
22        A.   Just what you said.
23        Q.   And where did you hear about it from?
24        A.   In the air at 60 Minutes.
25        Q.   Were you aware of it at the time of the  03:54:37
```

```
                                                    Page 185
 1                        Stahl
 2      lawsuit?
 3              ATTORNEY ZUCKERMAN:  Objection.
 4         A.    I actually don't know.
 5         Q.    Do you know if Ms. ████████ made an      03:54:46
 6      allegation related to Mr. Gavshon consuming
 7      alcohol and affecting his ability to do his job?
 8         A.    No.
 9         Q.    Do you ever see a photo of Mr. Gavshon
10      being passed out in his office in connection with  03:55:06
11      Ms. ████████    concerns?
12         A.    No.
13         Q.    Did you ever have a discussion with
14      Ms. Poolos about the allegations against
15      Mr. Gavshon?                                       03:55:21
16         A.    I don't remember that, no.
17         Q.    Do you know if you said or do you
18      recall saying to Ms. Poolos about the photo
19      showing Mr. Gavshon passed out in his office that
20      you said something to the effect of he could have  03:55:39
21      been sleeping?
22              ATTORNEY ZUCKERMAN:  Objection.
23         A.    I have no recollection.
24         Q.    Were you involved in any investigation
25      that CBS conducted in connection with allegations  03:55:53
```

```
                                          Page 186
 1                      Stahl
 2     against Mr. Gavshon?
 3          A.    No.
 4          Q.    Were you interviewed?
 5          A.    No.                        03:55:57
 6          Q.    Do you know if Ms. ████    made
 7     complaints about retaliation in connection with
 8     Mr. Gavshon?
 9          A.    No idea.  No, I don't know anything
10     about it.                             03:56:08
11          Q.    Did you ever have a discussion with
12     Ms. Poolos in which you said that Ms. ████  was
13     fabricating allegations against Mr. Gavshon to get
14     money?
15          A.    Ooh.  I have no recollection of that at 03:56:21
16     all.
17          Q.    Or any words to that effect?
18          A.    No, I have no recollection.  It doesn't
19     sound like me.
20          Q.    Did you ever say to Ms. Poolos that you 03:56:31
21     did not believe that Mr. Gavshon had done anything
22     wrong?
23          A.    No.
24          Q.    Did you ever say that to Ms. Poolos,
25     that ████    ████    was trying to destroy  03:56:45
```

```
                                              Page 187
 1                      Stahl
 2    Mr. Gavshon's career?
 3         A.    I don't think I said any of those
 4    things.
 5         Q.    You mentioned someone named Rich Bonin   03:57:03
 6    earlier today.
 7         A.    Yes.
 8         Q.    He's a producer on your team; correct?
 9         A.    Correct.
10         Q.    And he's currently working for CBS --   03:57:10
11    for 60 Minutes?
12         A.    Yes.  He's still on my team.
13         Q.    Are you aware of any complaints or
14    concerns about Mr. Bonin?
15         A.    No.                                      03:57:20
16               ATTORNEY ZUCKERMAN:  Objection.
17         Q.    Was there anyone who ever worked on
18    your team named Cassie Feldman, Casey Feldman,
19    Cassie Feldman?
20         A.    Worked on my team?                       03:57:31
21         Q.    Strike that.
22               Are you aware of anyone named Cassie
23    Feldman that worked at 60 Minutes?
24         A.    I've heard the name, but I don't think
25    I know her.                                         03:57:41
```

```
                                         Page 188
 1                       Stahl
 2       Q.    Are you aware of any concerns or
 3   complaints Ms. Feldman made about Rich?
 4       A.    No.
 5       Q.    Aware of any concerns or complaints    03:57:52
 6   that Habib made about Rich?
 7       A.    No.
 8       Q.    Are you aware of any gender -- strike
 9   that.
10             Are you aware of any complaints against  03:58:13
11   Mr. Owens related to his conduct?
12             ATTORNEY ZUCKERMAN:  Objection.
13       A.    I have a vague, foggy, ghost-like
14   memory of something, but I can't remember any
15   specifics.                                        03:58:39
16       Q.    Do you recall what the nature of the
17   allegations were?
18       A.    No.
19       Q.    Are you aware of any allegations of
20   sexual harassment by Mr. Owens?                   03:58:46
21       A.    No.  I can't -- I don't -- I don't
22   know.
23       Q.    Are you aware of any retaliation
24   complaints against Mr. Owens?
25             ATTORNEY ZUCKERMAN:  Objection.         03:59:00
```

```
                                               Page 189
 1                        Stahl
 2        A.    No.
 3        Q.    Going back just briefly to Ms. Richards
 4   and her concerns about Ms. Poolos, specifically
 5   the phone call that Ms. Poolos had with the        03:59:56
 6   person -- the man from CNN.
 7        A.    Uh-huh.
 8        Q.    Did anyone ever tell you that Collette
 9   described herself as friends with the man from
10   CNN?                                               04:00:13
11        A.    No, I never knew what their
12   relationship was.
13        Q.    And did anyone ever tell you that
14   Collette had been communicating with the man from
15   CNN for several months before Alex's call to him   04:00:29
16   regarding Collette's complaints about Alex?
17              ATTORNEY ZUCKERMAN:  Objection.
18        A.    Never knew anything about that.
19        Q.    Did anyone ever tell you that Collette
20   knew that Alex had reached out to the CNN guy      04:01:01
21   before she had the phone call with him?
22              ATTORNEY ZUCKERMAN:  Objection.
23        A.    That Alex had reached out to the man
24   before the --
25        Q.    Phone call.                             04:01:18
```

```
                                          Page 190
 1                        Stahl
 2        A.    -- phone call?  No.
 3        Q.    Did you know that Collette knew that
 4   Alex had reached out to him before the call?
 5        A.    No.                              04:01:25
 6              ATTORNEY ZUCKERMAN:  Objection.
 7              (Stahl Exhibit 8, emails, Bates-
 8        stamped CBS 7949, marked for identification.)
 9        Q.    What's been marked as Stahl Exhibit 8
10   is a one-page email exchange bearing Bates number  04:02:07
11   CBS 7949.
12              Ms. Stahl, let me know once you have
13   had a chance to review the email.
14        A.    I've reviewed it.
15        Q.    This is an email exchange between you  04:02:26
16   and Mr. Bonin dated October 11, 2023; correct?
17        A.    Correct.
18        Q.    And in the bottom email Mr. Bonin is
19   sending to you a link to an article; is that
20   correct?                                     04:02:44
21        A.    Yes.
22        Q.    And the subject is Alex Poolos's
23   lawsuit; right?
24        A.    Correct.
25        Q.    So is it your memory or understanding  04:02:48
```

```
                                              Page 191
 1                        Stahl
 2    that he was sending you a link to an article about
 3    the lawsuit that Ms. Poolos filed in this case?
 4         A.    Yes.
 5         Q.    And did you read the article that was    04:03:01
 6    sent to you by Mr. Bonin?
 7         A.    I already read it.
 8         Q.    You had already read it previously?
 9         A.    Yes.
10         Q.    At this time did you read Ms. Poolos's   04:03:11
11    lawsuit?
12         A.    I read the article.
13         Q.    Just the article.  You didn't actually
14    read the filing?
15         A.    Correct.                                 04:03:20
16         Q.    Yesterday when you did prep with your
17    lawyers, did you review this email as part of the
18    prep?
19         A.    No.
20         Q.    In the top email from you to Mr. Bonin   04:03:33
21    you wrote, OMG --
22               Does that meaning oh, my God?
23         A.    Yes.
24         Q.    -- I'm in Israel with Shachar.  This is
25    so unjust and ugly.  I am heartsick.               04:03:42
```

```
                                          Page 192

  1                      Stahl

  2          Did I read that correctly?

  3     A.    Yes.

  4     Q.    What did you mean by "unjust"?

  5     A.    That the allegations in my opinion were   04:03:50

  6  untrue, unfair.  He was in Israel with me, and his

  7  family, his boys, teenage boys and his wife were

  8  home.  It was defamatory, in my view; and I liked

  9  Shachar very much, and this was wounding.

 10     Q.    And did you believe that the              04:04:30

 11  allegations were unjust beyond those that related

 12  to Shachar or was your focus the allegations

 13  against Shachar?

 14          ATTORNEY ZUCKERMAN:  Objection.

 15     A.    I was in this email talking about          04:04:47

 16  Shachar, although there were things that were said

 17  about me that I wasn't thrilled with.  But here

 18  I'm talking about Shachar.

 19     Q.    The allegations against Shachar that

 20  you're saying are defamatory and untrue, what's   04:05:06

 21  your basis for saying those things?

 22     A.    My deep knowledge of this man, his

 23  character, his behavior that I have observed over

 24  more than 20 years.

 25     Q.    Any other grounds or basis to say         04:05:29
```

```
                                        Page 193
 1                          Stahl
 2    they're untrue?
 3         A.    No.
 4         Q.    So because you didn't read the lawsuit,
 5    you were referring to the allegations that were in   04:05:38
 6    the article or other allegations?
 7         A.    Just the article.
 8         Q.    Did you ever ask Shachar if any of the
 9    allegations that Alex had made against him were
10    true or not true?                                     04:06:01
11         A.    Well, he had known about the -- I
12    believe he had known about the lawsuit, and we had
13    talked about the lawsuit before I actually saw the
14    article.  I never saw the specifics until this
15    day.  So I knew that she had made allegations         04:06:23
16    against him.  I'd known about that for a while.
17         Q.    When you said you talked to Shachar,
18    did you talk to him about the allegations that she
19    had made?
20         A.    Before -- yeah.  We didn't have to talk    04:06:44
21    about this because we had already discussed this
22    whole lawsuit situation and some of the
23    allegations.
24         Q.    You had spoken directly to Shachar
25    about them?                                           04:06:56
```

```
                                              Page 194
 1                         Stahl
 2         A.    Yes.
 3         Q.    Tell me about the discussion or
 4   discussions you had.
 5         A.    I'm sorry, I can't remember any          04:06:59
 6   specifics.
 7         Q.    During those discussions did you --
 8         A.    There were more than one, and I can't
 9   remember specifics, just that I was filled with a
10   sense of outrage.                                    04:07:17
11         Q.    And just to be clear, what were you
12   outraged about?
13         A.    That Alex would do such a thing.
14         Q.    In the -- I know you don't remember
15   much about the discussion or discussions you had     04:07:36
16   with Shachar about the allegations, but did
17   Shachar tell you whether they were true or not
18   true?
19         A.    I don't recall if he -- I can't recall
20   any specific conversations.  But the gist was they   04:07:55
21   were untrue.
22               (Stahl Exhibit 9, emails, Bates-
23         stamped CBS 7950, marked for identification.)
24         Q.    If you could read the chain, please.
25   What's been marked as Stahl Exhibit 9 is a           04:08:43
```

```
                                          Page 195
 1                          Stahl
 2     one-page email chain between Ms. Stahl and
 3     Mr. Bonin bearing Bates number CBS 7950.
 4               You've had a chance to review the
 5     document?  Okay.  And just for the record, what's    04:09:17
 6     been marked as Exhibit 9, this is a continuation
 7     of what we just looked at in Exhibit 8; correct?
 8          A.    Yes.
 9          Q.    So let's focus on the more recent
10     email, since we just went through the earlier       04:09:30
11     ones.
12               In Mr. Bonin's email to you on October
13     11th, 2023, at 7:03 a.m., he wrote, I just read
14     the lawsuit.  She's very tough on many, many
15     people, naming names, including Shachar, who she    04:09:47
16     accuses of abusive behavior and sexual harassment.
17               And you write back on the same day a
18     little later saying, I saw that.  I knew about her
19     allegation but never thought she'd actually
20     formally make the accusations in such lurid and     04:10:04
21     unjust details, and the charges against Collette
22     are equally outrageous.
23               Do you see that?  Did I read it
24     correctly?
25          A.    You did.                                 04:10:19
```

```
                                                    Page 196
 1                           Stahl
 2        Q.    Just focusing on your response to
 3   Mr. Bonin just one more time, does this affect at
 4   all your answer as to whether you read the lawsuit
 5   that Ms. Poolos filed?                          04:10:27
 6        A.    I see that, but I think I'm referring
 7   to conversations with Shachar.  I never read the
 8   lawsuit.
 9        Q.    Okay.  Where you wrote, I knew about
10   her allegations, what did you mean by that?      04:10:39
11        A.    I'm assuming I'm talking about
12   conversations with Shachar.
13        Q.    Anything else?
14        A.    In my memory, the only way I knew about
15   the specifics of the lawsuit were conversations   04:10:57
16   with Shachar.
17        Q.    You wrote, but never thought she'd
18   actually formally make the accusations in such
19   lurid and unjust details.
20              What did you mean by "lurid and unjust  04:11:12
21   details"?
22        A.    Have you read the lawsuit?
23        Q.    Have I read it?  I've read it.
24        A.    Then you know what I'm talking about.
25        Q.    I would just appreciate what you meant  04:11:22
```

```
                                        Page 197
 1                      Stahl
 2   by it.  That's all.
 3        A.    I think that her accusations against
 4   his behavior are untrue and salacious and
 5   unnecessary, unkind, why would she do this.        04:11:42
 6        Q.    Do you think one possibility about why
 7   she would do this is because the allegations are
 8   true?
 9        A.    No.
10             ATTORNEY ZUCKERMAN:  Objection.         04:12:04
11        Q.    You base that on the fact you know
12   Shachar and you've known him a long time and he's
13   more or less said these are not true?
14             ATTORNEY ZUCKERMAN:  Objection.
15        A.    Correct.                               04:12:12
16        Q.    And then you wrote, And the charges
17   against Collette are equally outrageous.
18             What did you mean by that?
19        A.    Well, by the time I wrote this email, I
20   had gotten to know Collette very well as an       04:12:22
21   associate producer with Shari, and she is
22   diligent, she is hardworking, she is industrious,
23   she is delightful.  I've never heard her complain
24   about a thing.  Shari says the same things.
25             So I don't know how she could be two    04:12:47
```

```
                                          Page 198
 1                          Stahl
 2    different people like that, but I'm telling you
 3    based on my relationship with her, which I hadn't
 4    had, by the way, back when Alex made her charges.
 5    Based on my knowledge of Collette, she's          04:13:05
 6    everything Alex -- she's nothing like the person
 7    Alex described.
 8         Q.    You worked with Alex for ten years;
 9    correct?
10         A.    Correct.                                04:13:26
11         Q.    Do you think that Alex is the person
12    that Collette described?
13         A.    Let me say that I had great affection
14    for Alex for a long time beyond the fact that I
15    liked working with her, person to person.  But now  04:13:50
16    I think differently of her, and I see a side of
17    her that she had never shown me before in the way
18    she describes people.
19         Q.    And you're talking about how she
20    describes them in the lawsuit?                     04:14:17
21         A.    Uh-huh.
22         Q.    Are you talking about how she describes
23    them in any other context?
24         A.    Well, I haven't talked to her in all
25    these years, so I don't know what she's saying     04:14:23
```

```
                                        Page 199
 1                    Stahl
 2    these days.
 3         Q.    But the comment you made when you said
 4    how she describes people, you're referring
 5    specifically to the lawsuit; correct?            04:14:31
 6         A.    I am.  Oh, and I'm also now referring
 7    back to the things she said about Collette.
 8         Q.    Does it surprise you that Collette --
 9    Ms. Richards secretly recorded a number of
10    discussions with Ms. Poolos?                     04:15:01
11              ATTORNEY ZUCKERMAN:  Objection.
12         A.    I didn't know anything about that till
13    you mentioned it.  But if she felt that Alex was
14    abusing her, perhaps she wanted to have a record.
15         Q.    Do you know if she disclosed -- well,  04:15:27
16    strike that.
17              What if I told you she didn't disclose
18    to HR that she had made those recordings?
19              ATTORNEY ZUCKERMAN:  Objection.
20         Q.    Does that affect your view at all?     04:15:36
21         A.    No.
22         Q.    What about the fact that she secretly
23    recorded a conversation she had with HR, what do
24    you think about that?
25         A.    I would like to find out why she did   04:15:50
```

```
                                         Page 200

 1                        Stahl

 2    that.  I'm inclined to give Collette the benefit

 3    of the doubt because now I know her very well.

 4    But I can't speculate.

 5         Q.    Before I show you this last document or  04:16:31

 6    ask you questions about it, you've testified today

 7    about conversations you had with Bill Owens, with

 8    HR regarding Ms. Richards' complaints against

 9    Ms. Poolos.  Generally that's correct; right?

10         A.    That's correct.                          04:16:51

11         Q.    Are there any discussions that you had

12    concerning Ms. Richards' complaints against

13    Ms. Poolos that you have not already testified to

14    that you recall?

15         A.    No.                                      04:17:06

16         Q.    And just to be a little more specific,

17    you testified about a discussion you had with

18    Mr. Owens when you learned that CBS was firing

19    Ms. Poolos; correct?

20         A.    Correct.                                 04:17:16

21         Q.    Are there any other discussions that

22    you had with CBS firing Ms. Poolos beyond that one

23    you've already testified to?

24         A.    Boy.  Well, I don't -- I can't -- I

25    can't bring up anything specific, but I'm kind of  04:17:40
```

```
                                        Page 201
 1                      Stahl
 2    thinking I must have had conversations.  But I
 3    can't remember anything specifically.
 4         Q.    I'm sorry, I didn't mean to cut you
 5    off.                                         04:17:55
 6         A.    I can't remember anything specifically.
 7         Q.    Do you remember who you discussed
 8    things with, even if --
 9         A.    Oh, I thought you asked me about Bill.
10         Q.    All right.  Let's start with Bill.    04:18:03
11         A.    I'm assuming I had other conversations
12    with Bill, but I can't remember any specific
13    conversation or topics.
14         Q.    Okay.  Outside of the one discussion
15    you've testified about with Mr. Owens and        04:18:22
16    potentially others but you can't remember, did you
17    have discussions with anybody else at 60
18    Minutes --
19         A.    Right.
20         Q.    -- related to Ms. Poolos's firing?     04:18:30
21         A.    Right.  Now, I do remember telling my
22    team, the rest of the team, that she was leaving
23    and I couldn't discuss it.  I wasn't going to -- I
24    wasn't going to talk about it.
25         Q.    And when you say your team, you're      04:18:54
```

```
                                        Page 202
 1                        Stahl
 2    talking about the producers and associate
 3    producers on your team?
 4         A.    Yes.
 5         Q.    At the time of Ms. Poolos's firing?    04:19:01
 6         A.    Correct.
 7         Q.    After notifying them that Ms. Poolos
 8    was leaving, did you have any discussions with any
 9    of those team members about her leaving?
10         A.    I don't know if I did over time, but in  04:19:17
11    the immediate aftermath, I didn't talk about it
12    with anybody; well, let me add that I recall.  I
13    want to make sure I'm telling you to the best of
14    my memory.  You're going to pull up an email where
15    I say everything.                              04:19:42
16         Q.    I'm not.  I'm not.  I'm not.
17               You know what, I'm going to mark this
18    as just ask you to take a look and see if you've
19    ever seen it before.
20               ATTORNEY IADEVAIA:  If we can mark this  04:19:56
21         as Exhibit 10, please.
22               (Stahl Exhibit 10, amended complaint,
23         marked for identification.)
24         A.    Oh, is this the lawsuit?
25         Q.    Yeah.                              04:20:12
```

Page 203

                              Stahl

1
2       A.    I've never seen it before.

3       Q.    Never read the lawsuit?

4       A.    No, I've never seen it.

5       Q.    Let me do this for the record:  What's    04:20:18

6  been marked as Exhibit 10 is the amended complaint

7  that was filed in this lawsuit by Ms. Poolos.

8              And so my question to you, Ms. Stahl,

9  is whether you've seen what's been marked as

10  Exhibit 10 ever before today.                        04:20:33

11      A.    I have never seen it before.

12      Q.    I'm going to ask you to take a look

13  just at three or four paragraphs.  If you could

14  look at page 36.

15      A.    Okay.                                       04:21:15

16      Q.    And paragraph 209.  So this is the

17  section that describes Ms. Poolos's allegations

18  against Shachar.  And I'm asking you to take a

19  look at 209 in particular.

20              (Pause.)                                  04:21:35

21      Q.    Okay.  Were you aware of this

22  allegation -- well, did you have a chance to

23  review it?

24      A.    I did.

25      Q.    Were you aware of this allegation      04:21:40

```
                                            Page 204
 1                        Stahl
 2    before you just read it in the document?
 3         A.    No, but it looks to me like Shachar --
 4    that he lost his temper in some way and he
 5    apologized.                                04:21:53
 6         Q.    Okay.  Do you have any reason to not
 7    believe that Ms. Poolos's is accurately
 8    characterizing an email she received from Shachar?
 9         A.    It sounds like him, so I have no reason
10    not to believe this.                       04:22:08
11         Q.    And if you could take a look at
12    paragraph 217.  This is an allegation that
13    Ms. Poolos makes about a comment that Shachar made
14    about you.
15         A.    Yes.                            04:22:33
16         Q.    Once you have a chance to review it --
17         A.    I reviewed it.
18         Q.    Before today were you aware of that
19    allegation?
20         A.    I read part of it in the New York Post,  04:22:41
21    not the last part.
22         Q.    Did you ever have a discussion with
23    Mr. -- with Shachar about whether this allegation
24    was true or not true?
25         A.    No.                             04:22:57
```

```
                                              Page 205
 1                        Stahl
 2        Q.    And do you know whether he made the
 3   comments that Ms. Poolos alleges in paragraph 217?
 4        A.    I don't know.
 5        Q.    Then if we could go to the next page,    04:23:14
 6   paragraph 218.  Please take a look and then let me
 7   know once you have.  And actually if you could
 8   look at 218 and 219, that'd be great.
 9             (Pause.)
10        Q.    Okay.  In paragraph 218 Ms. Poolos      04:23:46
11   alleges that Shachar talks about watching
12   pornography on his work computer, to Ms. Poolos
13   and on one occasion in front of another employee.
14             Do you see that allegation in 218?
15        A.    I see it.                               04:24:04
16        Q.    Were you aware of that allegation
17   before looking at it today?
18        A.    No.
19        Q.    Have you ever discussed the allegation
20   with Shachar?                                      04:24:10
21        A.    No.
22        Q.    And then in 219 Ms. Poolos makes an
23   allegation regarding Shachar buying pornography
24   and looking at it on his work computer and then
25   being nervous because you asked to use his laptop  04:24:27
```

```
                                        Page 206
 1                        Stahl
 2    at the airport.
 3            Do you see those allegations?
 4        A.    (Nods head.)
 5        Q.    Had you been aware of those allegations  04:24:36
 6    before today?
 7        A.    No.
 8        Q.    Had you ever talked to Shachar about
 9    those allegations?
10        A.    No.                                    04:24:43
11        Q.    And then if you could read 220, please.
12            (Pause.)
13        Q.    Let me know once you've reviewed.
14        A.    I've reviewed.
15        Q.    Were you aware of Ms. Poolos's         04:25:13
16    allegations reflected in 220 -- paragraph 220 of
17    Exhibit 10 before today?
18        A.    No, and she never told me she was
19    pregnant.
20        Q.    Have you ever had a discussion with     04:25:25
21    Shachar about the allegations in 220?
22        A.    No, I didn't know about the
23    allegations.
24        Q.    Do you have any reason to not believe
25    the truth of what Ms. Poolos says in paragraph    04:25:35
```

```
                                                    Page 207
 1                          Stahl
 2      220?
 3              ATTORNEY ZUCKERMAN:  Objection.
 4      A.    I don't buy most of what's in here, so
 5      as I read I either think why would she do this,    04:25:51
 6      such small, little, mean allegations.  So I feel
 7      that way about all her allegations.
 8      Q.    I assume, because you didn't ever know
 9      about the allegations in 220, you haven't done any
10      kind of inquiry or investigation to figure out if    04:26:17
11      they're true or not true; correct?
12      A.    Correct.
13      Q.    Are you aware in the lawsuit Ms. Poolos
14      alleges that you said to her that she should use
15      her body to secure stories, or something to that    04:26:41
16      effect?
17      A.    I did hear that she made that
18      allegation, yes.
19      Q.    And is that true?
20      A.    Well, it's a joke -- obviously not very    04:26:50
21      funny -- that I have said many times to both men
22      and woman, and clearly -- well, I don't know.  I
23      thought at the time that Alex knew it was a joke.
24      Q.    Did you ever say to Ms. Poolos that
25      women make frivolous complaints against men all    04:27:17
```

```
                                              Page 208
 1                       Stahl
 2   the time?
 3       A.    I don't remember saying that
 4   specifically, but I remember during Me Too, the Me
 5   Too buildup, that I had a couple of male friends    04:27:33
 6   who were caught up in it and the allegations were
 7   unfair.  I felt the allegations were unfair,
 8   certainly not across the board, Harvey Weinstein,
 9   et cetera.
10       Q.    Did you ever say to Ms. Poolos that she   04:27:53
11   should flirt with someone for the purposes of
12   advancing a story, or words to that effect?
13       A.    That's -- that is part of the first
14   question.
15       Q.    Okay.                                     04:28:06
16       A.    And I meant it as a joke, and I know
17   that she took it as a joke.  So what's it doing in
18   here?  If they really thought that I was asking
19   her to, quote, put out for a story, if she really
20   thought that, why was she on my team?  So if she    04:28:25
21   could say these things about me and put it in a
22   lawsuit, to me it discredits everything.
23       Q.    How come?
24       A.    Because -- I mean, it's a joke, and she
25   knows it's a joke.                                  04:28:50
```

Page 209

1                          Stahl

2              ATTORNEY IADEVAIA:  Okay.  I think

3       we're done.  I just need to double-check.  But

4       I think we're done.

5              ATTORNEY ZUCKERMAN:  Okay.  We'll stay    04:28:56

6       right here.

7              THE VIDEOGRAPHER:  Do you need me to go

8       off?

9              ATTORNEY IADEVAIA:  Yeah, if you could.

10             THE VIDEOGRAPHER:  This is the end of      04:29:02

11      media number 6.  We're going off the record,

12      and the time is 4:29 p.m.

13             (Recess taken from 4:29 to 4:32.)

14             THE VIDEOGRAPHER:  This is the

15      beginning of media number 7.  We're going on     04:32:43

16      the record, and the time is 4:32 p.m.

17             ATTORNEY IADEVAIA:  I have no further

18      questions.  Thank you for your time.

19             THE WITNESS:  Thank you.

20             (Continued on following page.)

21

22

23

24

25

Page 210

```
 1                        Stahl

 2             THE VIDEOGRAPHER:  We're off the record

 3        at 4:32 p.m., and this concludes today's

 4        testimony given by Lesley Stahl.  The total

 5        number of media used was six -- seven, sorry,   04:33:06

 6        and will be retained by Veritext.

 7             (Time noted:  4:32 p.m.)

 8                    _____

 9                    LESLEY STAHL

10

11    Subscribed and sworn to before me

12    this ____ day of _____ 2025.

13

14    _____

      Notary public

15

16

17

18

19

20

21

22

23

24

25
```

Page 211

```
 1

 2                C E R T I F I C A T E

 3    STATE OF NEW YORK      )

 4                           : ss.

 5    COUNTY OF NEW YORK     )

 6

 7          I, LAURIE A. COLLINS, a Registered

 8    Professional Reporter and Notary Public

 9    within and for the State of New York, do

10    hereby certify:

11          That LESLEY STAHL, the witness whose

12    deposition is hereinbefore set forth, was

13    duly sworn by me and that such deposition

14    is a true record of the testimony given by

15    the witness.

16          I further certify that I am not

17    related to any of the parties to this

18    action by blood or marriage and that I am

19    in no way interested in the outcome of this

20    matter.

21          IN WITNESS WHEREOF, I have hereunto

22    set my hand this 20th day of March 2025.

23

24

25          LAURIE A. COLLINS, RPR
```

Page 212

1

2  - - - - - - - - - I N D E X - - - - - - - - - -

3   WITNESS:              EXAMINATION BY:              PAGE

4   Lesley Stahl        Attorney Iadevaia              6

5

6  - - - - - - - - E X H I B I T S - - - - - - - -

7   STAHL NO.                DESCRIPTION              PAGE

8

9   Exhibit 1, email with attachment,       105

10  Bates-stamped CBS 7733 through CBS 7747

11  Exhibit 2, emails, Bates- stamped CBS     128

12  7813

13  Exhibit 3, emails, Bates- stamped CBS     146

14  7816

15  Exhibit 4, emails, Bates- stamped CBS     149

16  7858

17  Exhibit 5, emails, Bates- stamped CBS     153

18  7905

19  Exhibit 6, emails, Bates- stamped CBS     156

20  7906 to 7907

21  Exhibit 7, text messages, Bates-        162

22  stamped PL 1700

23  Exhibit 8, emails, Bates- stamped CBS     190

24  7949

25  Exhibit 9, emails, Bates- stamped CBS     194

Page 213

1
2    7950
3    Exhibit 10, amended complaint                    202
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 214

- - - - - - E R R A T A   S H E E T - - - - - -

CASE:  Poolos v. Paramount Global
DEPOSITION DATE:  March 11, 2025
DEPONENT:  Lesley Stahl

PAGE/LINE(S)          CHANGE                REASON

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____

____/_____/_____/_____


                    _____
                            LESLEY STAHL
SUBSCRIBED AND SWORN TO BEFORE ME
THIS_____DAY OF_____, 2025.


_____  _____
NOTARY PUBLIC            DATE COMMISSION EXPIRES

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.