# EXHIBIT N

**To:** Owens, Bill[WWO@viacomcbs.com]
**From:** Balducci, Renee E
**Sent:** 2022-01-06T18:50:42Z
**Importance:** Normal
**Subject:** RE: Following up
**Received:** 2022-01-06T18:50:00Z

Thanks Bill

**From:** Owens, Bill <WWO@viacomcbs.com>
**Sent:** Thursday, January 6, 2022 1:49 PM
**To:** Balducci, Renee E <Renee.Balducci@viacomcbs.com>
**Subject:** FW: Following up

**From:** Poolos, Alexandra <PoolosA@viacomcbs.com>
**Sent:** Thursday, January 6, 2022 1:45 PM
**To:** Owens, Bill <WWO@viacomcbs.com>
**Subject:** Re: Following up

Hi Bill,
Thank you for this. I completely understand. And thank for all your time talking this through.
Alex

Get Outlook for iOS

**From:** Owens, Bill <WWO@viacomcbs.com>
**Sent:** Thursday, January 6, 2022 1:17:47 PM
**To:** Poolos, Alexandra <PoolosA@viacomcbs.com>
**Subject:** Following up

Alex,

Thanks for chatting again with me today, and thank you for your insights and concerns about your partnership with Collette. I hear you, they are noted and please come to me with anything further.

As you and I discussed, tone and they way our colleagues feel around us is critically important. We talked extensively about Colette's complaint about your tone and manner, as well as at least one other instance from your time at 60 when this came up, and you have assured me that it won't be a problem going forward. As managers, we are responsible for great journalism and an healthy work environment. Thanks again for all the time we have spent talking this through and your commitment to a productive and collaborative second half of the season.

Bill

 CBS-003150