# EXHIBIT O

**To:** Glasgow, Cynthia - MTVN[cynthia.glasgow@viacomcbs.com]; Ahmed, Danya[danya.ahmed@viacomcbs.com]
**From:** Balducci, Renee E
**Sent:** 2022-01-09T19:14:38Z
**Importance:** Normal
**Subject:** Alex Poolos- conversation history 1.9
**Received:** 2022-01-09T19:14:00Z

Alex Poolos- conversation history 1.9.docx



Confidential

CBS-007827

**12/17**

- Tanya informs me that Collette Richards, Associate Producer – 60 Minutes called her to complain about her Producer, Alex Poolos.  Mentioned Collette also reached out to HR
- I loop Maria Cottone asking for help
- Maria reached out to Collette who asked to push call with her to next week given workload (she had a piece airing that week)

**12/30 – email from M. Cottone to Danya and me re:** █████████████████████
████████████████████████████████████████████████████████████████████████



CR report .pdf

**12/31**

- Collette reaches out to me asking to speak.  She is upset.  She shares that she's burnt out, feels mistreated by her manager and needs help.  I offer guidance around how we'll handle. I'll loop Bill, get his pov, if needed he will talk to Alex and then we'll give her the benefit of the doubt that her interactions with Collette will improve.
- I loop Bill and Tanya Simon and ask that someone connect with Collette.
- Tanya speaks with her.
- Alex Poolos reaches out to Scott Bronstein, Collette's former manager at CNN and her reference for her 60 minutes position.
- Scott responds that he'll talk to her next week after the holiday

**1/3** - Alex reaches out to Tanya to get guidance on how to manage Collette

**1/4**

- Tanya says let's have a conversation tomorrow (Tanya/Bill and Alex)
- 7:38pm.  Alex follows up with Scott asking to speak.  Scott says "it's late. let's talk later."

**1/5**

- 11:22a – Alex follows up again with Scott asking to talk that afternoon.
- 12:30pm - Bill Owens and Tanya speak with Alex about the concerns Collette raised.  Bill mentions a concern about bullying, boundaries, and hectoring.
  Alex raises concerns about Collette's work product and performance.  Ultimately agrees to be more mindful of her interactions with Collette.
- 1pm – Renee/Bill/Tanya weekly call.  Bill relays details of his conversation with Alex. I ask Bill to follow up again with Alex the following day and point out this is not the first time a complaint about her interactions with other employees.  I.e., Sarah Turkard complaint and issue with members of the Rights team.  I ask that he document their conversation in writing to ensure no misunderstanding about expectations.
- 5:38pm – Scott texts Alex offering to talk

- **5:42pm – Alex calls Scott Bronstein (202) 255-2050   They talk for 17 minutes. See screenshots that include Scott's notes from the call, text exchange and screen shot of incoming call.**

  Untitled.msg   Untitled.msg   Untitled.msg   Untitled.msg   Untitled.msg

1/6

- 1:17 pm Bill follows up with an email to Alex recapping their conversations from 1/5 and 1/6 See attached.

1/7

- 8am - Collette reaches out to me via email and text.  She knows I am taking a day off and while she feels badly for reaching out, she has an urgent need to talk and prefers to talk to me directly as opposed to another member of the HR team.
- I call Collette.  She shares that her old boss, Scott Bronstein, has informed her that Alex reached out to him after Bill spoke to her saying she is terrible at her job and went to HR thereby creating a nightmare where Alex can't trust her.   He is uncomfortable about the thigs Alex told him.
- Collette who had been willing to give Alex the benefit of the doubt that things would improve after Bill's feedback, now feels unsafe and that Alex is deliberately trying to harm her because she made a complaint.
- I advise Collette to reach out to Bill.  I promise to also ping Bill and alert him that he would be hearing from Collette.  I do that at 9:29am.  Collette reaches out to Bill and they speak.
- I advise Bill to speak first with Collette to get her full account and then to reach out to Alex, ask about her conversation with Scott based on the information that's come us, and advise her to cease discussing Collette immediately.
- He does this and relays that per Alex, she reached out to Scott way before hearing from Bill and swears she did not disparage Collette in any way.
- 4:15pm - I speak with Scott Bronstein and get his account of the call with Alex
- I share with Bill who states that if Scott's account is true, Alex lied to him and has used incredibly poor judgement.
- 6:30 pm - I call Alex and place her on paid administrative leave pending the results of our investigation.  On that call, Alex insists she doesn't want to harm Collette and while she did reach out to someone named Scott (she raises this; I didn't probe) she didn't say anything defamatory about Collette.
- Renee B informs Collette that we've placed Alex on leave pending the results of our investigation and advises she not speak with anyone about the conversations we've been having and to work with Tanya Simon for now on next week's shoot

1/8

- 5:45pm - I interview Alex Poolos (see attached notes)
- 7:29pm - Alex emails me complaining about process and requesting escalation to my boss.

CBS-007829

1/9

- I respond to Alex's email copying Cindy Glasgow


**RB notes from call with Scott Bronstein**

*Provides background about his relationship with Collette and Alex*
*Collette was one of greatest assets at CNN; know her and her work well.*
*He knew Alex because she was at CNN with him for a while. they were not close*
*He talked with Alex multiple times around the time Colette was hired by 60. He recommended her to both Alex and Rich Bonin.*

Alex asked for it to be a confidential call He said I won't lie but I'll keep it confidential if I can
She wanted to talk to him before but there was not time Bad situation developing for a whole but now it's become a really bad situation because Collette has gone to HR so it's a total nightmare
He expressed surprise-
She says Collette's perf is Terrible. really bad. She's made it a lot worse now that she's gone to HR. It's Not a legal issue. I haven't done anything wrong.
HR has heard my side now and it's fleshed out now a lot better I'm disappointed with Collette
It's a total nightmare
I have zero trust in Colette now
I have zero trust in her word
She is struggling to so her job
He said that's a surprise. CNN loved her
Alex: She's gotten a lot of encouragement from me but went to HR and that has made it much worse between us now.
I'm enormously disappointed with her. Really disappointed with her.
Bill is not telling me I'm in jeopardy so I'm ok.
Scott: I don't know what to say. I'm just going to listen.
I think this is generational
It's more common.
People like you and me wouldn't go to HR for things like this.
I know for Collette it's been really hard
She is at home, isolated, with covid all round.
Know it's been hard for her.
I blame myself. But I can't have this affect my work history.
Maybe I don't get how bad it was affecting Collette.
She is a great person but is really struggling with her work.
Scott- I surprised. I'd have never said that from what I saw of her work.
Alex - "She can always go to work with someone else. I told her that."
I don't want you to share This conversation.
Scott – how does this resolve?
Alex - I need to do a reset. And it will all blow over
Things are good with me and Lesley.
Lesley likes Colette too so it should work out.
Scott - I feel bad. I'm sorry you all are going thru that and hope u work it out.
I'm appalled that Collette went to HR

**RB convo with Alex Poolos – 5:45p – 6:55 on Saturday, 1/8**

I ask that she talk to me about the conversation she had with Bill Owens last week and related conversations she's had since then.

Alex:  The problems started before Trevor Noah piece aired. Collette wanted to drive to her home in Georgia.  Fact problems that AP caught, footage issues –I chose not to raise it.  I was going to wait.  She kept asking about wanting to take the drive and I finally told her no, you can't go. Collette cried and got really upset. Alex tried to talk her through it.

Alex told her she isn't trapped; she can go to Tanya and/or be moved into different role

Collette said, "Sometimes I feel I can't communicate with you."

So, 12/24 to 12/29 she "left her alone"

Alex then received from Collette a background interview she had done and had to spend a lot of time copyediting it.  Alex tells her to give more attention to detail. Collette -reacts negatively to this feedback and gets upset.  Says she feels mistreated by Alex.

Alex then engages in discussion with her about solutions.

Alex-now feels "ut oh".  Asks for her to explain how feels mistreated.

Collette thanks her for the conversation.  Then drops off radar from 12/31 till Jan 2

1/3 Alex reaches out to Tanya to get guidance on how to manage Collette

1/4 Tanya says let's have a conversation tomorrow with me and Bill

1/5 – Bill, Tanya and Alex speak.

Alex tells them that Collette's work is terrible, and she is pushing for things that are unreasonable

Alex says she also spoke with Scott, Collette's former manager at CNN.

Her account of that conversation follows:

Says she didn't say anything negative, and her intent was "How can I better this communication? Take her to lunch? You know her better than I do?  How can I mold this situation to make her feel better? "

She says, "He reached out to me."

Claims to have told him "things have escalated, and I can't get into it.  I can't talk about it.  I can say she's unhappy with me and I'm hopeful.  I think she's a great person and can get there. "

"Working from home during covid is a challenge. I told her It's a different place and you have different resources."

Scott responded that he was sorry to hear this.

She says "Lesley loves her. I'm hopeful this can all turn around"

Alex tells me, "I asked Didn't say anything mean about her to him. It's not logical for me to do that"

Bill then asked me on Friday if I called her former boss and did I say terrible things about her? I told him "I did not. Scott had said to me, "Call me now." "I didn't say anything to malign her. I didn't realize until afterwards that I shouldn't have taken the call. "

RB asks a few specific questions:

Did you say to Scott that Collette's work is terrible? She says she didn't. That she started the conversation off saying she couldn't talk to him and would never malign her.

Did you tell him she went to HR with her concerns and made things worse? She says "no"

Did you say you don't trust her anymore? That you don't trust her word? She says, "absolutely not."

Why do you think Scott would be relaying a different version of your conversation? She says, "He wants to protect her. He used to work at 60 minutes and thinks he was fired.
She then says, "It was a mistake/naïve/stupid/this wasn't smart for me to talk to Scott."

Other questions I raised during conversation with Alex.

Have you told Collette there are no boundaries? When I need you, I need you? She denies this

Did you say that you yell? that's who you are, and she should yell back at you? she denies this

Upon my further probing she admits.. I did yell at her one time that I can remember... comedy cellar – Trevor Noah shoot and Collette got very upset. I apologized to her.

I probe again and she admits an issue with a member of the rights team that Bill and Tanya raised to me. Involved Jeff weingard, Pete Morris

Alex mentions that Collette has complained about Ann Marie Kross and she complained about the rights team before, and Alex backed her. (Trevor shoot) but found out later Collette had been dropping balls.

Mentions she has gone out of her way to support Collette. Collette Turned down an AP resource. I tried to help her, and she refused.

Alex says she talked to Lesley Stahl after the conversation with Bill – "b/c it's Lesley's AP"

I asked her to tell me about that conversation.

She said she told her that Collette made an HR complaint about her. That she had also heard from Bill and Tanya. She conveyed Collette feels I was bullying her, not respecting boundaries, and hectoring her.

Lesley asked if she should talk to Collette and Alex responded that she doesn't know if that's a good idea… "Cool your jets."

I then told Alex that my focus is on the actions she took following the feedback from Bill. And she should not discuss our conversations or the feedback she received from Bill further.

I thanked her for talking to me and let her know I need to have a few more conversations next week and will get back to her as soon as possible.

Confidential