# EXHIBIT UUU

**VRC** | Vladeck Raskin Clark P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

June 2, 2025

**Via Email**

Laura Sack, Esq.
Michael Lynch, Esq.
Lyle Zuckerman, Esq.
Lisa Dayan, Esq.
DAVIS WRIGHT TREMAINE
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230
*Attorneys for Defendants*

      Re:    Alexandra Poolos v. Paramount Global, et al.
              Case No. 1:23-cv-08896 (GHW)(HJR)

## Stipulation and Agreement

Plaintiff Alexandra Poolos ("Plaintiff") and Defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants") hereby stipulate to the following:

1. Plaintiff agrees not to seek discovery concerning the joint and/or single employment relationship between and among Defendants Paramount Global, CBS Broadcasting, Inc., and CBS News, Inc.

2. In consideration of the above, Defendants agree that for purposes of summary judgment and trial, they will stipulate that, limited solely to this case, Defendants Paramount Global, CBS Broadcasting, Inc., and CBS News, Inc. were joint and/or single employers of Plaintiff.

3. The parties agree that this Stipulation and Agreement will be treated as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order entered in this case. (*See* Dkt. 34).

| | |
|---|---|
| Dated: New York, New York<br>March 31, 2025 | Dated: New York, New York<br>June 2, 2025 |
| VLADECK, RASKIN & CLARK, P.C. | DAVIS WRIGHT TREMAINE LLP |
| _____/s_____<br>Jeremiah Iadevaia<br>111 Broadway, Suite 1505<br>New York, New York 10006<br>Phone: (212) 403-7300<br>Fax: (212) 221-3172<br>*Attorneys for Plaintiff* | ____/s_____<br>Lyle Zuckerman, Esq.<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>(212) 489-8230<br>*Attorneys for Defendants* |