# EXHIBIT HHHH

## I totally need to...

30: NO respect for professional boundaries/bullying has to be respectful

– sub-par performance — suggest a conversation

Trevor Noah piece disappointment — drive to ATL

Not giving it her all — do social media...

#1 promoter

3rd/4st shower: footage issue, dropped ball.

60+ related — budget-related/help.
└ included all seth's comp
All but 150k for Enrique.

dismayed/upset