# EXHIBIT VVVV

# REDACTED
## FILED UNDER SEAL