UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ALEXANDRA POOLOS,

                Plaintiff,

      - against -

PARAMOUNT GLOBAL, CBS BROADCASTING,
INC., and CBS NEWS, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23 Civ. 08896 (GHW)(HJR)

REPLY DECLARATION OF
JEREMIAH IADEVAIA

I, JEREMIAH IADEVAIA, hereby declare under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, as follows:

1.      I am a partner at Vladeck, Raskin and Clark, P.C. and counsel for the Plaintiff Alexandra Poolos ("Poolos" or "Plaintiff") in this case against Defendants Paramount Global, CBS Broadcasting, Inc., and CBS News, Inc. (collectively, "Defendants"). I am an attorney admitted to practice in good standing in New York and this Court. I submit this Reply Declaration in further support of Plaintiff's Motion to Exclude Defendants' Proposed Expert, Dr. Kimberly S. Resnick.

2.      Attached as Exhibit A is a true and correct copy of an email dated January 20, 2026 from Lisa Dayan, counsel for Defendants, to Plaintiff's counsel.

3.      Plaintiff has been unable to locate all of the materials cited in the Resnick Report online.

1

2

Dated:  New York, New York
        February 25, 2026

                                        _____*/s/ Jeremiah Iadevaia*_____
                                        JEREMIAH IADEVAIA

2