# EXHIBIT A

**James Bagley**

| | |
|---|---|
| **From:** | Dayan, Lisa <LisaDayan@dwt.com> |
| **Sent:** | Tuesday, January 20, 2026 1:22 PM |
| **To:** | Brandon White; Jeremiah Iadevaia; James Bagley |
| **Cc:** | Zuckerman, Lyle; Lynch, Michael |
| **Subject:** | RE: Poolos/CBS [VRC-IMANAGE.FID530503] |

**EXTERNAL EMAIL.**

Counsel-

I thought this information had already been sent to you.  Apologies for the delay.

The docket numbers for the cases listed in Dr. Resnick's report (which can be obtained from Pacer) are:

> Hye Sun Kang v. Bloomingdale's, Inc. and L'Oreal, 1:18-cv-11682-VEC (SDNY)
> PC-41 DOE c. Poly Prep Country Day School, William Williams and Michael Novello, 1:20-cv-03628-DG-SJB (EDNY)
> Graham Chase Robinson v. Robert De Niro and Canal Productions Inc., 1:19-cv-09156 (SDNY)
> Erin Pettersen v. Volcano Corporation, Philips Electronics Corporation North America, and Scott Huff: 2:18-cv-03021

As of November 20, 2025 (up through the state of Dr, Resnick's deposition)  the following hours were billed:

| Invoice | Number of Hours |
|---|---:|
| Invoice 1 | 14.25 |
| Invoice 2 | 1.75 |
| Invoice 3 | 13 |
| Invoice 4 | 17.5 |
| April-May Invoice | 8.5 |
| June Invoice | 25.5 |
| July Invoice | 33 |
| September Invoice | 11.5 |
| **TOTALS:** | **125** |

Please provide the same information for plaintiff's experts, including Joseph Pochron.

The articles and guidelines referred to in Dr. Resnick's report, including the DSM-V TR, can be obtained from the internet. All other documents were produced in discovery.

**Lisa Dayan**  She/Her/Hers
**Of Counsel,** Davis Wright Tremaine LLP

**P** 212.402.4092  **E** lisadayan@dwt.com
**A** 1251 Avenue of the Americas, 42nd Floor, New York, NY 10020-1104
**DWT.COM**

**Lisa Dayan**  She/Her/Hers
**Of Counsel,** Davis Wright Tremaine LLP

**P** 212.402.4092  **E** lisadayan@dwt.com
**A** 1251 Avenue of the Americas, 42nd Floor, New York, NY 10020-1104
**DWT.COM**

2