

Jeremiah Iadevaia
(212) 403-7323
jiadevaia@vladeck.com

February 25, 2026

**Via ECF**

Honorable Henry J. Ricado
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

>        Re:    Alexandra Poolos v. Paramount Global, et al.
>               No. 1-23-cv-08896 (GHW) (HJR)

Dear Judge Ricardo:

As Your Honor knows, we represent the plaintiff in the above matter. Plaintiff hereby respectfully requests leave to file her Reply Memorandum of Law in further support of her Motion to Exclude Defendants' Proposed Expert with limited redactions. Plaintiff has separately sent the Court a clean unredacted version of the document and a version with the proposed redactions highlighted. Plaintiff proposes redacting Plaintiff's sensitive medical information.

>        Respectfully submitted,
>
>        */s Jeremiah Iadevaia*

JI/jb

cc: All counsel of record (via ECF)