

42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael L. Lynch**
212-402-4028 tel
212-489-4380 fax

michaellynch@dwt.com

March 6, 2026

**VIA ECF**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 701
New York, NY 10007

Re:   *Poolos v. Paramount Global, et al.*, Case No. 1:23-cv-08896 (GHW) (HJR)

Dear Judge Ricardo:

This firm represents defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants") in the above-referenced action. We write jointly with Plaintiff pursuant to the Court's January 29, 2026 Order directing the parties to file a joint status report by March 6, 2026. (Dkt. 283).

The parties are in the process of completing briefing on two motions, including Defendants' motion for summary judgment and Plaintiff's Rule 37 motion for sanctions.

There has been no change in the parties' respective settlement positions.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Michael L. Lynch