

42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael L. Lynch**
212-402-4028 tel
212-489-4380 fax

michaellynch@dwt.com

March 23, 2026

**VIA ECF**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

      Re:     *Poolos v. Paramount Global, et al.*, Case No. 1:23-cv-08896 (GHW) (HJR)

Dear Judge Ricardo:

As counsel for Defendants Paramount Global, CBS Broadcasting Inc., and CBS News Inc. (collectively, "Defendants"), we respectfully request that the Court permit Defendants to file Defendants' Response to Plaintiff's Rule 56.1 Counterstatement, as well as Exhibits 4 and 7 to the Declaration of Lyle S. Zuckerman submitted in further support of Defendants' motion for summary judgment, with narrowly tailored redactions consistent with Your Honor's Individual Rules of Practice in Civil Cases.

We request permission to file these documents with limited redactions because they contain sensitive information, including the names of non-parties alleged to have made complaints—which Plaintiff's counsel has previously asked Defendants to redact—as well as a personal identifying phone number.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael L. Lynch

Cc (via ECF): Counsel for Plaintiff

DWT.COM