

42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Lyle S. Zuckerman**
212-603-6452 tel
212-379-5222 fax

lylezuckerman@dwt.com

April 21, 2026

**VIA ECF**
The Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

  Re: *Poolos v. Paramount Global, et al.*, Case No. 1:23-cv-08896 (GHW) (HJR)

Dear Judge Woods:

  Pursuant to this Court's Order dated April 7, 2026, counsel for plaintiff and counsel for defendants submit this joint letter. The parties do not consent to conduct all further proceedings before the assigned Magistrate Judge.

  Respectfully Submitted,

VLADECK, RASKIN & CLARK, P.C.    DAVIS WRIGHT TREMAINE LLP

/s/ *Jeremiah Iadevaia*       /s/ *Lyle S. Zuckerman*

Jeremiah Iadevaia        Laura Sack
Brandon White         Lyle S. Zuckerman
James Bagley          Lisa E. Dayan
111 Broadway, Suite 1505     Michael L. Lynch
New York, New York 10006     1251 Avenue of the Americas, 42nd Floor
Phone: (212) 403-7300      New York, New York 10020
*Attorneys for Plaintiff*       (212) 489-8230
               *Attorneys for Defendants*