USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POOLOS,

Plaintiff,

-v-

PARAMOUNT GLOBAL, ET AL.,

Defendants.

**ORDER**

23-CV-8896 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court has filed under temporary seal an order resolving two motions to exclude expert testimony and a motion for sanctions. The motions are resolved as follows: Plaintiff's motion to exclude the expert testimony of Kimberly Resnick is **GRANTED IN PART** and **DENIED IN PART**. ECF No. 270. Plaintiff's motion for sanctions is **DENIED**. ECF No. 288. Defendants' motion to exclude the expert testimony of Joseph Pochron is **GRANTED**. ECF No. 260.

The order was filed under seal in order to afford the parties the opportunity to request redactions of information prior to public filing, to the extent such redactions are necessary and consistent with governing law. The parties shall confer and, assuming they wish to redact portions of the order, by **October 7, 2026** shall file a letter motion justifying any proposed redactions, sending by email to RicardoNYSDChambers@nysd.uscourts.gov a highlighted copy of the order indicating the proposed redactions.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge