USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LAUREN BERKLEY,

Plaintiff,

-against-

RAYMOND A. MIRRA, JR., *et al.*,

Defendants.

-------------------------------------------------------------X

1:26-cv-8899-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on October 8, 2026. Dkt. No. 1. Counsel for plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Plaintiff is also directed to file a complaint that is complaint with Rule 8 of the Federal Rules of Civil Procedure no later than November 6, 2026. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: October 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge