USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA POOLOS,

Plaintiff,

-v-

PARAMOUNT GLOBAL, *et al.*,

Defendants.

1:23-cv-8896-GHW

**ORDER**

---

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, May 17, 2027 at 9:00 a.m**. The Court will hold a final pretrial conference in this case on **Monday, April 26, 2027 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than **February 17, 2027**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: October 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge